UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ERIC BENDER and NADER MISRI, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>VERTEX ENERGY, INC., BENJAMIN P. COWART, and CHRIS CARLSON,<br><br>Defendants. | Case No.  4:23-cv-02145<br><br>[PROPOSED] ORDER FOR: (1) INTERVENTION PURSUANT TO FED. R. CIV. P. 24; AND (2) STAY OF PROCEEDINGS |

**WHEREAS**, the Court has considered the motion for: (1) Intervention Pursuant to Fed. R. Civ. P. 24;  and (2) Stay of Proceedings,

**IT IS HEREBY ORDERED THAT**:

1. Pursuant to Fed. R. Civ. P. 24, Guillermo Marti and Frank J. Zeman's motion to intervene in the above-captioned action (the "Action") is granted.

2. The Action is stayed pending resolution of motions for: (a) consolidation of the actions *Passmore v. Vertex Energy, Inc. et al.*, 1:23-cv-00128-TFM-N (S.D. Ala.) and *Levson v. Vertex Energy, Inc. et al.*, 1:23-cv-00197-KD-M (S.D. Ala.) (together, the "Alabama Actions") pursuant to Fed. R. Civ. P. 42(a); and (b) appointment of a Lead Plaintiff in the consolidated Alabama Actions pursuant to the Private Securities Litigation Reform Act of 1995.

2

**SO ORDERED.**

Dated: _____, 2023
        Houston, Texas

                                      _____
                                        HONORABLE LEE H. ROSENTHAL
                                        UNITED STATES DISTRICT JUDGE
                                        SOUTHERN DISTRICT OF TEXAS