UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ERIC BENDER and NADER MISRI, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>VERTEX ENERGY, INC., BENJAMIN P. COWART, and CHRIS CARLSON,<br><br>Defendants. | Case No.  4:23-cv-02145<br><br>DECLARATION OF JEREMY A. LIEBERMAN IN SUPPORT OF MEMORANDUM OF LAW OF GUILLERMO MARTI AND FRANK J. ZEMAN IN OPPOSITION TO THE MOTION OF ERIC BENDER AND NADER MISRI FOR APPOINTMENT AS LEAD PLAINTIFFS AND APPROVAL OF LEAD COUNSEL |

I, Jeremy A. Lieberman, hereby declare as follows:

1.      I am an attorney with Pomerantz LLP ("Pomerantz"), counsel on behalf of Guillermo Marti and Frank J. Zeman (together, "Marti and Zeman"), and have personal knowledge of the facts set forth herein.  I make this Declaration in support of Marti and Zeman's Memorandum of Law in opposition to the motion of Eric Bender and Nader Misri (together, "Bender and Misri") for appointment as Lead Plaintiffs for the Class in the above-captioned action (the "Action") pursuant to the Private Securities Litigation Reform Act of 1995 and approval of their selection of counsel.

2.      Attached hereto as the exhibits indicated are true and correct copies of the following:

Exhibit A:   Screenshots of the website ("Website") of Bender and Misri's counsel concerning the pendency of the Vertex Energy, Inc. class action securities litigation in the U.S. District Court for the Southern District of Alabama, accessed on June 30, 2023; and

Exhibit B:   Complaint accessed and downloaded via the "View Complaint" link on the Website.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on June 30, 2023.

/s/ Jeremy A. Lieberman
Jeremy A. Lieberman

1

<u>CERTIFICATE OF SERVICE</u>

I hereby certify under penalty of perjury that on June 30, 2023, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the attached Electronic Mail Notice List.

*/s/ Jeremy A. Lieberman*
Jeremy A. Lieberman
