# EXHIBIT A



NASDAQ: VTNR

# Vertex Energy, Inc.

Rosen Law Firm, a global investor rights law firm, announces the filing of a class action lawsuit on behalf of purchasers of securities of Vertex Energy, Inc. (NASDAQ: VTNR) between April 1, 2022 and August 8, 2022, both dates inclusive (the "Class Period"). A class action lawsuit has already been filed. If you wish to serve as lead plaintiff, you must move the Court **no later than June 12, 2023**.

**If you purchased Vertex Energy securities and would like to join the action, please click "Join This Class Action."**

**Class Period:**　April 1, 2022 through August 8, 2022

**View Complaint**

**Retainer Agreement**

**See Full Details**



**Join This Class Action**

If you purchased Vertex Energy securities during the Class Period you may be entitled to compensation without payment of any out of pocket fees or costs through a contingency fee arrangement.



 

## Details of the case:

According to the lawsuit, defendants throughout the Class Period made false and/or misleading statements and/or failed to disclose that:

- prior to the acquisition of the Mobile refinery, defendants had entered into inventory and crack spread hedging derivatives that significantly capped the profit margins on 50% of the Mobile refinery's expected output over the period April 1, 2022 to September 30, 2022, affecting over 6.5 million barrels of refined fuel output;
- as a result, the hedges severely limited Vertex's ability to capitalize on the record-high crack spreads that existed at the time of the acquisition and resulted in over $90 million in losses in the second quarter of fiscal year 2022;
- prior to the acquisition of the Mobile refinery, defendants had entered into an inventory intermediation agreement with the investment bank Macquarie Group, whereby Macquarie purchased (from third parties), owned, and sold (to Vertex) all crude oil inventory to be used at the Mobile refinery and also purchased (from Vertex), owned, and sold (to third parties) all refined fuel inventory produced at the Mobile refinery;
- as a result, the strict terms of the arrangement, including requiring Vertex to purchase hedges to protect Macquarie's position in holding the crude and refined inventory, combined with the fact that the oil market was in a state of backwardation in early 2022, resulted in Vertex incurring significant fees and inventory losses;



| | |
|---|---|
| Company Name: | Vertex Energy, Inc. |
| Stock Symbol: | VTNR |
| Class Period: | April 1, 2022 through August 8, 2022 |
| Court: | United States District Court Southern District of Alabama |



About    Attorneys    Institutional Investors    FAQ    Contact    **Join a Class Action**    English ⌄

- prior to the acquisition of the Mobile refinery, defendants had entered into an inventory purchase agreement with Shell Oil as part of the Mobile acquisition agreement, which Vertex was forced to pay Shell Oil above-market prices for the additional crude oil inventory because of the state of backwardation in the oil market;
- immediately following the acquisition of the Mobile refinery, Vertex experienced production issues that caused significant shortfalls in refined fuel volumes;
- following the acquisition of the Mobile refinery, defendants overstated the purported profit margins that could be achieved at the refinery; and
- as a result of the above misrepresentations and concealed facts, the Mobile refinery did not "generate[] strong EBITDA" "[d]uring the first 30 days of operations," and the Mobile refinery transition was not "seamless."

No Class Has Been Certified. Until a class is certified, you are not represented by counsel unless you retain one. You may select counsel of your choice. You may also remain an absent class member and do nothing at this point. An investor's ability to share in any potential future recovery is not dependent upon serving as lead plaintiff.

Attorney Advertising. Prior results do not guarantee a similar outcome.

Follow us on: