UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| ERIC BENDER and NADER MISRI, Individually and on Behalf of All Others Similarly Situated, | § § § | Civil Action No. 4:23-cv-02145 |
| | § | Honorable Lee H. Rosenthal |
| Plaintiff, | § § | |
| | § | |
| vs. | § § | |
| | § | |
| VERTEX ENERGY, INC., et al.,, | § § | |
| | § | |
| Defendants. | § § | |
| | § | |

**ORDER GRANTING WILLIAM C. PASSMORE'S MOTION TO INTERVENE AND DENYING ERIC BENDER AND NADER MISRI'S LEAD PLAINTIFF MOTION**

4857-1115-7358.v1

Having considered William C. Passmore's Motion to Intervene for the Limited Purpose of Opposing Lead Plaintiff Motion (the "Motion"), and good cause appearing therefor, the Court ORDERS as follows:

1. Mr. Passmore satisfies the requirements for intervention of right and permissive intervention under Fed. R. Civ. P. 24(a)(2)-(b)(2). Mr. Passmore's motion to intervene is GRANTED.

2. Eric Bender and Nader Misri's motion for appointment as co-lead plaintiffs and approval of co-lead plaintiffs' counsel (ECF 3) is DENIED.

IT IS SO ORDERED.

DATED: _____        _____
                                     THE HONORABLE LEE H. ROSENTHAL
                                     UNITED STATES DISTRICT JUDGE