UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | |
|---|---|
| ERIC BENDER and NADER MISRI, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> VERTEX ENERGY, INC., et al.,, <br><br> Defendants. | § Civil Action No. 4:23-cv-02145 <br> § <br> § Honorable Lee H. Rosenthal <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § |

**DECLARATION OF JOE KENDALL IN SUPPORT OF
WILLIAM C. PASSMORE'S MOTION TO INTERVENE FOR
THE LIMITED PURPOSE OF OPPOSING LEAD PLAINTIFF MOTION**

4880-0871-7934.v1

- 1 -

I, Joe Kendall, declare, under penalty of perjury:

1.      I am a member of the law firm of Kendall Law Group, PLLC, the State Bar of Texas and this Court and am local counsel for proposed intervenor William C. Passmore.  I submit this declaration in support of Mr. Passmore's Motion to Intervene for the Limited Purpose of Opposing Lead Plaintiff Motion.

2.      Attached hereto as Exhibit A is a true and accurate copy of *Passmore v. Vertex Energy, Inc.*, William C. Passmore's Opposition to Competing Motion for Appointment as Lead Plaintiff (S.D. Ala. June 30, 2023).

3.      Attached hereto as Exhibit B is a true and accurate copy of *Passmore v. Vertex Energy, Inc.*, Complaint for Violations of the Federal Securities Laws (S.D. Ala. Apr. 13, 2023).

Dated:  July 3, 2023

*s/ Joe Kendall*
JOE KENDALL

4880-0871-7934.v1

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing on all counsel of record who have appeared in this matter via the Court's CM/ECF system on this, the 3rd day of July, 2023.


s/ *Joe Kendall*
JOE KENDALL

4880-0871-7934.v1