IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ERIC BENDER AND NADER MISRI, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> VERTEX ENERGY, INC., BENJAMIN P. COWART, and CHRIS CARLSON, <br><br> Defendants. | Case No: 4:23-cv-02145 |

**PLAINTIFFS ERIC BENDER AND NADER MISRI'S RESPONSE TO MOTION OF GUILLERMO MARTI AND FRANK J. ZEMAN FOR: (1) INTERVENTION PURSUANT TO FED. R. CIV. P. 24; AND (2) STAY OF PROCEEDINGS**

Plaintiffs Eric Bender ("Bender") and Nader Misri ("Misri" and, collectively with Bender, "Plaintiffs") file this response to Guillermo Marti ("Marti") and Frank J. Zeman's ("Zeman" and, collectively with Marti, "Marti and Zeman") motion to intervene and to stay these proceedings so the court in Alabama can appoint the lead plaintiff and lead counsel (the "Motion"), Dkt. No. 9.

Earlier today, this Court entered an order referring the issues of consolidation of related cases and appointments of lead plaintiff and lead counsel to judge Terry F. Moorer in the Southern District of Alabama. Dkt. No. 27.[1] As such, Marti and Zeman's Motion should be denied as moot.

---

[1] The response to Marti and Zeman's Motion is due today. Plaintiffs are submitting this in response to the Motion in light of the court's order referring the issues to S.D. Alabama.

1

Dated: July 20, 2023

Respectfully submitted,

**COCHRAN LAW PLLC**

*/s/ Stuart L. Cochran*
Stuart L. Cochran
8140 Walnut Hill Ln, Suite 250
Dallas, TX 75231
Telephone: (469) 333-3405
Facsimile: (469) 333-3406
Email: stuart@scochranlaw.com

*[Proposed] Liaison Counsel for Movants and Class*

**THE ROSEN LAW FIRM, P.A.**
Phillip Kim
275 Madison Avenue, 40th Floor
New York, NY 10016
Telephone: (212) 686-1060
Facsimile: (212) 202-3827
Email: pkim@rosenlegal.com

*[Proposed] Lead Counsel for Movants and Class*

**THE SCHALL LAW FIRM**
Brian Schall
2049 Century Park E #2460
Los Angeles, CA 90067
Telephone: (310) 301-3335
Facsimile: (213) 519-5876
Email: brian@schallfirm.com

*Additional Counsel*

## CERTIFICATE OF SERVICE

I hereby certify that on July 20, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such to all CM/ECF participants.

*/s/ Stuart L. Cochran*
Stuart L. Cochran

2