UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ERIC BENDER and NADER MISRI, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>VERTEX ENERGY, INC., BENJAMIN P. COWART, and CHRIS CARLSON,<br><br>Defendants. | § CIVIL ACTION NO. 4:23-cv-02145<br>§<br>§ **[PROPOSED] ORDER DENYING THE**<br>§ **MOTION TO INTERVENE AND STAY AS**<br>§ **MOOT**<br>§<br>§ **CLASS ACTION**<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

WHEREAS, on June 29, 2023, Guillermo Marti ("Marti") and Frank J. Zeman ("Zeman" and, collectively with Marti, "Marti and Zeman") filed a motion to intervene and to stay these proceedings so the court in Alabama can appoint the lead plaintiff and lead counsel (the "Motion"), Dkt. No. 9;

WHEREAS, on July 20, 2023, this Court entered an order referring the issues of consolidation of related cases and appointments of lead plaintiff and lead counsel to judge Terry F. Moorer in the Southern District of Alabama. Dkt. No. 27; and

WHEREAS, Marti and Zeman's requested relief is now moot.

**IT IS HEREBY ORDERED THAT:**

1.    Marti and Zeman's Motion is denied as moot.

**SO ORDERED:**

Dated: _____, 2023    _____
HON. LEE H. ROSENTHAL
UNITED STATES DISTRICT JUDGE

1