IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ERIC BENDER AND NADER MISRI, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> VERTEX ENERGY, INC., BENJAMIN P. COWART, and CHRIS CARLSON, <br><br> Defendants. | Case No: 4:23-cv-02145 |

**PLAINTIFFS ERIC BENDER AND NADER MISRI'S RESPONSE TO MOTION OF WILLIAM C. PASSMORE FOR INTERVENTION**

Plaintiffs Eric Bender ("Bender") and Nader Misri ("Misri" and, collectively with Bender, "Plaintiffs") file this response to William C. Passmore ("Passmore") motion to intervene for the limited purpose of opposing lead plaintiff motion (the "Motion"), Dkt. No. 13. For the reasons set forth below, Passmore's motion should be denied as moot.

First, Passmore need not intervene to be heard on matters relating the appointment of lead plaintiff under the Private Securities Litigation Reform Act of 1995 ("PSLRA"). The PSLRA provides that the presumption of the most adequate plaintiff (here Bender and Misri) may be "rebutted only upon proof by a member of the purported plaintiff class[.]" 15 U.S.C. §78u-4(a)(3)(B)(iii)(II). Because Passmore is a member of the purported class, he does not need to intervene to be heard.

Second, Plaintiffs filed a notice of filing of lead plaintiff motion in the action *Passmore v. Vertex Energy, Inc., et al.*, Case No. 1:23-cv-00128-TFM-N, Dkt. No. 31 (S.D. Ala.) (the "*Passmore* Action") on June 26, 2023. On June 30, 2023, Passmore filed an opposition to, in part, Plaintiffs' notice of motion. *Passmore* Action, Dkt. No. 35. On July 7, 2023, Plaintiffs filed

1

a reply to, in part, Passmore's opposition. *Passmore* Action, Dkt. No. 40. Thus, Passmore's opposition is already in the record.

Third, on July 20, 2023, this Court entered an order referring the issues of consolidation of related cases and appointments of lead plaintiff and lead counsel to the Hon. Terry F. Moorer in the Southern District of Alabama. Dkt. No. 27.

The Motion can be independently denied as moot for any of the three aforementioned reasons. As such, Passmore's motion is moot and should be denied as such.

Dated: July 24, 2023

Respectfully submitted,

**COCHRAN LAW PLLC**

*/s/ Stuart L. Cochran*
Stuart L. Cochran
8140 Walnut Hill Ln, Suite 250
Dallas, TX 75231
Telephone: (469) 333-3405
Email: stuart@scochranlaw.com

*[Proposed] Liaison Counsel for Movants and Class*

**THE ROSEN LAW FIRM, P.A.**
Phillip Kim
275 Madison Avenue, 40th Floor
New York, NY 10016
Telephone: (212) 686-1060
Email: pkim@rosenlegal.com

*[Proposed] Lead Counsel for Movants and Class*

**THE SCHALL LAW FIRM**
Brian Schall
2049 Century Park E #2460
Los Angeles, CA 90067
Telephone: (310) 301-3335
Email: brian@schallfirm.com

*Additional Counsel*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 24, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such to all CM/ECF participants.
Dated: July 24, 2023

*/s/ Stuart L. Cochran*
Stuart L. Cochran