IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ERIC BENDER and NADER MISRI, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> VERTEX ENERGY, INC., BENJAMIN P. COWART, and CHRIS CARLSON, <br><br> Defendants. | § CIVIL ACTION NO. 4:23-cv-02145 <br> § <br> § **[PROPOSED] ORDER DENYING THE** <br> § **MOTION TO INTERVENE AS MOOT** <br> § <br> § **CLASS ACTION** <br> § <br> § <br> § <br> § <br> § <br> § <br> § |

WHEREAS, on July 3, 2023, William C. Passmore ("Passmore") filed a motion to intervene for the limited purpose of opposing lead plaintiff motion (the "Motion"), Dkt. No. 13;

WHEREAS, Passmore is a member of the purported class, and does not need to file a motion to intervene to oppose a lead plaintiff motion;

WHEREAS, on June 26, 2023, plaintiffs Eric Bender and Nader Misri (collectively, "Plaintiffs") filed a notice of filing of lead plaintiff motion in *Passmore v. Vertex Energy, Inc., et al.*, Case No. 1:23-cv-00128-TFM-N, Dkt. No. 31 (S.D. Ala.) (the "*Passmore* Action");

WHEREAS, on June 30, 2023, Passmore filed an opposition to, in part, Plaintiffs' notice of motion. *Passmore* Action, Dkt. No. 35;

WHEREAS, on July 7, 2023, Plaintiffs filed a reply to, in part, Passmore's opposition. *Passmore* Action, Dkt. No. 40;

WHEREAS, on July 20, 2023, this Court entered an order referring the issues of consolidation of related cases and appointments of lead plaintiff and lead counsel to judge Terry F. Moorer in the Southern District of Alabama. Dkt. No. 27; and

1

WHEREAS, Passmore's requested relief is now moot.

**IT IS HEREBY ORDERED THAT:**

1.      Passmore's Motion is denied as moot.

<b>SO ORDERED:</b>

Dated:  _____, 2023                    _____

                                                     HON. LEE H. ROSENTHAL
                                                     UNITED STATES DISTRICT JUDGE