United States District Court
Southern District of Texas
**ENTERED**
June 05, 2024
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

|  |  |
|---|---|
| ERIC BENDER and NADAR MISRI, Individually and on Behalf of All Others Similarly Situated, <br><br>         Plaintiffs, <br><br>     v. <br><br> VERTEX ENERGY, INC., BENJAMIN P. COWART, and CHRIS CARLSON, <br><br>         Defendants. | Civil Action No. 4:23-cv-2145 |

**ORDER**

Defendants Unopposed Motion to Extend Page Limits for Defendants' Forthcoming

Motion to Dismiss is GRANTED. (Docket Entry No. 55). Defendants are granted a five-

page extension for their forthcoming motion to dismiss the consolidated amended

complaint.

SIGNED the 5th day of June, 2024

_____
Lee H. Rosenthal
United States District Judge