United States District Court
Southern District of Texas
**ENTERED**
July 11, 2024
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| ERIC BENDER and NADAR MISRI, individually and on behalf of all others similarly situated, | § § § § § | |
| | § | CIVIL ACTION NO. H-23-2145 |
| Plaintiffs, | § | |
| v. | § § | |
| VERTEX ENERGY, INC., et al., | § § | |
| Defendants. | § § | |

**ORDER**

The Plaintiffs' Unopposed Motion to Extend Page Limits for Plaintiffs' Forthcoming Response Brief to Defendants' Motion to Dismiss is GRANTED.

The Plaintiffs are granted a five-page extension for their forthcoming Response Brief to the Defendants' Motion to Dismiss the consolidated amended complaint.

SIGNED on July 11, 2024, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge