UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

************************************************************

ERIC C. BENDER, ET AL.            4:23-CV-02145

VS.                               HOUSTON, TEXAS

VERTEX ENERGY, INC., ET AL        SEPTEMBER 10, 2024

************************************************************

TRANSCRIPT OF MOTION PROCEEDINGS
HEARD BEFORE THE HONORABLE LEE H. ROSENTHAL
UNITED STATES DISTRICT JUDGE

************************************************************

APPEARANCES:

FOR THE PLAINTIFFS:          MR. JACOB A. GOLDBERG
                             MR. GONEN HAKLAY
                             The Rosen Law Firm, P.A.
                             101 Greenwood Avenue
                             Suite 440
                             Jenkintown, Pennsylvania 19046


FOR THE DEFENDANT:           MR. DAVID KEITH ISAAK
                             Steptoe LLP
                             717 Texas Avenue
                             Suite 2800
                             Houston, Texas 77002


                             MR. ASHWIN J. RAM
                             Steptoe Johnson LLP
                             633 W. 5th Street
                             Suite 1900
                             Los Angeles, California 90071

                                          MR. EVAN GOLDSTICK
                                          Steptoe & Johnson LLP
                                          1114 Avenue of the Americas
                                          New York, New York 10019


Official Court Reporter:                  Lanie M. Smith, CSR, RMR, CRR
                                          Official Court Reporter
                                          United States District Court
                                          Southern District of Texas
                                          515 Rusk
                                          Room 8004
                                          Houston, Texas 77002

          Proceedings recorded by mechanical stenography, transcript produced via computer.

**P R O C E E D I N G S**

THE COURT:  Okay.  I think we're all ready to proceed.

Please state your appearances.

MR. GOLDBERG:  Good morning, Your Honor.  On behalf of plaintiffs Bender, Misri and Laudino, Jacob Goldberg from The Rosen Law Firm.  With me is my colleague Gonen Haklay.

THE COURT:  Thank you.

MR. ISAAK:  Good afternoon, Your Honor.  David Isaak, along with my colleagues Ashwin Ram and Evan Goldstick, for defendants Vertex, Cowart and Carlson.

THE COURT:  All right.  So we have a motion to dismiss, and I'd like to hear the parties' position on that.

I am a little curious.  I understand that the alleged material omission here is that these hedging losses, both realized and unrealized, were present at the same time that the company was making statements about its acquisition of the Mobile Refinery and did not reveal information about the state of the hedging program that it had implemented.

I guess my question is is there an inherent contradiction between a statement that we have a strong EBITDA without -- and there being present hedging losses?  Can't both be true?

MR. GOLDBERG:  Your Honor, this is Jacob Goldberg.  Would you like to hear from us or from the defendants?

THE COURT:  Let me hear from the defendants here

because it's their motion.

MR. ISAAK:  All right.  Your Honor, the answer to your question is absolutely both can be true; and, in fact, that was the case here.

The refinery in the second quarter of 2022 made record profits for Vertex.  The acquisition was transformational.  Vertex had never made that high of EBITDA before.

So the statement that this is strong was true, but it's also a statement that's not verifiable, right?  It's one of these statements that the Fifth Circuit in *Azurix* talks about -- I think there was a very similar type of statement. There was a pipeline at issue there and *Azurix* made the statement that our fundamentals of this pipeline are strong.

I mean so it seems to me that, yes, the statement is true, because both can be true.  You can have hedging losses, but still overall your business -- particularly the -- I mean, you're locking in a margin on the position that's hedged.  The position that's not hedged, you're gaining from the, you know, the high crack spreads then existing in the market.

So the answer is it's absolutely true and in any case it's non-actionable puffery.

THE COURT:  You mean it's puffery and therefore non-actionable?

MR. ISAAK:  Correct, Your Honor.

THE COURT:  All right.

MR. GOLDBERG:  So, Your Honor, again, Jacob Goldberg.

In theory, the answer is yes.  In context, the answer is no.

First of all, Mr. Isaak in his brief is defending the full quarter's EBITDA when the complaint states that April EBITDA was strong, not the full quarter.  This particular paragraph is not guidance about what's going to happen.  It is about April.

And in context, Your Honor, when you say EBITDA was strong, this was a totally new business.  It has nothing to do with what happened in the first quarter even for this company.

So the question is in a new business when you have touted your hedging program based on your fiduciary obligation to avoid downside risk from volatility whether -- when you have lost 7 to probably 10 or $12 million in April, whether in the context of saying your EBITDA was strong, you have to disclose that.

However, Your Honor --

THE COURT:  Hang on, Mr. Goldberg.

Doesn't it depend on the relative amounts at issue?  You can have -- if you have a multi-gazillion-dollar company, a $7 million loss in a hedging program isn't going to

mean much.  At what point does the -- well, let me rephrase that.

In this context with the relative amounts of the company's history, its fundamentals, its EBITDA, at what point does the materiality buzzer sound?

MR. GOLDBERG:  Well, so, Your Honor, from a materiality perspective, given what the defendants disclose in August, there's no question that these are material month by month, right?  I mean, so they had projected 120, which is the midpoint of their EBITDA guidance and they lost $47 million in the second quarter.

But, again, it's difficult to say history. Mr. Isaak says, oh, this is very strong relative to a different business that the company was in.  The point, Your Honor, is this is a package.  And it may be that the refinery was operating at capacity, but the defendants have a six-month hedge play.  And so when you say strong, right, in the context of knowing that you've already lost millions of dollars -- so, Your Honor -- then strong becomes not strong.

And let me just contextualize that for you in terms of materiality, Your Honor.  Let's assume -- and we don't know this, but let's assume that of the 120 million, it's 40 million per month, right, so 40 million of EBITDA per month.

I submit to you that if as a threshold matter 5 percent is material, 7 million is material to 40 million.

And, again, Your Honor, when we say 7 million, it could have been far higher.  We don't know because all we've given you is directionally where these hedges stood month by month both in realized and unrealized losses.

So Mr. Isaak does not misrepresent the law that devoid of context saying that something is strong may, in fact, be inactionable puffery; but in the context of this new business where the EBITDA is hypothetically 40 million for April, 7-million-plus in losses from the hedge is material and it renders the statement about strong, which is overwhelmingly positive, misleading for failure to give context.

The other thing I'd add, Your Honor -- and we'll discuss this, I'm sure, later -- is "strong" is puffery in some circumstances, but it's also an opinion characterizing the results.

And as we know from *Omnicare,* if you issue an opinion and there are facts -- material facts that conflict with that opinion, you're required not to say you disbelieve your opinion, not even to change your opinion, but you're required to disclose the conflicting fact that you omit.

And here, throughout the class period for everything, that's really what's fundamentally going on here. Your Honor, we do not allege that the guidance was false.  They are entitled to their opinion about the guidance; but in discussing this guidance, they omitted a material conflicting

fact that we know from what the analysts say at the end, Your Honor, this material fact, it was material and they were very cross that they did not know that there was a $35 million hole in this forecast.

THE COURT:  All right.  Mr. Isaak, let me hear your response; and as part of your response, what's the best case for your position that there was not any actionable failure to disclose?

MR. ISAAK:  The best -- I think obviously the *Macquarie* case --

THE COURT:  Right.

MR. ISAAK:  -- is the best case for our position.

You know, Your Honor, it gets back to -- I think the *Azurix* case is a very good case in the context of this statement of strong and what is strong and what is not strong.

I mean, even under opposing counsel's theory, if you just divide the EBITDA -- the 63 million in EBITDA over three months -- and by the way, they don't make any allegations -- they don't make any allegations of how much money we made in April or how much money, you know, we took in hedging losses in April.  They just say that characterization of strong is inaccurate.

But even if you just divide it by three, we're still making $21 million in EBITDA a month, which is light years above what we had ever done before.  And that raises the

whole issue of when you characterize a position or a financial position as strong, it being entirely subjective and unverifiable, which is exactly what the Court was getting at in *Azurix*.

And I'll point out that the *Signet* case that they cite was an entirely different situation.  First of all, there were other statements intermixed with the statements -- more affirmative, more quantitative statements mixed in with those statements about the credit portfolio being strong.  And also that was in response to a direct question about the health of the credit portfolio.

You don't have that here.  You just have a statement in a quarter where we unquestionably had positive EBITDA and unquestionably had EBITDA that was higher than we ever had before saying that our EBITDA was strong.  I don't think that's actionable.  I think under the Fifth Circuit precedent in *Azurix*, that's clearly non-actionable.

As to the guidance, they make -- first of all, they concede that the guidance is not false and indeed it's protected by the safe harbor.  We made those arguments in our brief.  They didn't respond.

So they say, well, but you should have disclosed this in connection with the guidance.  And I want to point out something that they allege in their petition that opposing counsel makes a statement about being $35 million short on our

guidance.  I want to look at what they say about that in the petition, and I want to compare that to what the actual conversation with the analyst is.

So what they say in their petition -- and, Your Honor, I'm going to try to share my screen -- Your Honor, it's not allowing me to share.

THE COURT:  It's all right.  I've got the document.

MR. GOLDBERG:  It's Exhibit G.

MR. ISAAK:  Let me try.  Yeah, it's not turned on.

THE COURT:  It's all right.

MR. ISAAK:  In any case, the petition makes it seem as if the defendants guided knowing that they were $35 million short.  And they cite this analyst -- Eric Stine, the Craig-Hallum analyst.  But if you actually look at the analyst call, Stine says to Cowart, he says, "Oh.  So you knew you were $35 million short?"

Cowart says, "No."  What he says is that we were using a forward pricing strip to determine our guidance, and that's common.  You use forward pricing and you try to predict what's going to happen in an extraordinarily volatile market.

And he said, look, we were off by 35 million, so you reconcile that.

So when we made the statement, Your Honor.  What the documents that are referenced in the complaint and this Court can consider on a motion to dismiss say is that we had a

good faith belief based on this strip pricing that we were going to hit these numbers.  It turns out we were wrong.

That gets to the heart of this, Your Honor.  This is nothing more than a misguidance case.  And that happens all the time on Wall Street.  The Court is very clear -- the Fifth Circuit and Supreme Court are very clear those type of cases aren't actionable.  We made these guidance with meaningful cautionary statements and we did so in good faith.

MR. GOLDBERG:  Your Honor --

THE COURT:  Let me ask one question for Mr. Isaak first.

So one of the challenge statements is that Vertex was able to take this hedging position without, quote, draining cash and liquidity at the company.

That seems to me to require a comparison, and I need to know how this plays out in the pleadings, a comparison between what the cash and liquidity of the company were and what its capacity for loss through the hedging program was.

MR. ISAAK:  Your Honor, let me see if I can find that statement.  I wish I could share because I could show you what the statement actually says.

THE COURT:  I think one of the places it appears is Paragraph 55 of the complaint.

MR. ISAAK:  Yes.  So what that statement says -- and I'm looking for it now -- yeah, it says -- okay.

So Mr. Stine is asking Mr. Cowart about the fact he acknowledges that half of the production is hedged and he's asking him in this market where the price, the spread that we've marked in at the hedge is much lower than the market. He's asking Mr. Cowart is this the right amount to hedge.

And Cowart says, you know, I think acknowledging that, look, at the time in the market the hedges were under water. And he says, well, we're not capturing what we could. He says we've got exposure. That's good. And then he says but we have a fiduciary obligation to remove volatility from our earnings and so we're kind of doing both. We've got the half that's exposed, we have the half that isn't exposed and we have earnings right now locked in at less than prevailing crack spreads.

Then he makes this statement about -- he makes this statement about cash and liquidity, but he's saying it in the context -- he sort of pivots here. He says, "and that speaks to our relationship on our working capital side."

What he's talking about is the relationship with their bankers. And he says, "the business and our partner -- our banking partners that have provided a hedging vehicle this credit backed in order to be able to take these type of hedging positions without draining cash" -- and I think what he is supposed to say "liquidity" -- to add to the company.

That statement is kind of garbled. I will give

you that, but what he's really talking about there is not the performance of the hedge or the performance of the company's cash or liquidity position, but about the relationship with the financing partners that allows them to enter into these type of hedging arrangements.

And if you look at the 10-Q where we explain those relationships -- that's on page -- I believe it is on Page 65 of the 10-Q -- Vertex goes through and explains that we have this credit relationship with our bankers.  And as part of that relationship, they're backing that hedge.

So that statement -- first of all, it's in part of a larger -- the context of a larger statement where there is at least the suggestion that, look, we understand.  We're not capturing all the spreads in the market and so we're acknowledging that.  But also that particular statement doesn't have to do with the company's financial position per se.  It has to do with its relationships with its bankers.

THE COURT:  All right.

MR. GOLDBERG:  Shall I take that in turn, Your Honor?  Can I go in reverse order?

THE COURT:  Sure.

MR. GOLDBERG:  Mr. Isaak conceding that this statement may be garbled does not lessen the impact of they're talking about liquidity in the context of a fiduciary duty to hedge against downside to effectively cap their profits with respect

to 50 percent of the feedstock when at that moment they had lost significant cash in the first month in April and had unrealized losses for the five remaining months of the hedged position of tens of millions of dollars.

So when you talk about liquidity and you talk about this hedge program all in context, just because you have a banking partner, Your Honor, doesn't mean that they don't ultimately have to pay.  It just means that the banking partner facilitates.

So the banking issue here in the context of the hedge statement, in the context of what defendants had actual knowledge of at that time renders that statement false -- Your Honor, for their failure in context, Your Honor, right, to disclose that at that time there were both realized for April and unrealized losses.

Your Honor, if I may, I want to go back to the transcript, Exhibit G, to which Mr. Isaak referred.

THE COURT:  All right.

MR. GOLDBERG:  But before I talk about Mr. Cowart's statement, we're not shying away from anything.  What Mr. Isaak just read to you establishes with virtual certainty Mr. Cowart's scienter.

Your Honor, in Paragraph 40 of the complaint, the defendants describe hedging and what they do with derivative transactions.  And Mr. Isaak is trying to create a fact

universe that this complaint does not permit.

When he says to you using a forward strip is common, there's nothing of record to that and in fact, Your Honor, the company in Paragraph 40 says, "Accordingly, these commodity derivative contracts are marked-to-market and any changes in the estimated value of commodity derivative contracts held at the balance sheet date are recognized in the accompanying statement of operations through increases (losses) or decreases to cost of goods sold."

So what the company is telling the world is forward strip, we're going to value these as of a particular time.

Now, Your Honor, they are permitted -- I am not arguing that Vertex, Cowart and Carlson were not permitted to use forward strip pricing; but what they hid in intentionally using that, Your Honor, is that the unrealized losses and the realized losses as of that date were not just material, Your Honor, were overwhelming.  They were tens of millions of dollars.

And the problem is when Mr. Stine -- Mr. Stine doesn't understand.  He says, yeah, maybe I understand what Mr. Cowart's response is.

But in the context, Your Honor, of Mr. Carlson saying in Paragraph 96 that they took into account the implied net cash impact of the hedges, they effectively didn't because

they ignored the unrealized losses as of May 9th.

Now, again, Your Honor, if they want to do that, that's okay.  They're perfectly permitted to do it; but they have to tell people that they have suffered losses realized in April, that's cash out the door and that as of May 9th there are material unrealized losses based on how they would account for this.

THE COURT:  All right.  Let me make sure I understand.  Mr. Isaak, give me your response and then I'll see if I have any questions.

MR. ISAAK:  So my response to that, Your Honor, is there is not Allegation 1 in the complaint that we ignored those losses when we guided.  That just simply isn't there.  They sort of conjured this up out of thin air, but there is no allegation.  This case, it's interesting that Mr. Goldberg brings up scienter because, I mean, if the disclosure in this case is weak, scienter is nonexistent.  I mean, you're talking about a case -- I think this all comes down to plausibility.  And you're talking about a case --

First of all, they say we try to conceal these hedges.  Well, we tell them exactly what the hedges are, what the position is and the fact that the hedges are under water, okay?

And then the next question is why would we conceal these hedges?  We're going to have to disclose any

losses at the end of the quarter anyway.  So it's really a three-month fraud play.  Okay.  What kind of fraud play is that and why would you do it?

Well, you've one director or one executive that doesn't sell anything.  He just rides the stock down along with everyone else.

The other guy sells the stock, but he sells it -- or he sells 20 percent of it, still keeps 80 percent.  By the way, he had disposed of the 20 percent the prior year.  And on that 20 percent, he sells it at the low point in the class period.

So tell me where is the intent to deceive?  Where is the fraud?  This makes no sense, Your Honor.

THE COURT:  Hang on, Mr. Isaak.  Let's get away from scienter for a moment and go back to whether this is an actionable statement in the first place.

So Vertex's argument, as I understand it, is that if you look at the 10-Q and you look at the 10-Q as the context for the statement that Vertex is able to take the hedging position without draining cash and liquidity and that Vertex's EBITDA is strong, do I have to -- it doesn't seem to me that I can, within the context of the motion to dismiss, decide on whether the $7 million payment actually affected cash and liquidity at the company.

MR. ISAAK:  I don't think they've alleged that.  I

don't think that there are allegations in this complaint that would establish that it affected our access to cash or our liquidity.  There's no allegation that we were illiquid or anywhere close to being illiquid during this time.  There's also nothing to put -- I don't know where they get that 7 million, and it's very hard to decipher.  They use NYMEX. I'm not sure why NYMEX is relevant here.  But they don't put that 7 million in any kind of meaningful context here either.

So I don't think the statement is actionable.

THE COURT:  I guess my question is do I need to be able to say -- to find that even assuming that Vertex had paid more than 7 million as a result of the April 2022 hedging contract, as alleged in the complaint, that Vertex could take that hedging position and pay the 7 million without draining the company's cash and liquidity.

MS. ISAAK:  Well, I think, Your Honor, it's their burden under 9(b) and under the PSLRA to prove -- or not to prove but to plead facts that establish that; and they haven't pled that.  They haven't pled that we were not able to pay that 7 million.

MR. GOLDBERG:  Their liquidity is of course impacted. The question is is it material, Your Honor?  And they lost $47 million in cash in the first quarter.

Now, Mr. Isaak says he doesn't know where our numbers came from.  Your Honor, they don't really dispute our

numbers with respect to realized and unrealized losses because, of course, there's 47 million at the end of the quarter.  What we've told you, Your Honor, is directionally we couldn't figure out exactly how much if we could, Your Honor.  Mr. Isaak says, of course, "We disclosed information that would enable you to discern this."

They didn't and we couldn't.  So what we did is we attempted to give the Court the direction based on what happened and what they disclosed after the class period.

Your Honor, if I may, unless you have further questions about the April strong statement, I'd like, if I may, to turn to the risk disclosure because Mr. Isaak, in his two briefs of 55 pages, has relied on this Court taking a maximalist position about risk disclosures that only the Sixth Circuit seems to have taken in the *Bondali* and *Kolominsky* cases.

And even in *Kolominsky*, the Fifth Circuit relies on *FBR* and also on the *Zeid* or *"Zeid"* case, Your Honor, which is Judge Williams from pre-PSLRA days, which is absolutely no longer good law based on *Alphabet* and *Facebook*.

Your Honor, I want to alert the Court that the *Facebook* case, the defendants in the *Facebook* case sought cert.; and the Supreme Court granted it.

So the issue of whether a risk disclosure can be false is currently before the Court, but only the Sixth Circuit

in *Bondali* and *Kolominsky* say "maximalist."

There are two positions that the other courts -- Tenth, First, Second, Third and Ninth -- take.

The Ninth Circuit, Your Honor, is the least strong position. Forgive me. That's not the way I want to say it. Is the easiest means of getting through on a risk disclosure and they say -- the Ninth Circuit -- if it's materialized, it's actionable.

The Third Circuit is the best enunciated -- in the *Williams versus Globus Medical* case is the best enunciation of the better view, Your Honor, which is has it materialized and has it had an impact, right?

So what we know, Your Honor, is the risk of cash losses from the hedging program had come to fruition. It had materialized. So what is the risk? In paragraph -- I'll use Paragraph 38. It's the same in the false statements, Your Honor.

They say our hedging activities may prevent us from benefitting fully from increases in oil prices and may expose us to other risks including counterparty risks.

Now, they certainly set that up as this is a cap on our profits. And, again, Your Honor, in context they've been disclosing in May that this will cap our profits on 50 percent of the feedstock, but we are -- we're able to take advantage of rising spreads for the 50 percent that aren't

hedged.

But then this risk disclosure says, Your Honor, in addition -- in addition, our hedging activities may expose us to the risk of financial loss.  By April, Your Honor, they had already suffered a financial loss.

And again, even if you take Mr. Isaak at his word that somehow this forward pricing was appropriate for purposes of guidance, as of May 9th, Your Honor, there were almost a hundred million dollars in unrealized losses that this company knew of as of May 9th before they made their disclosures on May 10th.

So they warn of this risk of loss when the risk has, A, materialized and, B, already had impact.  So even under the more stringent standard, right, this complaint survives on the risk disclosure.

Now, Your Honor, the Fifth Circuit has since the time of *Huddleston* -- you will remember the old phrase from our pre-PSLRA days that this survives because it's not procedural. In *Huddleston*, the Fifth Circuit set the standard:  To warn is prudent; to warn when something has come to fruition is deceit. That carries through *Rubinstein* and the Fifth Circuit has absolutely never reversed itself on that.

Whether it would now, I don't know, but *Bondali* and *Kolominsky* are a minority view and until the Supreme Court adopts that minority view, which I do not believe they are, but

you do not need to take my word for it.  They can do anything they want.  I think that because the majority view is that they are actionable under some circumstances, the question becomes if this Court applies the more difficult standard, it will find that as of May 9th this risk disclosure is false for stating as a hypothetical something that already had come to fruition.

THE COURT:  All right.  Hang on.  I want Mr. Isaak to respond to that very narrow point.

MR. ISAAK:  On risk disclosures.  Absolutely, Your Honor.

First of all, I'm happy that Mr. Goldberg didn't talk about *Lormand*, because I think, as we showed in our briefing, *Lormand* does not support that position.  So it is not currently Fifth Circuit law that a risk disclosure creates a duty of disclosing when the risk has manifested.

I will acknowledge that *Bondali* is a minority position, but *Bondali* is also a case that this Court has cited with approval and it makes a lot of sense.

A risk disclosure is a statement about what may happen in the future.  It is not a statement and does not imply anything about what is occurring in the present.  And, in fact, if you take that position, you're going to have a couple of unfortunate policy outcomes, which *Bondali* talks about, one of which is that you may discourage risk disclosures because companies may not want to disclose risks because they don't

want to set themselves up for securities fraud claim.

The other is that it imposes burdens on an issuer to go through and tick and tie and try to tie back every disclosed risk to something that is currently occurring at the company. That is not the type of disclosure that the '34 Act's regime of periodic disclosure contemplates, especially, by the way, when you're dealing with hedging because hedging prices fluctuate every day. You mark to market prices every day. Does this mean that every time the market went down and the crack spreads widen from what we locked in that we had to issue another 8-K? I think that gets to a standard that is far too burdensome on issuers.

But even if you don't take the maximalist *Bondali* position, the courts have been clear of a couple of things.

One is that the risk disclosures, the more specific the risk disclosure, the more likely it is to be actionable. And here you have a fairly broad disclosure that applies to an industry. Anybody in this industry is going to be likely hedging and that applies not just to the oil and gas industry but commodities generally. Hedging is very common and so everyone is going to have those kind of disclosures. You're not talking about something that is very specific. For example, in the case of *Facebook*, the Cambridge Analytica scandal.

But also -- also and more importantly what these

cases have held -- *Facebook* itself discusses it. *Paskowitz versus Arnall,* which is a Western District, North Carolina case that we cite discusses it as well is that when you have actually disclosed information showing that the risk has manifested, you've satisfied that duty of disclosure.

And, in fact, we did that. So if you look at what we disclosed on the 10, we told the market exactly the price at where we had hedged. We told them the quantity of our production, which we had hedged. And we told them the fact that that price was 30 or even more dollars less than the prevailing crack spreads in the market.

From that, an investor would be very clear -- and by the way, this goes back to Stine's question. Is this prudent to do this at this point in the market?

We informed the market that, look, yes, half of our production is hedged and right now those hedges are substantially under water, so we had given the market the information about the risk. This also -- by the way, and I'm trying to heed the Court's admonition to stay to this point, but it also ties to scienter because if there's a duty to disclose, it is at best very arguable. The fact that this has engendered a circuit split and is now in front of the Supreme Court means that the duty to disclose is debatable and when you have that, in the absence of anything else, that is not a strong inference of scienter.

THE COURT:  Here is one question just to -- I didn't know when the Supreme Court is likely to weigh in on this.  The great temptation is to just park this case until we have that guidance.

MR. GOLDBERG:  May I, Your Honor?

THE COURT:  Okay.

MR. GOLDBERG:  Go ahead, David.

MR. ISAAK:  My response -- I apologize, Mr. Goldberg, for jumping ahead.

My response, Your Honor, is that scienter is a no-brainer here.  They haven't alleged anywhere near a cogent and compelling case of scienter, haven't alleged motive and opportunity, haven't alleged any facts.  There's no, you know, verifiable facts showing that we were aware of a duty to disclose and disregarded it.  So I don't think you even need to hit the risk disclosure question.

THE COURT:  All right.  Mr. Goldberg, did you want to weigh in on that?

MR. GOLDBERG:  Yeah, Your Honor, forgive me.

I do not think you should park this case because the overwhelming precedence among the circuits is that risk disclosures are actionable.  I believe that the Supreme Court is most likely to accept *Globus*, which requires impact, which is fine.  We have that here.

The other thing I wanted to say here is Mr. Isaak

sort of glosses over *Lormand* because *Lormand*, while it is not about a risk disclosure -- qua risk disclosure being false, *Lormand* is about whether a risk disclosure can protect under the safe harbor.

And *Lormand* is quite cheer that a risk disclosure that has already materialized is inadequate to protect under the safe harbor.  So that plus *Rubinstein* plus *Huddleston*, which is not changed in this circuit, indicate that the Fifth Circuit would likely join at least the Third Circuit in setting parameters for risk disclosures being false, but not rejecting it altogether.

Again, even the cases that *Bondali* cites don't say what Mr. Isaak wants them to say except for *Zeid*, which is no longer good law.  I'm actually surprised that they cited it again in *Kolominsky*.

THE COURT:  All right.  Mr. Isaak, one last round.

MR. ISAAK:  Your Honor, I wanted to hit just a little bit on scienter.  I know we've been discussing mostly risk disclosure.  But like I said, you don't even need to get into these thorny issues because there is no cogent and compelling case for scienter.

What is conspicuously absent from this complaint is any of the things that you typically see in securities fraud cases -- confidential sources or named sources in some cases, texts, e-mails, none of that.

They say -- they rely on a couple of things. One, they say, well, you would have had to have known this and the core operations doctrine applies.

Well, okay.  They haven't pled the core operations doctrine.  They haven't pled any facts that established it.  They haven't pled the size of our company. This is not a transformative transaction.  The hedges are not transformative.  The acquisition of the refinery is, but the hedges themselves are not.

So they haven't satisfied that.  But even if they did, that would only get you to knowledge.  And as *R2* is very clear, knowledge doesn't get you there when there is -- especially when there is an arguable duty of disclosure.  And it's obvious that this duty is debatable because you have a circuit split and the Supreme Court is going to decide this.

And so in the face of no motive and opportunity, the insider trading allegations don't get you there and especially under the very clear case law of the Fifth Circuit, when only one of the two defendants has sold -- and that defendant sold at the low point of the class period for less than 20 percent.  So you don't have motive and opportunity. Your burden is even higher than to plead scienter where all you have is -- you don't have any sources saying -- any allegations showing or sources for those allegations showing that we even knew -- that the two executives at issue even knew about these

losses.  But even if they had, there's no allegation showing that we were aware of a duty to disclose and disregarded that duty with the intent of defrauding or in an exercise of severe recklessness.

THE COURT:  So I guess in part what you're arguing is that the fact that the hedging program itself was disclosed, that the information that was disclosed would be sufficient to make those following aware that there was this hypothetical risk and aware of the facts that would show that it had at least in part materialized.

MR. ISAAK:  Absolutely, Your Honor.  And there's no allegation that we were ever told or our people were ever told that's not enough.  You know, you need to do more.  You need to disclose more.  There's no allegation that we knew of a duty that we had to disclose more and consciously disregarded that duty to defraud the investor.

THE COURT:  All right.  Mr. Goldberg, did you want to respond to that?

MR. GOLDBERG:  I do, Your Honor.  I'm going to go backwards because Mr. Isaak raised in the context of the risk disclosure why would we do that.

The answer to that, as Judge Posner writes in the *Makor Rights* case on remand from the *Tellabs* case, Your Honor, is Mr. Isaak has confused expectation with realization.

And effectively what he said is we're not going

to disclose this information; and in the end, we're going to gamble that the forward strip price is going to save us. That's perfectly okay, Your Honor.  They can make that gamble, but they have to disclose that they're making that gamble. They have to disclose that at the time there are material realized already and unrealized losses so that investors can weigh these things.

Mr. Isaak is again, as in his briefs, attempting to create a factual scenario which doesn't exist.  The analysts, the professionals, Your Honor -- and I am not one -- were shocked because they did not have the information to enable them to ascertain that this guidance was wrong based on 50 percent of the production.

Now, Your Honor, Mr. Isaak cites one case.  I think he said *R2*.  There is no requirement in the Fifth Circuit that one has to know about the duty as opposed to having knowledge of the facts that conflict with the statements you make.

These defendants absolutely had knowledge and we know that, Your Honor, because again in Exhibit G -- first of all, Mr. Carlson, Your Honor, in Paragraph 96 says expressly, we've considered the -- let me get it exactly -- we've considered in our guidance the implied net cash impact of hedges.

"Implied," Your Honor, means "future."  So

they're thinking about this.  Having told the market, again, in Paragraph 40 that they use mark-to-market.  And, no, they're not required to file an up-to-date 10-K, Your Honor; but they're required to say:  We have already lost money and as of today, our guidance stands.  But we want to tell you that mark-to-market, which is how we will ultimately account for these hedges, shows that we are under water, which means that effectively what he did -- what Carlson and Cowart did was they made a decision -- and it was a material one, Your Honor -- but they didn't alert the market to the underlying facts and they did that purposefully and then it was only three months, Your Honor.

Both the *Makor Rights* case and Judge Lohier in the Second Circuit has followed this reasoning.

You can't gamble that way.  You can't gamble that the forward price will save you.  You have to disclose now and you have to qualify that opinion because if you don't, under *Omnicare*, you are purposely omitting --

THE COURT:  Here is what I'm confused about.  I didn't mean to cut you off, but --

MR. GOLDBERG:  No, no, no.

THE COURT:  -- it seems to me that you're arguing both ways.  You're arguing in part that the investors were not told of the hedging program's contours.  I don't have a clue what "contours" means in this context, but I take it it means

something along the lines of the details of the program or its potential impact on Vertex's financial results.

I thought that your complaint was more the only -- the risks were identified but only as potential and what was not disclosed was that at least a part of that risk had materialized, that there were already materialized losses, not that there weren't risks.  That was clearly disclosed.  What I thought was the missing piece was that some of that had materialized.

Am I wrong on that?

MR. GOLDBERG:  One second, Your Honor.

So, Your Honor, this is about losses that existed as of May 9th and how they impact the various disclosures.

THE COURT:  That's my point.

MR. GOLDBERG:  Right.  Were the analysts able to discern what those losses might be as of May 9th, both realized and unrealized?  They were not.  That's why they were shocked.

Does that render the risk disclosure false because the hypothetical had come to pass?

Yes, it does; and they know this.

THE COURT:  All right.  Mr. Isaak, do you want to respond to why it's -- can you respond?

MR. ISAAK:  Yeah.  A couple of things.

One, it's interesting to hear Mr. Goldberg accuse us of creating the universe which is out there and then he's

talking about us gambling on things.  There's nothing in the complaint that discusses us gambling or even Cowart's state of mind when he's making these statements.  So that's one.

Also when he says the analysts were shocked, he points to one analyst and the fact is is that that same analyst seemed to understand the impact of the hedges because he was asking a question during the May 10th analyst call:  Is this the right amount to hedge, especially given that you've got these spreads where they are right now?

So, okay.  So the analyst guessed wrong.  He's upset about that.  I don't think that's relevant either to whether we had any duty to disclose or more importantly, which Mr. Goldberg always seems to want to get away from this, there isn't anything there as to scienter.

Now, as to this point that there's nothing in the Fifth Circuit that says you have to know of a duty to disclose, well, *R2* itself -- okay.  Here is what *R2* says.  It says: "Mere knowledge of a fact that is not disclosed" -- and this, I think, we can all agree is a nondisclosure case.  They're not pointing to anything that is simply false.

THE COURT:  Right.

MR. ISAAK:  "Mere knowledge of a fact that is not disclosed without more does not raise a strong inference of scienter."  That's *R2*.

Okay.  Then you go to *Gamboa*, which we cite.

*Gamboa* cites another case called *GeoPharma, Inc.*, Southern District of New York case. And what that case says is: "To infer scienter from an arguably material omission, in the face of allegations that cut against such an inference, and in the absence of valid motive allegations" -- which you have here -- "would be to expand the anti-fraud provisions of the securities laws beyond their intended scope."

And in *Gamboa*, the court, building on *In re GeoPharma,* says that when the duty to disclose is debatable, the fact that you haven't disclosed something is not in and of itself enough to create a strong inference of scienter.

There are several other cases that say this, too. *Kalnit vs. Eichler* says not disclosing something that is arguable is not sufficient.

*In re Centerline Holdings Security Litigation*, which is a Southern District of New York Case 2009.

*Sanders versus AVEO Pharmaceutical*.

We cite all these in our briefs, in our opening brief. They don't respond to them at all because they don't have an answer. So --

THE COURT: Mr. Isaak, step back for a second. So here we have a company, and it's got these hedges in place. The fact of the hedges is knowing. No question about that.

MR. ISAAK: Yes.

THE COURT:  And there is clearly at the time the hedges were implemented the existence of the risk was disclosed and on the dates in question the existence of the risk was disclosed. But at what point would the risk have to be materialized, manifested before a duty to disclose that it was being materialized, the risk had come to pass or was coming to pass. At what point would that duty click in?

That was not a particularly well-phrased question.

MR. ISAAK:  No.  I'm thinking about your question, Your Honor.

THE COURT:  And the same thing to Mr. Goldberg.  If we can agree that there wasn't a risk on Day 2 to say we've lost a little bit of money here, but that's not a required disclosure on Day 2.

MR. GOLDBERG:  Right.

THE COURT:  So at what point and at how much is there a disclosure duty?

MR. GOLDBERG:  Right.  So, Your Honor, let's assume, of course, that *Globus* -- *Williams versus Globus* in the Third Circuit is the case that ultimately controls, which is, I think, short of *Bondali* saying the Ninth Circuit is wrong. It's not only materialization of the hypothetical, it's also impact, right?

So if that's the position the Court takes based

on *Rubinstein* and *Huddleston*, which say to warn is prudent; to warn when it's already happened is deceit.

If that's where we take Your Honor, then the next time you disclose, including this risk warning in the first quarter 10-Q, you are required to disclose that what you say is hypothetical has actually come to fruition -- has actually materialized and has already had impact.

THE COURT:  All right.

MR. GOLDBERG:  And that --

THE COURT:  Go ahead.

MR. GOLDBERG:  And the other thing that I wanted to -- that I wanted to raise is if we read this in conjunction with the Supreme Court's *Omnicare* case, Your Honor, when the omitted fact that contradicts the opinion arises and you start disclosing the opinion, you're required to disclose that contradictory fact.  And if you don't do that, even if you believe the opinion, Your Honor, you have violated your disclosure duty.

Now, again, I'm happy to talk about scienter in detail.  I haven't yet, but I'll wait in case you want to hear from Mr. Isaak on this point.

THE COURT:  I do want to hear from Mr. Isaak.

MR. ISAAK:  Thank you.  Thank you, Your Honor.

I think the disclosure obligation was met here. I mean, we disclosed the terms of the hedges.  It was clear

when we disclosed them that the hedges were massively under water. That's why we got the questions we got at the analyst call.

Now, in terms of whether we have any duty to disclose a quantity -- if there's some amount that the losses would have hit, well, first of all, I don't think that would have happened as of May 10th because they're only alleging -- remember we had guided to 110, to 140. They're alleging 7 million in losses. There's a lot that goes -- as of May 10th, there's a lot that goes into EBITDA. The hedges is only one part of it. You have all of your other operational components. And keep in mind you have the half that's not hedged, that you're making money on.

So 7 million I don't think at that point, which I think is the only relevant point because they did not have a duty -- under *Naglich,* they didn't have a duty to update their guidance. At that point, they haven't gotten there.

THE COURT: And at that point the EBITDA is strong and the statement to that effect is not alleged to be misleading; is that correct?

MR. ISAAK: That is correct, Your Honor.

THE COURT: All right.

MR. GOLDBERG: Mr. Isaak, I think, just mixed up the first quarter and the second quarter call. The analysts did not have enough information to say, "Your hedges seem to be

under water now.  They discussed this in the first quarter conference call in context of capping profits to avoid a downside loss.

Mr. Isaak is creating facts here.  They are shocked and they ask questions in the second quarter call, Your Honor, in the second quarter call, right?  Number 1.

Number 2, Your Honor, Mr. Isaak says it's one analyst.  It's not, Your Honor.  I refer you to Paragraph 108. Mr. Stine calls the second quarter a debacle and he notes that management's credibility has taken a big blow.

Another Oppenheimer analyst, Noah Kaye, notes a lack of visibility for this bad news.  So if Mr. Isaak is correct in creating an alternate universe of facts, the professionals did not know based on what they disclosed that there was material losses realized in May and material losses for the five subsequent months as of May 9th unrealized.  And the analysts absolutely make that point.

Your Honor, if I may --

THE COURT:  The analysts made it clear that they hadn't seen it.  Whether it was their failing or the failure to disclose information, yes.

MR. GOLDBERG:  It is, Your Honor, but here is the problem here.  This is a motion to dismiss --

THE COURT:  I understand.

MR. GOLDBERG:  I know you do.

And in the context of a motion to dismiss -- forget scienter for a second -- we're entitled to reasonable inferences even if Mr. Isaak raises another reasonable inference.  This is about falsity and the inference based on what the professionals don't know at the end is that they didn't know it at the beginning or else they would have guided down, right?  They would have said there's a material possibility --

THE COURT:  Your analysts are much smarter than my analysts.

Mr. Isaak, did you want to respond to the argument?

MR. ISAAK:  Yes.

Your Honor, in fact, when you look at the analysts reports, most of them, what they're upset about is missing the guidance, which is typical.  Of course, any time a company misses guidance, the analysts are not going to be happy; and that's exactly what happened here.

And the fact that, you know, they didn't see this coming --

THE COURT:  Yes.  I think that this part of the argument ultimately circles back to the question:  Was a different kind of disclosure here required?

MR. ISAAK:  But I want to go back, Your Honor, if you'll indulge me, to his statement about the first quarter

conference call.

In that call, the analyst Stine from Craig-Hallum asks Cowart, he says, "Is this the correct strategy now," which I think is an acknowledgment that, "Hey, prices are where they are.  You're capturing a much smaller margin on half of your production.  Is that really the right play here?"

And Cowart explains why, at least in his mind, he thinks it is; so I think --

MR. GOLDBERG:  That's about the cap.  That's about capping profits, Your Honor.  That's not about potential losses.

MR. ISAAK:  It's the same thing.  It's the same thing.

THE COURT:  You mean it's the same hedging program?

MR. ISAAK:  It's the same hedging program.  When you're talking about losses from hedging, I mean, the whole purpose of a hedge is to cap your profits.  What you're losing money from is the fact that you sold these and to make the hedge -- to settle that position, you've got to sell at less.  But you're still making a profit on the entire position.  That's the whole reason for a hedge.

MR. GOLDBERG:  Yes.  Listen to what Mr. Isaak just said, Your Honor.  That is about a cap on profit.  He's exactly right.  To avoid a downside risk because crack spreads are rising, we are hedging and capping our profit.

So when Mr. Cowart describes that, he's

describing the good side of this and what that means is an absence of downside because of the hedge.  He's not disclosing that as crack spreads rise, they are getting killed for cash and will get killed for the next five months because of this program.  That is not what the -- that misrepresents the nature of Mr. Stine's colloquy with Mr. Cowart in May.

MR. ISAAK:  Your Honor, those are two sides of the same coin.  The hedging program is going to lock in profits at a certain amount and you're going to have to pay out cash to settle the hedges.  I mean, any analyst is going to understand that.

MR. GOLDBERG:  Well, they didn't.

THE COURT:  I think the point is not that they understood the risks.  It's clear that the risks were disclosed.  The question is whether at what point did the disclosure duty include a duty to disclose what had materialized to date.

MR. GOLDBERG:  Your Honor, may I address briefly two issues?  I don't know how much time you want to take, but there are two issues I'd like to address.

THE COURT:  All right.

MR. GOLDBERG:  Mr. Isaak relates with respect to the duty to disclosure to the *Naglich* case.  And the *Naglich* case does not say that there is never a duty to disclose.  Rather, it says, "If you have a forward-looking statement and the

guidance becomes -- is still alive, right -- then when the guidance -- when you fail to make the guidance, that can be actionable, the failure to update."

So I think what this Court has to decide -- and forgive me. *Naglich* absolutely is clear on this. There are three parts to this, and the real issue is whether it's still alive.

Now, again, this is a falsity discussion, Your Honor. So if it's a reasonable inference, than we're entitled to it.

And I have to say Mr. Isaak, in his brief, quibbles with the word "declined" in the complaint, but that doesn't really matter. Mr. Isaak wants the Court to believe that a whole bunch of analysts went down to Alabama to see the hydrocracker, which they may have done. That's a wonderful trip. Maybe we'll play the Robert Trent Jones Golf Trail.

But the reality is, Your Honor, analysts are interested in results; and it is implausible at this stage to find as a matter of fact that the analysts did not at least probe Mr. Cowart about the guidance.

By June 21st, Your Honor, because they hold the analysts day and they know that the analysts are going to go and speak to the market, that guidance is alive as of June 21st; and there is no doubt that by June 21st, these guys had actual knowledge that they were going to miss by a lot.

So, Your Honor, the real question here -- and this is one for you to decide as a matter of fact -- is whether that projection, whether that guidance is still alive.  They argue it's not, but they argue there's no duty to disclose.  We argue that it is.  And the cases that they cite, including *Naglich*, don't have that analyst day or some follow-up or some follow-up statement about the guidance, right?

So in those cases, as a matter of fact, the guidance wasn't alive.  And we allege and we assert that the guidance here was still alive at June 21st and they were therefore duty bound when they talked to the analysts who all came out and said we think the guidance is conservative.  Or forgive me.  The several we cite come out and say the guidance is conservative.  We think that it's still alive, and that's a matter of fact.

So I want to talk about scienter briefly, but I don't know what you want to do, Your Honor.  Do you want me to keep going?

THE COURT:  Mr. Isaak, did you want to respond to anything that's said; and then I'll go to scienter?

MR. ISAAK:  Let me respond briefly to *Naglich*.

*Naglich* was -- Judge Lake did a pretty exhaustive deep dive in that case on all of the cases that have to do with this concept of updating guidance.

And basically what he says is when the guidance

is as a matter of law not alive in the minds of investors when you give the type of disclaimers that we did.

And if you look at the disclaimer in *Naglich* and compare it with -- and I'll give you -- that's at 969 and 971 of *Naglich* -- the disclosure there was:  "Except as required by law, we assume no obligation to update forward-looking statements for any reason after the date of this press release to conform these statements to actual results or to changes in the company's expectations."

Okay.  In Vertex, our statement is this:  "Finally, Vertex undertakes no obligation to update these statements after the date of this release, except as required by law, and takes no obligation to update or correct information prepared by third parties that are not paid for by Vertex."

So the disclaimers are almost word for word the same.

And then Mr. Goldberg says, well, they must have asked them to restate this guidance.  There's no allegation of that.

Once again, you would think in preparing a consolidated amended complaint that plaintiffs would call these analysts and find out what they did.  And there's no allegation at all, none whatsoever.  They're not asking you to take an inference here, Your Honor.  They're asking you to create an

alternative version of this complaint.

MR. GOLDBERG:  Forgive me.  Not so.

The inference that a securities analyst didn't go and ask about the guidance; not, hey, tell us about the guidance, but is it still good is an implausible one.  They're securities analysts.  Mr. Isaak has never seen a quote outside of an analyst report in a consolidated amended complaint.  I don't know what he's talking about.  I can't even get analysts to reply to subpoenas, Your Honor.  They don't talk to us in advance of filing amended complaints.

The question is what's the reasonable inference.  And even if you buy that what Mr. Isaak is saying, which has no rational basis, is reasonable, so too is it that analysts went down to Alabama and asked.

With respect to *Naglich*, Your Honor, the Court sets out a three-part test and effectively it issues its holding because it says:  "Plaintiffs have failed to allege any fact capable of establishing that defendants' August 7th statements regarding their expectations for 100G volumes ever became misleading.  Nor do plaintiffs allege any facts capable of establishing that defendants' August 7th, 2018, sales-related statements remained 'alive' in the minds of investors."

Those are the two things.  Did it become misleading, and was it alive?

On June 21st, it was absolutely misleading.  They had suffered realized losses for April and May and still had unrealized losses in the tens of millions of dollars for the remaining four months at that point.

So we believe that there was a duty to update and the failure is actionable.

With respect to scienter, Your Honor -- with respect to scienter, Your Honor, as you know, *Tellabs* requires no smoking gun.  There are certainly times when a confidential witness is important.  Here it isn't for what the defendants themselves disclose.  They disclose that they monitor this daily and they monitor and manage the portfolio, Your Honor, because the board requires them to.  This is a board mandate.

Mr. Carlson also says that we included the -- forgive me.  "We included the" -- I've got to get the word right, Your Honor, because I think it's important.

"We included the implied net cash impact," which means the unrealized losses.  We included it.  They're telling the market that they are doing this analysis and including it when they are doing an analysis -- and I refer you to Paragraph 40 again -- which defies what they say of how they're going to calculate EBITDA.  EBITDA is the -- the foundation of EBITDA is the P&L, Your Honor.

And they say, "We calculate this P&L and the hedging losses or gains are against the cost of goods sold."

That's all -- that all goes into EBITDA.

So again -- and this is important, Your Honor. We're not saying that they weren't entitled to their opinion that the guidance was correct. We're not saying that they were not entitled to use forward pricing as Mr. Cowart admits they did.

What we're saying is in context the failure to disclose the then-present realized and unrealized losses is a material omission of which they were aware. And why not just say it, Judge? I mean, the whole thing -- this gamble thing that Judge Posner says is, yeah, maybe the forward price is something that ultimately comes to fruition and they don't have to disclose the losses, but that does not mean that the failure to disclose the gamble, Your Honor, is not reckless.

THE COURT: All right. Mr. Isaak, you can respond to that.

MR. ISAAK: Yeah. First of all, once again, there's no allegations that we were gambling or that we thought that we were going to miss this guidance. So, you know, there are permissible inferences you can draw from complaints, but then there's also just filling in the blanks and that's, I think, essentially what he wants you to do.

We haven't alleged this because we can't under Rule 11 so we want you, Judge, to fill this in.

But I want to go back. I want to close with the

general idea of plausibility, which even before you get to the PSLRA, you have to look at plausibility under *Twombly*.

And I raised this once before, but I want the Court to consider it. Is it plausible that a company -- the executives of a company have this scheme to hide these hedging losses when they tell the market here is our position. Here is where the market is. We've hedged half of our position. We've told them how the hedge works.

And, you know, this is going to be -- you know, we're going to have to disclose the losses anyway in three months. And, oh, by the way, Mr. Carlson is going to hold all his stock. Mr. Cowart is going to hold 80 percent of his stock and, you know, at the end of it, the stock is going to go down anyway.

What kind of -- how is that a plausible securities fraud case? It isn't. What you have here is an arguable duty to disclose and what this really is is a misguidance case that plaintiffs -- and I've got to give Mr. Goldberg some credit -- are doing their level best to make this into a securities fraud case, but it is not.

MR. GOLDBERG: Your Honor, may I add one fact that I think is helpful for the scienter analysis?

THE COURT: Sure.

MR. GOLDBERG: In August, on August 9th, Mr. Cowart updates analysts and says, "Hey, mid-quarter -- or

approximately mid-quarter, August 9th, our unrealized losses that we had to book as a contingent liability in the second quarter look $23 million better."

And what that tells us, Your Honor, is A, he knows in an instant on August 9th where those positions are; and B, it tells you he's going to tell them positive news, but he's not going to tell them negative news, which he didn't tell them in May when the circumstance was reversed, when they were losing money on the hedge.

That is evidence of -- strong circumstantial evidence.  What the defendants did here in the words of Judge Posner:  "It's like embezzling in the hope that winning at the track will enable the embezzled funds to be replaced before they are discovered to be missing."

So if, Your Honor, the forward pricing had enabled them to wiggle their way out of these losses on June 30th, they're good to go.  That's why they did it, and they did it with purpose.

If the Court has any questions, I'm happy to answer them.

MR. ISAAK:  Your Honor, I would just close by saying what's the motive?  They say we did it with purpose.  What's the motive?  There's no acquisition.  There's no -- the insider sales are minimal and under the Fifth Circuit law are not evidence of motive.  So why?  What's the purpose?  They say

we're concealing this.  Why?  They don't have a good reason.

And as to what happened on August 9th being somehow probative of what happened three months earlier, that's simply fraud by hindsight.  The Fifth Circuit has disposed of these type of arguments before.

MR. GOLDBERG:  Forgive me.  First of all, not fraud by hindsight.  It shows what they know and can do and that they disclose when it's positive, but don't disclose when it's negative.

Your Honor, in *Matrixx versus Siracusano*, the Supreme Court ruled that it is unnecessary to have a motive, but all the Court has to do is understand that the evidence of -- strong circumstantial evidence must be a little bit stronger.

By the way, in the Fifth Circuit, Your Honor -- Mr. Isaak is focused on motive.  In the Fifth Circuit, it is not in and of itself a means of pleading and showing a strong inference of scienter.  It's only contributory.

And here, these guys just got this new business. They're motivated to make it look good to the market.  That's why they disclose the hedge position at all.  They didn't have to disclose that hedge position, Your Honor.  No way.  They could have just guided and told the market exactly what they thought that they would make at the end, what the EBITDA would be at the end of the second quarter.

But they didn't.  They decided to praise themselves by saying, "Look at how smart we are to have entered the hedge program," in the context of a brand new business where they were --

THE COURT:  Mr. Goldberg, this is a bizarre argument when you're arguing essentially that less disclosure would have kept them out of any trouble.  Less disclosure would be better.

MR. GOLDBERG:  It can be that, Your Honor.  It absolutely can be.  It's not bizarre in any way.  If all the defendants do is guide and don't mention the hedging program and then they miss -- and by the way, this is where Mr. Isaak's case about guidance comes from -- and they miss without blaming it on the guidance, right?  Our hydrocracker broke.  Then that can't be securities fraud because of the hedge.

But they do talk about the hedge and they talk about it positively and the analysts do not know what's happened even if they may know directionally that this is a cap in profit.

In any event, I appreciate it, Your Honor.  I don't think it's bizarre at all.  It is the reality under the securities laws.

THE COURT:  Maybe that's what's bizarre, but I will certainly do the research necessary to figure that out.

All right.  This has been helpful and I appreciate the time you took to make the arguments you

presented.  I can't guarantee or even give guidance on when a decision will come out, but I will do it as quickly as I can.

MR. GOLDBERG:  Thank you, Your Honor.

MR. ISAAK:  Thank you, Your Honor.

THE COURT:  Thank you.  You are excused.

(The proceedings were adjourned.)

* * * * *

COURT REPORTER'S CERTIFICATE

I, Lanie M. Smith, CSR, RMR, CRR, Official Court Reporter, United States District Court, Southern District of Texas, do hereby certify that the foregoing is a true and correct transcript, to the best of my ability and understanding, from the record of the proceedings in the above-entitled and numbered matter.

_____/s/ Lanie M. Smith_____
Official Court Reporter

**$**

**$12** [1] - 5:18
**$21** [1] - 8:24
**$23** [1] - 48:3
**$35** [4] - 8:3, 9:25, 10:12, 10:16
**$47** [2] - 6:10, 18:23

**'**

**'34** [1] - 23:5
**'alive'** [1] - 44:22

**/**

**/s** [1] - 51:13

**1**

**1** [2] - 16:12, 37:6
**10** [3] - 1:7, 5:18, 24:7
**10-K** [1] - 30:3
**10-Q** [5] - 13:6, 13:8, 17:18, 35:5
**10019** [1] - 2:2
**100G** [1] - 44:19
**101** [1] - 1:16
**108** [1] - 37:8
**10th** [4] - 21:11, 32:7, 36:7, 36:10
**11** [1] - 46:24
**110** [1] - 36:8
**1114** [1] - 2:2
**120** [2] - 6:9, 6:22
**140** [1] - 36:8
**1900** [1] - 1:24
**19046** [1] - 1:17

**2**

**2** [3] - 34:13, 34:15, 37:7
**20** [4] - 17:8, 17:9, 17:10, 27:21
**2009** [1] - 33:17
**2018** [1] - 44:21
**2022** [2] - 4:5, 18:12
**2024** [1] - 1:7
**21st** [5] - 41:21, 41:24, 42:10, 45:1
**2800** [1] - 1:20

**3**

**30** [1] - 24:10
**30th** [1] - 48:17
**35** [1] - 10:21
**38** [1] - 20:16

**4**

**40** [8] - 6:23, 6:25, 7:8, 14:23, 15:4, 30:2, 45:21
**440** [1] - 1:16
**47** [1] - 19:2
**4:23-CV-02145** [1] - 1:4

**5**

**5** [1] - 6:25
**50** [4] - 14:1, 20:24, 20:25, 29:13
**515** [1] - 2:6
**55** [2] - 11:23, 19:13
**5th** [1] - 1:23

**6**

**63** [1] - 8:17
**633** [1] - 1:23
**65** [1] - 13:8

**7**

**7** [12] - 5:18, 5:25, 6:25, 7:1, 17:23, 18:6, 18:8, 18:12, 18:14, 18:20, 36:9, 36:14
**7-million-plus** [1] - 7:9
**717** [1] - 1:20
**77002** [2] - 1:21, 2:7
**7th** [2] - 44:18, 44:21

**8**

**8-K** [1] - 23:11
**80** [2] - 17:8, 47:12
**8004** [1] - 2:7

**9**

**9(b** [1] - 18:17
**90071** [1] - 1:24
**96** [2] - 15:24, 29:21
**969** [1] - 43:4
**971** [1] - 43:4
**9th** [12] - 16:1, 16:5, 21:8, 21:10, 22:5, 31:13, 31:16, 37:16, 47:24, 48:1, 48:5, 49:2

**A**

**A** [3] - 1:14, 21:13, 48:4

**a** [167] - 3:11, 3:13, 3:20, 4:10, 4:12, 4:13, 4:18, 5:12, 5:15, 5:24, 5:25, 6:6, 6:13, 6:15, 6:16, 6:24, 7:25, 8:3, 8:14, 8:24, 9:1, 9:10, 9:12, 9:13, 9:25, 10:18, 10:25, 11:4, 11:15, 11:16, 12:10, 12:21, 13:12, 13:24, 14:7, 14:25, 15:2, 15:11, 16:18, 16:19, 17:1, 17:15, 18:12, 19:13, 19:24, 20:6, 20:21, 21:5, 21:8, 21:24, 22:6, 22:14, 22:16, 22:17, 22:18, 22:19, 22:20, 22:22, 23:11, 23:14, 23:17, 24:2, 24:20, 24:22, 24:24, 25:10, 25:11, 25:14, 26:2, 26:3, 26:5, 26:17, 27:1, 27:7, 27:14, 28:2, 28:14, 29:9, 30:9, 30:24, 31:5, 31:23, 32:7, 32:16, 32:18, 32:19, 32:22, 32:23, 33:11, 33:17, 33:22, 33:23, 34:5, 34:8, 34:13, 34:14, 34:17, 36:5, 36:9, 36:10, 36:15, 36:16, 37:2, 37:9, 37:10, 37:11, 37:23, 38:1, 38:2, 38:7, 38:16, 38:22, 39:5, 39:16, 39:19, 39:20, 39:22, 39:23, 40:8, 40:16, 40:24, 40:25, 41:8, 41:9, 41:14, 41:15, 41:19, 41:25, 42:2, 42:8, 42:14, 42:22, 43:1, 43:21, 44:3, 44:6, 44:7, 44:16, 45:5, 45:9, 45:13, 46:8, 47:4, 47:5, 47:15, 47:17, 47:20, 48:2, 49:1, 49:11, 49:13, 49:17, 50:3, 50:5, 50:17, 51:1, 51:10
**ability** [1] - 51:10
**able** [7] - 11:13, 12:22, 17:19, 18:10, 18:19, 20:24, 31:15
**about** [60] - 3:16, 3:17, 4:12, 5:9, 5:10, 7:10, 7:24, 9:9, 9:10, 9:25, 10:1, 12:1, 12:15, 12:16, 12:19, 13:1, 13:3, 13:24,
14:5, 14:6, 14:19, 16:18, 16:19, 19:11, 19:14, 22:12, 22:19, 22:21, 22:23, 23:22, 24:18, 26:2, 26:3, 27:25, 29:16, 30:1, 30:19, 31:12, 32:1, 32:11, 33:24, 34:10, 35:19, 38:4, 38:15, 38:25, 39:9, 39:10, 39:15, 39:22, 41:20, 42:7, 42:16, 44:4, 44:8, 50:12, 50:15, 50:16
**above** [2] - 8:25, 51:11
**above-entitled** [1] - 51:11
**absence** [3] - 24:24, 33:5, 40:2
**absent** [1] - 26:22
**absolutely** [11] - 4:3, 4:22, 19:19, 21:22, 22:9, 28:11, 29:19, 37:17, 41:5, 45:1, 50:9
**accept** [1] - 25:23
**access** [1] - 18:2
**accompanying** [1] - 15:8
**Accordingly** [1] - 15:4
**account** [3] - 15:24, 16:6, 30:6
**accuse** [1] - 31:24
**acknowledge** [1] - 22:16
**acknowledges** [1] - 12:2
**acknowledging** [2] - 12:6, 13:15
**acknowledgment** [1] - 39:4
**acquisition** [4] - 3:16, 4:6, 27:8, 48:23
**Act's** [1] - 23:5
**actionable** [14] - 4:23, 4:25, 8:7, 9:16, 9:17, 11:7, 17:16, 18:9, 20:8, 22:3, 23:17, 25:22, 41:3, 45:6
**activities** [2] - 20:18, 21:3
**actual** [4] - 10:2, 14:11, 41:25, 43:8
**actually** [7] - 10:14, 11:21, 17:23, 24:4, 26:14, 35:6
**add** [3] - 7:12, 12:24,

47:21
**addition** [2] - 21:3
**address** [2] - 40:18, 40:20
**adjourned** [1] - 51:6
**admits** [1] - 46:5
**admonition** [1] - 24:19
**adopts** [1] - 21:25
**advance** [1] - 44:10
**advantage** [1] - 20:25
**affected** [2] - 17:23, 18:2
**affirmative** [1] - 9:8
**after** [3] - 19:9, 43:7, 43:12
**afternoon** [1] - 3:8
**again** [17] - 5:3, 6:12, 7:1, 16:2, 20:22, 21:6, 26:12, 26:15, 29:8, 29:20, 30:1, 35:19, 41:8, 43:21, 45:21, 46:2, 46:17
**against** [3] - 13:25, 33:4, 45:25
**agree** [2] - 32:19, 34:13
**ahead** [3] - 25:7, 25:9, 35:10
**air** [1] - 16:14
**AL** [2] - 1:4, 1:7
**Alabama** [2] - 41:14, 44:14
**alert** [2] - 19:21, 30:10
**alive** [9] - 41:1, 41:7, 41:23, 42:3, 42:9, 42:10, 42:14, 43:1, 44:25
**all** [50] - 3:2, 3:11, 4:2, 5:2, 5:6, 7:2, 8:5, 9:6, 9:18, 10:7, 10:10, 11:4, 13:11, 13:14, 13:18, 14:6, 14:18, 16:8, 16:18, 16:20, 22:7, 22:11, 25:17, 26:16, 27:22, 28:17, 29:21, 31:21, 32:19, 33:19, 33:20, 35:8, 36:6, 36:11, 36:22, 40:21, 42:11, 42:23, 43:24, 46:1, 46:15, 46:17, 47:11, 49:6, 49:12, 49:21, 50:9, 50:20, 50:24
**Allegation** [1] - 16:12
**allegation** [7] - 16:15, 18:3, 28:1,

28:12, 28:14, 43:19, 43:23

**allegations** [9] - 8:19, 18:1, 27:17, 27:23, 27:24, 33:4, 33:5, 46:18

**allege** [5] - 7:23, 9:24, 42:9, 44:17, 44:20

**alleged** [8] - 3:14, 17:25, 18:13, 25:11, 25:12, 25:13, 36:19, 46:23

**alleging** [2] - 36:7, 36:8

**allowing** [1] - 10:6

**allows** [1] - 13:4

**almost** [2] - 21:8, 43:16

**along** [3] - 3:9, 17:5, 31:1

**Alphabet** [1] - 19:20

**already** [10] - 6:18, 21:5, 21:13, 22:6, 26:6, 29:6, 30:4, 31:6, 35:2, 35:7

**also** [15] - 4:10, 7:14, 9:9, 13:15, 18:5, 19:18, 22:17, 23:25, 24:18, 24:20, 32:4, 34:23, 45:14, 46:21

**alternate** [1] - 37:13

**alternative** [1] - 44:1

**altogether** [1] - 26:11

**always** [1] - 32:13

**am** [4] - 3:13, 15:13, 29:10, 31:10

**amended** [3] - 43:22, 44:7, 44:10

**Americas** [1] - 2:2

**among** [1] - 25:21

**amount** [4] - 12:5, 32:8, 36:5, 40:9

**amounts** [2] - 5:23, 6:3

**an** [26] - 3:19, 7:14, 7:16, 9:6, 10:20, 17:15, 20:12, 23:2, 23:18, 24:12, 27:13, 28:3, 30:3, 33:3, 33:4, 33:21, 37:13, 39:4, 40:1, 43:24, 43:25, 44:5, 44:7, 45:20, 47:16, 48:5

**analysis** [3] - 45:19, 45:20, 47:22

**analyst** [16] - 10:3, 10:13, 10:14, 32:5, 32:7, 32:10, 36:2,

37:8, 37:11, 39:2, 40:10, 42:6, 44:3, 44:7

**analysts** [23] - 8:1, 29:10, 31:15, 32:4, 36:24, 37:17, 37:19, 38:9, 38:10, 38:15, 38:17, 41:14, 41:17, 41:19, 41:22, 42:11, 43:23, 44:6, 44:8, 44:13, 47:25, 50:16

**Analytica** [1] - 23:23

**and** [277] - 3:5, 3:9, 3:10, 3:12, 3:15, 3:17, 3:21, 4:3, 4:13, 4:22, 4:24, 5:11, 6:10, 6:15, 6:17, 6:20, 6:21, 7:1, 7:4, 7:9, 7:12, 7:16, 7:17, 7:21, 8:2, 8:6, 8:15, 8:18, 8:25, 9:2, 9:5, 9:9, 9:14, 9:19, 9:23, 10:2, 10:4, 10:13, 10:18, 10:19, 10:21, 10:24, 11:4, 11:6, 11:8, 11:14, 11:15, 11:17, 11:24, 12:2, 12:6, 12:8, 12:9, 12:11, 12:12, 12:16, 12:17, 12:20, 12:23, 13:6, 13:8, 13:9, 13:14, 14:2, 14:5, 14:15, 14:24, 14:25, 15:3, 15:5, 15:14, 15:16, 15:20, 16:5, 16:9, 16:19, 16:22, 16:24, 17:3, 17:9, 17:15, 17:18, 17:20, 17:23, 18:6, 18:14, 18:15, 18:17, 18:18, 18:22, 19:1, 19:7, 19:9, 19:15, 19:17, 19:18, 19:20, 19:23, 20:1, 20:3, 20:7, 20:12, 20:19, 20:22, 21:6, 21:13, 21:21, 21:24, 22:18, 22:20, 22:21, 23:3, 23:9, 23:17, 23:19, 23:20, 23:25, 24:6, 24:9, 24:12, 24:16, 24:18, 24:22, 24:23, 25:12, 25:15, 26:5, 26:20, 27:2, 27:11, 27:13, 27:15, 27:16, 27:17, 27:19, 27:21, 28:2, 28:9, 28:11, 28:15, 28:25, 29:1, 29:6, 29:10, 29:19, 30:2, 30:4, 30:8, 30:9, 30:10, 30:11, 30:13, 30:16, 31:4, 31:13,

31:17, 31:20, 31:25, 32:5, 32:18, 33:2, 33:4, 33:8, 33:11, 33:23, 34:1, 34:2, 34:12, 34:17, 35:1, 35:7, 35:9, 35:11, 35:14, 35:16, 36:12, 36:18, 36:24, 37:5, 37:9, 37:15, 37:16, 38:1, 38:4, 38:18, 38:19, 39:7, 39:17, 39:24, 40:1, 40:4, 40:9, 40:23, 40:25, 41:4, 41:6, 41:11, 41:18, 41:22, 41:23, 41:24, 42:1, 42:5, 42:9, 42:10, 42:12, 42:13, 42:14, 42:20, 42:25, 43:3, 43:4, 43:13, 43:18, 43:23, 44:4, 44:12, 44:14, 44:16, 44:25, 45:2, 45:5, 45:12, 45:19, 45:20, 45:24, 46:2, 46:8, 46:9, 46:12, 46:21, 47:3, 47:9, 47:11, 47:13, 47:17, 47:18, 47:25, 48:4, 48:6, 48:17, 48:24, 49:2, 49:7, 49:17, 49:19, 49:23, 50:10, 50:11, 50:12, 50:15, 50:16, 50:24, 51:10, 51:10, 51:11

**Angeles** [1] - 1:24

**another** [4] - 23:11, 33:1, 37:11, 38:3

**answer** [7] - 4:2, 4:22, 5:4, 5:5, 28:22, 33:21, 48:20

**anti** [1] - 33:6

**anti-fraud** [1] - 33:6

**any** [25] - 4:22, 8:7, 8:18, 8:19, 10:11, 15:6, 16:10, 16:25, 18:8, 25:13, 26:23, 27:5, 27:23, 32:12, 36:4, 38:16, 40:10, 43:7, 44:17, 44:20, 48:19, 50:7, 50:9, 50:19

**anybody** [1] - 23:18

**anything** [8] - 14:20, 17:5, 22:1, 22:21, 24:24, 32:14, 32:20, 42:20

**anyway** [3] - 17:1, 47:10, 47:14

**anywhere** [2] - 18:4, 25:11

**apologize** [1] - 25:8

**APPEARANCES** [1] - 1:13

**appearances** [1] - 3:3

**appears** [1] - 11:22

**applies** [4] - 22:4, 23:18, 23:19, 27:3

**appreciate** [2] - 50:19, 50:25

**appropriate** [1] - 21:7

**approval** [1] - 22:18

**approximately** [1] - 48:1

**April** [13] - 5:7, 5:10, 5:18, 7:9, 8:20, 8:21, 14:2, 14:14, 16:5, 18:12, 19:11, 21:4, 45:2

**are** [56] - 4:14, 6:8, 7:17, 7:24, 10:24, 11:6, 15:5, 15:7, 15:13, 16:6, 16:21, 16:22, 18:1, 20:2, 20:24, 21:24, 21:25, 22:3, 24:16, 25:22, 27:7, 27:9, 29:5, 30:7, 30:18, 32:9, 33:13, 35:5, 37:4, 38:9, 38:17, 39:4, 39:5, 39:23, 39:24, 40:3, 40:7, 40:20, 41:5, 41:17, 41:22, 43:14, 43:16, 44:24, 45:9, 45:19, 45:20, 45:25, 46:19, 47:19, 48:5, 48:14, 48:24, 50:2, 51:5

**aren't** [2] - 11:7, 20:25

**arguable** [4] - 24:21, 27:13, 33:15, 47:17

**arguably** [1] - 33:3

**argue** [3] - 42:4, 42:5

**arguing** [5] - 15:14, 28:5, 30:22, 30:23, 50:6

**argument** [4] - 17:17, 38:12, 38:22, 50:5

**arguments** [3] - 9:20, 49:5, 50:25

**arises** [1] - 35:14

**Arnall** [1] - 24:2

**arrangements** [1] - 13:5

**as** [49] - 6:24, 7:16, 8:6, 9:2, 9:18, 10:11, 13:9, 15:11, 15:17,

16:1, 16:5, 17:17, 17:18, 18:12, 18:13, 20:21, 21:8, 21:10, 22:5, 22:12, 24:3, 27:11, 28:22, 29:8, 29:16, 30:4, 31:4, 31:13, 31:16, 32:14, 32:15, 36:7, 36:9, 37:16, 40:3, 41:19, 41:23, 42:2, 42:8, 43:1, 43:5, 43:12, 45:8, 46:5, 48:2, 49:2, 51:2

**ascertain** [1] - 29:12

**ASHWIN** [1] - 1:22

**Ashwin** [1] - 3:9

**ask** [3] - 11:10, 37:5, 44:4

**asked** [2] - 43:19, 44:14

**asking** [6] - 12:1, 12:3, 12:5, 32:7, 43:24, 43:25

**asks** [1] - 39:3

**assert** [1] - 42:9

**assume** [4] - 6:21, 6:22, 34:19, 43:6

**assuming** [1] - 18:11

**at** [70] - 3:15, 4:13, 5:23, 6:1, 6:4, 6:16, 8:1, 9:3, 10:1, 10:14, 11:14, 12:4, 12:7, 12:13, 13:6, 13:13, 14:1, 14:12, 14:14, 15:7, 17:1, 17:10, 17:18, 17:24, 19:2, 21:6, 23:4, 24:6, 24:8, 24:14, 24:21, 26:9, 27:20, 27:25, 28:9, 29:5, 31:5, 33:20, 34:1, 34:4, 34:7, 34:17, 36:2, 36:14, 36:17, 36:18, 38:5, 38:6, 38:14, 39:7, 39:18, 40:8, 40:15, 41:18, 41:19, 42:10, 43:3, 43:4, 43:24, 45:4, 47:2, 47:13, 48:13, 49:21, 49:24, 49:25, 50:2, 50:20

**attempted** [1] - 19:8

**attempting** [1] - 29:8

**August** [8] - 6:7, 44:18, 44:21, 47:24, 48:1, 48:5, 49:2

**Avenue** [3] - 1:16, 1:20, 2:2

**AVEO** [1] - 33:18

**avoid** [3] - 5:17, 37:2, 39:23

**aware** [5] - 25:14, 28:2, 28:8, 28:9, 46:9
**away** [3] - 14:20, 17:14, 32:13
**Azurix** [5] - 4:11, 4:13, 8:14, 9:4, 9:17

## B

**B** [2] - 21:13, 48:6
**back** [9] - 8:13, 14:16, 17:15, 23:3, 24:13, 33:22, 38:22, 38:24, 46:25
**backed** [1] - 12:22
**backing** [1] - 13:10
**backwards** [1] - 28:20
**bad** [1] - 37:12
**balance** [1] - 15:7
**bankers** [3] - 12:20, 13:9, 13:17
**banking** [4] - 12:21, 14:7, 14:8, 14:10
**based** [9] - 5:16, 11:1, 16:6, 19:8, 19:20, 29:12, 34:25, 37:14, 38:4
**basically** [1] - 42:25
**basis** [1] - 44:13
**be** [29] - 3:22, 4:3, 4:16, 6:15, 7:7, 12:22, 13:23, 18:10, 19:24, 23:16, 23:19, 24:12, 28:7, 31:16, 33:6, 34:4, 36:19, 36:25, 38:17, 41:2, 47:9, 48:13, 48:14, 49:13, 49:25, 50:7, 50:8, 50:9, 50:14
**became** [1] - 44:20
**because** [38] - 4:1, 4:16, 7:2, 11:20, 14:6, 15:25, 16:16, 19:1, 19:12, 21:18, 22:2, 22:12, 22:24, 22:25, 23:7, 24:20, 25:20, 26:1, 26:20, 27:14, 28:20, 29:11, 29:20, 30:17, 31:19, 32:6, 33:20, 36:7, 36:15, 39:23, 40:2, 40:4, 41:21, 44:17, 45:13, 45:16, 46:23, 50:14
**become** [1] - 44:24
**becomes** [3] - 6:19, 22:3, 41:1
**been** [5] - 7:2, 20:23, 23:14, 26:18, 50:24
**BEFORE** [1] - 1:10

**before** [11] - 4:8, 8:25, 9:15, 14:19, 19:25, 21:10, 34:5, 47:1, 47:3, 48:14, 49:5
**beginning** [1] - 38:6
**behalf** [1] - 3:4
**being** [9] - 3:21, 9:2, 9:9, 9:25, 18:4, 26:2, 26:10, 34:5, 49:2
**belief** [1] - 11:1
**believe** [6] - 13:7, 21:25, 25:22, 35:17, 41:13, 45:5
**Bender** [1] - 3:5
**BENDER** [1] - 1:4
**benefitting** [1] - 20:19
**best** [8] - 8:6, 8:9, 8:12, 20:9, 20:10, 24:21, 47:19, 51:10
**better** [3] - 20:11, 48:3, 50:7
**between** [2] - 3:20, 11:17
**beyond** [1] - 33:7
**big** [1] - 37:10
**bit** [3] - 26:18, 34:14, 49:13
**bizarre** [4] - 50:5, 50:9, 50:20, 50:22
**blaming** [1] - 50:12
**blanks** [1] - 46:21
**blow** [1] - 37:10
**board** [2] - 45:13
**Bondali** [9] - 19:15, 20:1, 21:23, 22:16, 22:17, 22:23, 23:13, 26:12, 34:22
**book** [1] - 48:2
**both** [10] - 3:15, 3:21, 4:3, 4:16, 7:3, 12:11, 14:14, 30:13, 30:22, 31:16
**bound** [1] - 42:11
**brainer** [1] - 25:11
**brand** [1] - 50:3
**brief** [4] - 5:6, 9:21, 33:20, 41:11
**briefing** [1] - 22:13
**briefly** [3] - 40:18, 42:16, 42:21
**briefs** [3] - 19:13, 29:8, 33:19
**brings** [1] - 16:16
**broad** [1] - 23:17
**broke** [1] - 50:13
**building** [1] - 33:8
**bunch** [1] - 41:14
**burden** [2] - 18:17,

27:22
**burdens** [1] - 23:2
**burdensome** [1] - 23:12
**business** [8] - 4:17, 5:12, 5:15, 6:14, 7:8, 12:20, 49:19, 50:3
**but** [71] - 4:10, 4:17, 6:12, 6:16, 6:22, 7:7, 7:14, 7:19, 7:24, 8:23, 9:22, 10:14, 12:9, 12:16, 13:1, 13:3, 13:15, 14:19, 15:15, 15:23, 16:3, 16:14, 17:7, 18:7, 18:18, 19:25, 20:24, 21:2, 21:23, 21:25, 22:17, 23:13, 23:20, 23:25, 24:20, 26:10, 26:19, 27:8, 27:10, 28:1, 29:4, 30:3, 30:5, 30:9, 30:20, 30:25, 31:4, 34:4, 34:14, 35:20, 37:22, 38:24, 39:18, 40:19, 41:12, 41:17, 42:4, 42:16, 44:5, 46:13, 46:20, 46:25, 47:3, 47:20, 48:6, 49:8, 49:12, 50:1, 50:15, 50:22, 51:2
**buy** [1] - 44:12
**buzzer** [1] - 6:5
**by** [26] - 2:24, 6:8, 7:3, 8:18, 8:23, 9:20, 10:21, 17:8, 21:4, 23:6, 24:13, 24:18, 41:21, 41:24, 41:25, 43:5, 43:13, 43:14, 47:11, 48:21, 49:4, 49:6, 49:15, 50:2, 50:11

## C

**C** [2] - 1:4, 3:1
**calculate** [2] - 45:22, 45:24
**California** [1] - 1:24
**call** [10] - 10:15, 32:7, 36:3, 36:24, 37:2, 37:5, 37:6, 39:1, 39:2, 43:22
**called** [1] - 33:1
**calls** [1] - 37:9
**Cambridge** [1] - 23:23
**came** [2] - 18:25, 42:12
**can** [23] - 4:3, 4:16, 5:24, 10:25, 11:19,

13:20, 17:22, 19:24, 22:1, 26:3, 29:3, 29:6, 31:22, 32:19, 34:13, 41:2, 46:15, 46:20, 49:7, 50:8, 50:9, 51:2
**can't** [7] - 3:21, 30:15, 44:8, 46:23, 50:14, 51:1
**cap** [7] - 13:25, 20:21, 20:23, 39:9, 39:16, 39:22, 50:17
**capable** [2] - 44:18, 44:20
**capacity** [2] - 6:16, 11:18
**capital** [1] - 12:18
**capping** [3] - 37:2, 39:10, 39:24
**capturing** [3] - 12:8, 13:14, 39:5
**Carlson** [7] - 3:10, 15:14, 15:23, 29:21, 30:8, 45:14, 47:11
**Carolina** [1] - 24:2
**carries** [1] - 21:21
**case** [44] - 4:4, 4:23, 8:6, 8:10, 8:12, 8:14, 9:5, 10:11, 11:4, 16:15, 16:17, 16:18, 16:19, 19:18, 19:22, 20:10, 22:17, 23:23, 24:2, 25:3, 25:12, 25:20, 26:21, 27:18, 28:23, 29:14, 30:13, 32:19, 33:1, 33:2, 34:21, 35:13, 35:20, 40:23, 42:23, 47:16, 47:18, 47:20, 50:12
**Case** [1] - 33:17
**cases** [10] - 11:7, 19:16, 24:1, 26:12, 26:24, 33:13, 42:5, 42:8, 42:23
**cash** [18] - 11:14, 11:17, 12:16, 12:23, 13:3, 14:2, 15:25, 16:5, 17:20, 17:23, 18:2, 18:15, 18:23, 20:13, 29:23, 40:3, 40:9, 45:17
**cautionary** [1] - 11:8
**Centerline** [1] - 33:16
**cert** [1] - 19:23
**certain** [1] - 40:9
**certainly** [3] - 20:21, 45:9, 50:23
**certainty** [1] - 14:21
**CERTIFICATE** [1] - 51:8

**certify** [1] - 51:10
**challenge** [1] - 11:12
**change** [1] - 7:19
**changed** [1] - 26:8
**changes** [2] - 15:6, 43:8
**characterization** [1] - 8:21
**characterize** [1] - 9:1
**characterizing** [1] - 7:14
**cheer** [1] - 26:5
**circles** [1] - 38:22
**Circuit** [25] - 4:11, 9:16, 11:6, 19:15, 19:17, 19:25, 20:4, 20:7, 20:9, 21:16, 21:19, 21:21, 22:14, 26:9, 27:18, 29:15, 30:14, 32:16, 34:21, 34:22, 48:24, 49:4, 49:15, 49:16
**circuit** [3] - 24:22, 26:8, 27:15
**circuits** [1] - 25:21
**circumstance** [1] - 48:8
**circumstances** [2] - 7:14, 22:3
**circumstantial** [2] - 48:10, 49:13
**cite** [7] - 9:6, 10:13, 24:3, 32:25, 33:19, 42:5, 42:13
**cited** [2] - 22:17, 26:14
**cites** [3] - 26:12, 29:14, 33:1
**claim** [1] - 23:1
**class** [4] - 7:21, 17:10, 19:9, 27:20
**clear** [10] - 11:5, 11:6, 23:14, 24:12, 27:12, 27:18, 35:25, 37:19, 40:14, 41:5
**clearly** [3] - 9:17, 31:7, 34:1
**click** [1] - 34:7
**close** [3] - 18:4, 46:25, 48:21
**clue** [1] - 30:24
**cogent** [2] - 25:11, 26:20
**coin** [1] - 40:8
**colleague** [1] - 3:6
**colleagues** [1] - 3:9
**colloquy** [1] - 40:6
**come** [8] - 20:14, 21:20, 22:6, 31:19, 34:6, 35:6, 42:13,

51:2
**comes** [3] - 16:18, 46:12, 50:12
**coming** [2] - 34:6, 38:20
**commodities** [1] - 23:20
**commodity** [2] - 15:5, 15:6
**common** [3] - 10:19, 15:3, 23:20
**companies** [1] - 22:25
**company** [17] - 3:16, 5:14, 5:25, 6:14, 11:14, 11:17, 12:24, 15:4, 15:10, 17:24, 21:9, 23:5, 27:6, 33:23, 38:17, 47:4, 47:5
**company's** [5] - 6:4, 13:2, 13:16, 18:15, 43:9
**compare** [2] - 10:2, 43:4
**comparison** [2] - 11:15, 11:16
**compelling** [2] - 25:12, 26:20
**complaint** [16] - 5:7, 10:24, 11:23, 14:23, 15:1, 16:12, 18:1, 18:13, 21:14, 26:22, 31:3, 32:2, 41:12, 43:22, 44:1, 44:7
**complaints** [2] - 44:10, 46:20
**components** [1] - 36:12
**computer** [1] - 2:25
**conceal** [2] - 16:20, 16:25
**concealing** [1] - 49:1
**concede** [1] - 9:19
**conceding** [1] - 13:22
**concept** [1] - 42:24
**conference** [2] - 37:2, 39:1
**confidential** [2] - 26:24, 45:9
**conflict** [2] - 7:17, 29:17
**conflicting** [2] - 7:20, 7:25
**conform** [1] - 43:8
**confused** [2] - 28:24, 30:19
**conjunction** [1] - 35:12

**conjured** [1] - 16:14
**connection** [1] - 9:23
**consciously** [1] - 28:15
**conservative** [2] - 42:12, 42:14
**consider** [2] - 10:25, 47:4
**considered** [2] - 29:22, 29:23
**consolidated** [2] - 43:22, 44:7
**conspicuously** [1] - 26:22
**contemplates** [1] - 23:6
**context** [27] - 5:4, 5:11, 5:19, 6:3, 6:17, 7:6, 7:7, 7:11, 8:14, 12:17, 13:12, 13:24, 14:6, 14:10, 14:11, 14:13, 15:23, 17:18, 17:22, 18:8, 20:22, 28:20, 30:25, 37:2, 38:1, 46:7, 50:3
**contextualize** [1] - 6:20
**contingent** [1] - 48:2
**contours** [2] - 30:24, 30:25
**contract** [1] - 18:12
**contracts** [2] - 15:5, 15:7
**contradiction** [1] - 3:20
**contradictory** [1] - 35:16
**contradicts** [1] - 35:14
**contributory** [1] - 49:18
**controls** [1] - 34:21
**conversation** [1] - 10:3
**core** [2] - 27:3, 27:4
**correct** [8] - 5:1, 36:20, 36:21, 37:13, 39:3, 43:13, 46:4, 51:10
**cost** [2] - 15:9, 45:25
**could** [7] - 7:1, 11:20, 12:8, 18:13, 19:4, 49:23
**couldn't** [2] - 19:3, 19:7
**counsel** [1] - 9:25
**counsel's** [1] - 8:16
**counterparty** [1] - 20:20
**couple** [4] - 22:22,

23:14, 27:1, 31:23
**course** [5] - 18:21, 19:2, 19:5, 34:20, 38:16
**court** [1] - 33:8
**COURT** [55] - 1:1, 3:2, 3:7, 3:11, 3:25, 4:24, 5:2, 5:22, 8:5, 8:11, 10:7, 10:10, 11:10, 11:22, 13:18, 13:21, 14:18, 16:8, 17:14, 18:10, 22:7, 25:1, 25:6, 25:17, 26:16, 28:5, 28:17, 30:19, 30:22, 31:14, 31:21, 32:21, 33:22, 34:1, 34:12, 34:17, 35:8, 35:10, 35:22, 36:18, 36:22, 37:19, 37:24, 38:9, 38:21, 39:13, 40:13, 40:21, 42:19, 46:15, 47:23, 50:5, 50:22, 51:5, 51:8
**Court** [30] - 2:4, 2:5, 2:5, 9:3, 10:25, 11:5, 11:6, 19:8, 19:13, 19:21, 19:23, 19:25, 21:24, 22:4, 22:17, 24:23, 25:2, 25:22, 27:15, 34:25, 41:4, 41:13, 44:15, 47:4, 48:19, 49:11, 49:12, 51:9, 51:13
**Court's** [2] - 24:19, 35:13
**courts** [2] - 20:2, 23:14
**Cowart** [16] - 3:10, 10:15, 10:17, 12:1, 12:5, 12:6, 15:14, 30:8, 39:3, 39:7, 39:25, 40:6, 41:20, 46:5, 47:12, 47:24
**Cowart's** [4] - 14:19, 14:22, 15:22, 32:2
**crack** [6] - 4:20, 12:13, 23:10, 24:11, 39:23, 40:3
**Craig** [2] - 10:14, 39:2
**Craig-Hallum** [2] - 10:14, 39:2
**create** [4] - 14:25, 29:9, 33:11, 43:25
**creates** [1] - 22:14
**creating** [3] - 31:25, 37:4, 37:13
**credibility** [1] - 37:10
**credit** [5] - 9:9, 9:11,

12:22, 13:9, 47:19
**cross** [1] - 8:3
**CRR** [2] - 2:4, 51:9
**CSR** [2] - 2:4, 51:9
**curious** [1] - 3:13
**currently** [3] - 19:25, 22:14, 23:4
**cut** [2] - 30:20, 33:4

## D

**D** [1] - 3:1
**daily** [1] - 45:12
**date** [6] - 15:7, 15:17, 30:3, 40:17, 43:7, 43:12
**dates** [1] - 34:3
**David** [2] - 3:8, 25:7
**DAVID** [1] - 1:19
**day** [4] - 23:8, 41:22, 42:6
**Day** [2] - 34:13, 34:15
**days** [2] - 19:19, 21:18
**dealing** [1] - 23:7
**debacle** [1] - 37:9
**debatable** [3] - 24:23, 27:14, 33:10
**deceit** [2] - 21:20, 35:2
**deceive** [1] - 17:12
**decide** [4] - 17:22, 27:15, 41:4, 42:2
**decided** [1] - 50:1
**decipher** [1] - 18:6
**decision** [2] - 30:9, 51:2
**declined** [1] - 41:12
**decreases** [1] - 15:9
**deep** [1] - 42:23
**defendant** [1] - 27:20
**DEFENDANT** [1] - 1:19
**defendants** [14] - 3:10, 3:24, 3:25, 6:7, 6:16, 10:12, 14:11, 14:24, 19:22, 27:19, 29:19, 45:10, 48:11, 50:10
**defendants'** [2] - 44:18, 44:21
**defending** [1] - 5:6
**defies** [1] - 45:21
**defraud** [1] - 28:16
**defrauding** [1] - 28:3
**depend** [1] - 5:23
**derivative** [3] - 14:24, 15:5, 15:6
**describe** [1] - 14:24

**describes** [1] - 39:25
**describing** [1] - 40:1
**detail** [1] - 35:20
**details** [1] - 31:1
**determine** [1] - 10:18
**devoid** [1] - 7:6
**did** [28] - 3:17, 8:3, 11:8, 19:7, 24:6, 25:17, 27:11, 28:17, 29:11, 30:8, 30:11, 36:15, 36:24, 37:14, 38:11, 40:15, 41:19, 42:19, 42:22, 43:2, 43:23, 44:24, 46:6, 48:11, 48:17, 48:18, 48:22
**didn't** [15] - 9:21, 15:25, 19:7, 22:11, 25:1, 30:10, 30:19, 36:16, 38:6, 38:19, 40:12, 44:3, 48:7, 49:21, 50:1
**different** [3] - 6:13, 9:6, 38:23
**difficult** [2] - 6:12, 22:4
**direct** [1] - 9:10
**direction** [1] - 19:8
**directionally** [3] - 7:3, 19:3, 50:17
**director** [1] - 17:4
**disbelieve** [1] - 7:18
**discern** [2] - 19:6, 31:16
**disclaimer** [1] - 43:3
**disclaimers** [2] - 43:2, 43:16
**disclose** [40] - 5:20, 6:7, 7:20, 8:8, 14:14, 16:25, 22:25, 24:21, 24:23, 25:15, 28:2, 28:14, 28:15, 29:1, 29:4, 29:5, 30:16, 32:12, 32:16, 33:9, 34:5, 35:4, 35:5, 35:15, 36:5, 37:21, 40:16, 40:24, 42:4, 45:11, 46:8, 46:13, 46:14, 47:10, 47:17, 49:8, 49:21, 49:22
**disclosed** [19] - 9:22, 19:5, 19:9, 23:4, 24:4, 24:7, 28:6, 28:7, 31:5, 31:7, 32:18, 32:23, 33:10, 34:2, 34:3, 35:25, 36:1, 37:14, 40:15
**disclosing** [5] - 20:23, 22:15, 33:14, 35:15, 40:2

**disclosure** [33] - 16:16, 19:12, 19:24, 20:7, 21:2, 21:15, 22:5, 22:14, 22:19, 23:5, 23:6, 23:16, 23:17, 24:5, 25:16, 26:2, 26:3, 26:5, 26:19, 27:13, 28:21, 31:18, 34:14, 34:18, 35:18, 35:24, 38:23, 40:16, 40:23, 43:5, 50:6, 50:7
**disclosures** [9] - 19:14, 21:10, 22:9, 22:24, 23:15, 23:21, 25:22, 26:10, 31:13
**discourage** [1] - 22:24
**discovered** [1] - 48:14
**discuss** [1] - 7:13
**discussed** [1] - 37:1
**discusses** [3] - 24:1, 24:3, 32:2
**discussing** [2] - 7:25, 26:18
**discussion** [1] - 41:8
**dismiss** [5] - 3:11, 10:25, 17:22, 37:23, 38:1
**disposed** [2] - 17:9, 49:4
**dispute** [1] - 18:25
**disregarded** [3] - 25:15, 28:2, 28:15
**District** [7] - 2:5, 2:6, 24:2, 33:2, 33:17, 51:9
**DISTRICT** [3] - 1:1, 1:1, 1:10
**dive** [1] - 42:23
**divide** [2] - 8:17, 8:23
**DIVISION** [1] - 1:2
**do** [35] - 5:13, 7:23, 13:16, 13:17, 14:24, 16:2, 16:3, 17:3, 17:21, 18:10, 21:25, 22:1, 24:14, 25:20, 28:13, 28:19, 28:21, 31:21, 35:16, 35:22, 37:25, 42:17, 42:23, 44:20, 46:22, 49:7, 49:12, 50:10, 50:15, 50:16, 50:23, 51:2, 51:10
**doctrine** [2] - 27:3, 27:5
**document** [1] - 10:7
**documents** [1] -

10:24
**does** [13] - 6:1, 6:5, 7:5, 13:23, 15:1, 22:13, 22:20, 23:9, 31:18, 31:20, 32:23, 40:24, 46:13
**doesn't** [10] - 5:23, 13:15, 14:7, 15:21, 17:5, 17:21, 18:24, 27:12, 29:9, 41:13
**doing** [4] - 12:11, 45:19, 45:20, 47:19
**dollar** [1] - 5:24
**dollars** [6] - 6:18, 14:4, 15:19, 21:9, 24:10, 45:3
**don't** [41] - 6:21, 7:2, 8:18, 8:19, 9:12, 9:15, 14:7, 17:25, 18:1, 18:5, 18:7, 18:9, 18:25, 21:23, 22:25, 23:13, 25:15, 26:12, 26:19, 27:17, 27:21, 27:23, 30:17, 30:24, 32:11, 33:20, 35:16, 36:6, 36:14, 38:5, 40:19, 42:6, 42:17, 44:8, 44:9, 46:12, 49:1, 49:8, 50:10, 50:20
**done** [2] - 8:25, 41:15
**door** [1] - 16:5
**doubt** [1] - 41:24
**down** [7] - 16:18, 17:5, 23:9, 38:7, 41:14, 44:14, 47:13
**downside** [5] - 5:17, 13:25, 37:3, 39:23, 40:2
**draining** [4] - 11:13, 12:23, 17:20, 18:14
**draw** [1] - 46:20
**during** [2] - 18:4, 32:7
**duty** [31] - 13:24, 22:15, 24:5, 24:20, 24:23, 25:14, 27:13, 27:14, 28:2, 28:3, 28:14, 28:16, 29:16, 32:12, 32:16, 33:9, 34:5, 34:7, 34:18, 35:18, 36:4, 36:16, 40:16, 40:23, 40:24, 42:4, 42:11, 45:5, 47:17

**E**

**e** [1] - 26:25

**E** [2] - 3:1
**e-mails** [1] - 26:25
**earlier** [1] - 49:3
**earnings** [2] - 12:11, 12:13
**easiest** [1] - 20:6
**EBITDA** [24] - 3:20, 4:7, 5:7, 5:8, 5:11, 5:19, 6:4, 6:10, 6:23, 7:8, 8:17, 8:24, 9:14, 9:15, 17:21, 36:10, 36:18, 45:22, 45:23, 46:1, 49:24
**effect** [1] - 36:19
**effectively** [5] - 13:25, 15:25, 28:25, 30:8, 44:16
**Eichler** [1] - 33:14
**either** [2] - 18:8, 32:11
**else** [3] - 17:6, 24:24, 38:6
**embezzled** [1] - 48:13
**embezzling** [1] - 48:12
**enable** [3] - 19:5, 29:12, 48:13
**enabled** [1] - 48:16
**end** [8] - 8:1, 17:1, 19:2, 29:1, 38:5, 47:13, 49:24, 49:25
**ENERGY** [1] - 1:7
**engendered** [1] - 24:22
**enough** [3] - 28:13, 33:11, 36:25
**enter** [1] - 13:4
**entered** [1] - 50:2
**entire** [1] - 39:19
**entirely** [2] - 9:2, 9:6
**entitled** [6] - 7:24, 38:2, 41:10, 46:3, 46:5, 51:11
**enunciated** [1] - 20:9
**enunciation** [1] - 20:10
**ERIC** [1] - 1:4
**Eric** [1] - 10:13
**especially** [4] - 23:6, 27:13, 27:18, 32:8
**essentially** [2] - 46:22, 50:6
**establish** [2] - 18:2, 18:18
**established** [1] - 27:6
**establishes** [1] - 14:21
**establishing** [2] -

44:18, 44:21
**estimated** [1] - 15:6
**ET** [2] - 1:4, 1:7
**Evan** [1] - 3:9
**EVAN** [1] - 2:1
**even** [26] - 5:13, 7:19, 8:16, 8:23, 18:11, 19:17, 21:6, 21:13, 23:13, 24:10, 25:15, 26:12, 26:19, 27:10, 27:22, 27:24, 27:25, 28:1, 32:2, 35:16, 38:3, 44:8, 44:12, 47:1, 50:17, 51:1
**event** [1] - 50:19
**ever** [5] - 8:25, 9:15, 28:12, 44:19
**every** [4] - 23:3, 23:8, 23:9
**everyone** [2] - 17:6, 23:21
**everything** [1] - 7:22
**evidence** [5] - 48:10, 48:11, 48:25, 49:12, 49:13
**exactly** [8] - 9:3, 16:21, 19:4, 24:7, 29:22, 38:18, 39:22, 49:23
**example** [1] - 23:23
**except** [3] - 26:13, 43:5, 43:12
**excused** [1] - 51:5
**executive** [1] - 17:4
**executives** [2] - 27:25, 47:5
**exercise** [1] - 28:3
**exhaustive** [1] - 42:22
**Exhibit** [3] - 10:8, 14:17, 29:20
**exist** [1] - 29:9
**existed** [1] - 31:12
**existence** [2] - 34:2, 34:3
**existing** [1] - 4:20
**expand** [1] - 33:6
**expectation** [1] - 28:24
**expectations** [2] - 43:9, 44:19
**explain** [1] - 13:6
**explains** [2] - 13:8, 39:7
**expose** [2] - 20:20, 21:3
**exposed** [2] - 12:12
**exposure** [1] - 12:9
**expressly** [1] - 29:21

**extraordinarily** [1] - 10:20

**F**

**face** [2] - 27:16, 33:4
**Facebook** [5] - 19:20, 19:22, 23:23, 24:1
**facilitates** [1] - 14:9
**fact** [30] - 4:3, 7:6, 7:20, 8:1, 8:2, 12:1, 14:25, 15:3, 16:22, 22:21, 24:6, 24:9, 24:21, 28:6, 32:5, 32:18, 32:22, 33:10, 33:24, 35:14, 35:16, 38:14, 38:19, 39:17, 41:19, 42:2, 42:8, 42:15, 44:18, 47:21
**facts** [12] - 7:17, 18:18, 25:13, 25:14, 27:5, 28:9, 29:17, 30:10, 37:4, 37:13, 44:20
**factual** [1] - 29:9
**fail** [1] - 41:2
**failed** [1] - 44:17
**failing** [1] - 37:20
**failure** [8] - 7:11, 8:7, 14:13, 37:20, 41:3, 45:6, 46:7, 46:13
**fairly** [1] - 23:17
**faith** [2] - 11:1, 11:8
**false** [10] - 7:23, 9:19, 14:12, 19:25, 20:16, 22:5, 26:2, 26:10, 31:18, 32:20
**falsity** [2] - 38:4, 41:8
**far** [2] - 7:2, 23:11
**FBR** [1] - 19:18
**feedstock** [2] - 14:1, 20:24
**fiduciary** [3] - 5:16, 12:10, 13:24
**Fifth** [16] - 4:11, 9:16, 11:6, 19:17, 21:16, 21:19, 21:21, 22:14, 26:9, 27:18, 29:15, 32:16, 48:24, 49:4, 49:15, 49:16
**figure** [2] - 19:3, 50:23
**file** [1] - 30:3
**filing** [1] - 44:10
**fill** [1] - 46:24
**filling** [1] - 46:21
**finally** [1] - 43:11
**financial** [5] - 9:1,

13:16, 21:4, 21:5, 31:2

**financing** [1] - 13:4
**find** [5] - 11:19, 18:11, 22:4, 41:19, 43:23
**fine** [1] - 25:24
**Firm** [2] - 1:15, 3:6
**first** [19] - 5:6, 5:13, 9:6, 9:18, 11:11, 13:11, 14:2, 16:20, 17:16, 18:23, 22:11, 29:20, 35:4, 36:6, 36:24, 37:1, 38:25, 46:17, 49:6
**First** [1] - 20:3
**five** [3] - 14:3, 37:16, 40:4
**fluctuate** [1] - 23:8
**focused** [1] - 49:16
**follow** [2] - 42:6, 42:7
**follow-up** [2] - 42:6, 42:7
**followed** [1] - 30:14
**following** [1] - 28:8
**FOR** [2] - 1:14, 1:19
**for** [47] - 3:9, 4:6, 5:13, 6:20, 7:8, 7:11, 7:21, 8:7, 8:12, 11:10, 11:18, 11:25, 14:3, 14:13, 14:14, 16:7, 17:15, 17:19, 20:25, 21:7, 22:1, 22:5, 23:1, 23:22, 25:9, 26:10, 26:13, 26:21, 27:20, 27:24, 30:6, 33:22, 37:12, 37:16, 38:2, 39:20, 40:3, 40:4, 42:2, 43:7, 43:14, 43:16, 44:19, 45:2, 45:3, 45:10, 47:22
**forecast** [1] - 8:4
**foregoing** [1] - 51:10
**forget** [1] - 38:2
**forgive** [7] - 20:5, 25:19, 41:5, 42:13, 44:2, 45:15, 49:6
**forward** [13] - 10:18, 10:19, 15:2, 15:11, 15:15, 21:7, 29:2, 30:16, 40:25, 43:6, 46:5, 46:11, 48:15
**forward-looking** [2] - 40:25, 43:6
**foundation** [1] - 45:22
**four** [1] - 45:4
**fraud** [11] - 17:2, 17:13, 23:1, 26:23,

33:6, 47:16, 47:20, 49:4, 49:6, 50:14
**from** [33] - 3:5, 3:24, 3:25, 4:19, 5:17, 6:6, 7:9, 7:16, 8:1, 12:10, 14:20, 17:14, 18:25, 19:19, 20:14, 20:19, 21:17, 23:10, 24:12, 26:22, 28:23, 32:13, 33:3, 35:21, 35:22, 39:2, 39:15, 39:16, 46:20, 50:12, 51:11
**front** [1] - 24:22
**fruition** [5] - 20:14, 21:20, 22:6, 35:6, 46:12
**full** [2] - 5:7, 5:8
**fully** [1] - 20:19
**fundamentally** [1] - 7:22
**fundamentals** [2] - 4:14, 6:4
**funds** [1] - 48:13
**further** [1] - 19:10
**future** [2] - 22:20, 29:25

## G

**G** [4] - 3:1, 10:8, 14:17, 29:20
**gaining** [1] - 4:19
**gains** [1] - 45:25
**gamble** [7] - 29:2, 29:3, 29:4, 30:15, 46:10, 46:14
**gambling** [3] - 32:1, 32:2, 46:18
**Gamboa** [3] - 32:25, 33:1, 33:8
**garbled** [2] - 12:25, 13:23
**gas** [1] - 23:19
**gazillion** [1] - 5:24
**general** [1] - 47:1
**generally** [1] - 23:20
**GeoPharma** [2] - 33:1, 33:9
**get** [12] - 17:14, 18:5, 26:19, 27:11, 27:12, 27:17, 29:22, 32:13, 40:4, 44:8, 45:15, 47:1
**gets** [3] - 8:13, 11:3, 23:11
**getting** [3] - 9:3, 20:6, 40:3
**give** [8] - 7:11, 12:25, 16:9, 19:8, 43:2, 43:4, 47:18, 51:1

**given** [4] - 6:7, 7:2, 24:17, 32:8
**Globus** [4] - 20:10, 25:23, 34:20
**glosses** [1] - 26:1
**go** [15] - 13:20, 14:16, 17:15, 23:3, 25:7, 28:19, 32:25, 35:10, 38:24, 41:22, 42:20, 44:3, 46:25, 47:13, 48:17
**goes** [5] - 13:8, 24:13, 36:9, 36:10, 46:1
**going** [32] - 5:9, 5:25, 7:22, 10:5, 10:20, 11:2, 15:11, 16:25, 22:22, 23:18, 23:21, 27:15, 28:19, 28:25, 29:1, 29:2, 38:17, 40:8, 40:9, 40:10, 41:22, 41:25, 42:18, 45:22, 46:19, 47:9, 47:10, 47:11, 47:12, 47:13, 48:6, 48:7
**Goldberg** [15] - 3:5, 3:23, 5:3, 5:22, 16:15, 22:11, 25:8, 25:17, 28:17, 31:24, 32:13, 34:12, 43:18, 47:19, 50:5
**GOLDBERG** [36] - 1:14, 3:4, 3:23, 5:3, 6:6, 10:8, 11:9, 13:19, 13:22, 14:19, 18:21, 25:5, 25:7, 25:19, 28:19, 30:21, 31:11, 31:15, 34:16, 34:19, 35:9, 35:11, 36:23, 37:22, 37:25, 39:9, 39:21, 40:12, 40:18, 40:22, 44:2, 47:21, 47:24, 49:6, 50:8, 51:3
**GOLDSTICK** [1] - 2:1
**Goldstick** [1] - 3:9
**Golf** [1] - 41:16
**Gonen** [1] - 3:6
**GONEN** [1] - 1:15
**good** [12] - 3:4, 8:14, 11:1, 11:8, 12:9, 19:20, 26:14, 40:1, 44:5, 48:17, 49:1, 49:20
**Good** [1] - 3:8
**goods** [2] - 15:9, 45:25
**got** [11] - 10:7, 12:9, 12:11, 32:8, 33:23,

36:2, 39:18, 45:15, 47:18, 49:19
**gotten** [1] - 36:17
**granted** [1] - 19:23
**great** [1] - 25:3
**Greenwood** [1] - 1:16
**guarantee** [1] - 51:1
**guess** [3] - 3:19, 18:10, 28:5
**guessed** [1] - 32:10
**guidance** [40] - 5:9, 6:10, 7:23, 7:24, 7:25, 9:18, 9:19, 9:23, 10:1, 10:18, 11:7, 21:8, 25:4, 29:12, 29:23, 30:5, 36:17, 38:16, 38:17, 41:1, 41:2, 41:20, 41:23, 42:3, 42:7, 42:9, 42:10, 42:12, 42:13, 42:24, 42:25, 43:19, 44:4, 44:5, 46:4, 46:19, 50:12, 50:13, 51:1
**guide** [1] - 50:10
**guided** [5] - 10:12, 16:13, 36:8, 38:6, 49:23
**gun** [1] - 45:9
**guy** [1] - 17:7
**guys** [2] - 41:24, 49:19

## H

**H** [1] - 1:10
**had** [41] - 3:18, 4:7, 6:9, 8:25, 9:13, 9:14, 9:15, 10:25, 14:1, 14:2, 14:11, 17:9, 18:11, 20:12, 20:14, 21:5, 21:13, 22:6, 23:10, 24:8, 24:9, 24:17, 27:2, 28:1, 28:9, 28:15, 29:19, 31:6, 31:8, 31:19, 32:12, 34:6, 35:7, 36:8, 40:16, 41:25, 45:2, 48:2, 48:15
**hadn't** [1] - 37:19
**Haklay** [1] - 3:6
**HAKLAY** [1] - 1:15
**half** [7] - 12:2, 12:11, 12:12, 24:15, 36:12, 39:5, 47:7
**Hallum** [2] - 10:14, 39:2
**hang** [3] - 5:22, 17:14, 22:7
**happen** [3] - 5:9,

10:20, 22:20
**happened** [8] - 5:13, 19:9, 35:2, 36:7, 38:18, 49:2, 49:3, 50:17
**happens** [1] - 11:4
**happy** [4] - 22:11, 35:19, 38:18, 48:19
**harbor** [3] - 9:20, 26:4, 26:7
**hard** [1] - 18:6
**has** [29] - 5:12, 13:17, 19:13, 20:11, 20:12, 21:13, 21:16, 21:20, 21:21, 22:15, 22:17, 24:4, 24:21, 26:6, 27:19, 28:24, 29:16, 30:14, 35:6, 35:7, 37:10, 41:4, 44:6, 44:12, 48:19, 49:4, 49:12, 50:24
**have** [85] - 3:11, 3:20, 4:16, 5:16, 5:18, 5:20, 5:24, 6:16, 7:1, 9:12, 9:22, 12:10, 12:12, 12:21, 13:9, 13:16, 14:6, 14:8, 16:4, 16:9, 16:25, 17:21, 19:10, 19:15, 22:22, 23:14, 23:17, 23:21, 24:1, 24:3, 24:24, 25:3, 25:24, 27:2, 27:14, 27:21, 27:23, 29:4, 29:5, 29:11, 30:4, 30:16, 30:17, 30:24, 32:16, 33:5, 33:21, 33:23, 34:4, 35:17, 36:4, 36:6, 36:7, 36:11, 36:12, 36:15, 36:16, 36:25, 38:6, 38:7, 40:9, 40:25, 41:11, 41:15, 42:6, 42:23, 43:18, 44:17, 46:12, 47:2, 47:5, 47:10, 47:16, 49:1, 49:11, 49:21, 49:23, 50:2, 50:6
**haven't** [13] - 18:18, 18:19, 25:11, 25:12, 25:13, 27:4, 27:5, 27:6, 27:10, 33:10, 35:20, 36:17, 46:23
**having** [2] - 29:16, 30:1
**he** [34] - 10:15, 10:17, 10:21, 12:2, 12:8, 12:9, 12:15, 12:17, 12:20, 12:23, 15:2, 15:21, 17:5,

17:7, 17:8, 17:9, 17:10, 18:24, 28:25, 29:15, 30:8, 32:4, 32:6, 37:9, 39:3, 39:7, 42:25, 46:22, 48:4, 48:7

**he's** [14] - 12:2, 12:5, 12:16, 12:19, 13:1, 31:25, 32:3, 32:10, 39:22, 39:25, 40:2, 44:8, 48:6, 48:7

**health** [1] - 9:10

**hear** [7] - 3:12, 3:24, 3:25, 8:5, 31:24, 35:20, 35:22

**HEARD** [1] - 1:10

**heart** [1] - 11:3

**hedge** [21] - 6:17, 7:9, 12:4, 12:5, 13:2, 13:10, 13:24, 14:6, 14:11, 32:8, 39:16, 39:17, 39:20, 40:2, 47:8, 48:9, 49:21, 49:22, 50:3, 50:14, 50:15

**hedged** [10] - 4:19, 12:2, 14:3, 21:1, 24:8, 24:9, 24:16, 36:13, 47:7

**hedges** [21] - 7:3, 12:7, 15:25, 16:21, 16:22, 16:25, 24:16, 27:7, 27:9, 29:24, 30:7, 32:6, 33:23, 33:24, 34:1, 35:25, 36:1, 36:10, 36:25, 40:10

**hedging** [33] - 3:14, 3:18, 3:21, 4:16, 5:16, 5:25, 8:21, 11:13, 11:18, 12:21, 12:22, 13:5, 14:24, 17:19, 18:12, 18:14, 20:14, 20:18, 21:3, 23:7, 23:19, 23:20, 28:6, 30:24, 39:13, 39:14, 39:15, 39:24, 40:8, 45:25, 47:5, 50:10

**heed** [1] - 24:19

**held** [2] - 15:7, 24:1

**helpful** [2] - 47:22, 50:24

**here** [36] - 3:14, 3:25, 4:4, 7:21, 7:22, 9:12, 12:17, 14:10, 18:7, 18:8, 23:17, 25:1, 25:11, 25:24, 25:25, 30:19, 32:17, 33:6, 33:22, 34:14, 35:24, 37:4, 37:22, 37:23,

38:18, 38:23, 39:6, 42:1, 42:10, 43:25, 45:10, 47:6, 47:16, 48:11, 49:19

**hereby** [1] - 51:10

**Hey** [2] - 39:4, 47:25

**hey** [1] - 44:4

**hid** [1] - 15:15

**hide** [1] - 47:5

**high** [2] - 4:7, 4:20

**higher** [3] - 7:2, 9:14, 27:22

**him** [1] - 12:3

**hindsight** [2] - 49:4, 49:7

**his** [9] - 5:6, 19:12, 21:6, 29:8, 38:25, 39:7, 41:11, 47:12

**history** [2] - 6:4, 6:12

**hit** [4] - 11:2, 25:16, 26:17, 36:6

**hold** [3] - 41:21, 47:11, 47:12

**holding** [1] - 44:17

**Holdings** [1] - 33:16

**hole** [1] - 8:4

**Honor** [117] - 3:4, 3:8, 3:23, 4:2, 5:1, 5:3, 5:11, 5:21, 6:6, 6:14, 6:19, 6:21, 7:1, 7:12, 7:23, 8:2, 8:13, 10:5, 10:23, 11:3, 11:9, 11:19, 13:19, 14:7, 14:13, 14:16, 14:23, 15:4, 15:13, 15:16, 15:18, 15:23, 16:2, 16:11, 17:13, 18:16, 18:22, 18:25, 19:3, 19:4, 19:10, 19:18, 19:21, 20:4, 20:11, 20:13, 20:17, 20:22, 21:2, 21:4, 21:8, 21:16, 22:10, 25:5, 25:10, 25:19, 26:17, 28:11, 28:19, 28:23, 29:3, 29:10, 29:14, 29:20, 29:21, 29:25, 30:3, 30:9, 30:12, 31:11, 31:12, 34:11, 34:19, 35:3, 35:13, 35:17, 35:23, 36:21, 37:6, 37:7, 37:8, 37:18, 37:22, 38:14, 38:24, 39:10, 39:22, 40:7, 40:18, 41:9, 41:17, 41:21, 42:1, 42:17, 43:25, 44:9, 44:15, 45:7, 45:8, 45:12, 45:16, 45:23, 46:2, 46:14,

47:21, 48:4, 48:15, 48:21, 49:10, 49:15, 49:22, 50:8, 50:19, 51:3, 51:4

**HONORABLE** [1] - 1:10

**hope** [1] - 48:12

**HOUSTON** [2] - 1:2, 1:5

**Houston** [2] - 1:21, 2:7

**how** [13] - 8:19, 8:20, 11:16, 16:6, 19:4, 30:6, 31:13, 34:17, 40:19, 45:21, 47:8, 47:15, 50:2

**however** [1] - 5:21

**Huddleston** [4] - 21:17, 21:19, 26:7, 35:1

**hundred** [1] - 21:9

**hydrocracker** [2] - 41:15, 50:13

**hypothetical** [5] - 22:6, 28:8, 31:19, 34:23, 35:6

**hypothetically** [1] - 7:8

## I

**I** [131] - 3:1, 3:2, 3:13, 3:19, 4:12, 4:18, 6:9, 6:24, 8:9, 8:13, 8:16, 9:15, 9:16, 9:23, 10:1, 10:2, 11:15, 11:19, 11:20, 11:22, 12:6, 12:23, 12:25, 13:7, 13:19, 13:20, 14:16, 14:19, 15:13, 15:21, 16:8, 16:9, 16:16, 16:17, 16:18, 17:17, 17:21, 17:25, 18:5, 18:9, 18:10, 18:16, 19:10, 19:11, 19:21, 20:5, 21:23, 21:25, 22:2, 22:7, 22:12, 22:16, 23:11, 25:1, 25:5, 25:8, 25:15, 25:20, 25:22, 25:25, 26:17, 26:18, 26:19, 28:5, 28:19, 29:10, 29:14, 30:19, 30:24, 30:25, 31:3, 31:8, 31:10, 32:11, 32:18, 34:21, 35:11, 35:12, 35:20, 35:22, 35:24, 35:25, 36:6, 36:14, 36:23, 37:8, 37:18, 37:24, 37:25, 38:21,

38:24, 39:4, 39:8, 39:15, 40:10, 40:13, 40:18, 40:19, 41:4, 41:11, 42:16, 44:7, 44:8, 45:16, 45:20, 46:10, 46:21, 46:25, 47:3, 47:21, 48:21, 50:19, 50:22, 50:24, 51:1, 51:2, 51:9

**i** [1] - 4:15

**I'd** [4] - 3:12, 7:12, 19:11, 40:20

**I'll** [6] - 9:5, 16:9, 20:15, 35:20, 42:20, 43:4

**I'm** [12] - 7:13, 10:5, 11:25, 18:7, 22:11, 24:18, 26:14, 28:19, 30:19, 34:10, 35:19, 48:19

**I've** [3] - 10:7, 45:15, 47:18

**idea** [1] - 47:1

**identified** [1] - 31:4

**if** [45] - 5:24, 6:24, 7:16, 8:16, 8:23, 10:12, 10:14, 11:19, 13:6, 14:16, 16:2, 16:9, 16:16, 17:18, 19:4, 19:10, 19:11, 20:7, 21:6, 22:4, 22:22, 23:13, 24:6, 24:20, 27:10, 28:1, 30:17, 34:12, 34:25, 35:3, 35:12, 35:16, 36:5, 37:12, 37:18, 38:3, 38:24, 41:9, 43:3, 44:12, 48:15, 48:19, 50:9, 50:17

**If** [1] - 40:25

**ignored** [2] - 16:1, 16:12

**illiquid** [2] - 18:3, 18:4

**impact** [12] - 13:23, 15:25, 20:12, 21:13, 25:23, 29:23, 31:2, 31:13, 32:6, 34:24, 35:7, 45:17

**impacted** [1] - 18:21

**implausible** [2] - 41:18, 44:5

**implemented** [2] - 3:18, 34:2

**implied** [4] - 15:24, 29:23, 29:25, 45:17

**imply** [1] - 22:20

**important** [3] - 45:10, 45:16, 46:2

**importantly** [2] -

23:25, 32:12

**imposes** [1] - 23:2

**in** [199] - 4:3, 4:5, 4:11, 4:18, 4:20, 4:22, 5:4, 5:6, 5:11, 5:13, 5:15, 5:18, 5:19, 5:25, 6:3, 6:7, 6:10, 6:14, 6:17, 6:20, 7:3, 7:6, 7:7, 7:9, 7:13, 7:24, 8:4, 8:14, 8:17, 8:20, 8:21, 8:24, 9:3, 9:8, 9:10, 9:13, 9:17, 9:20, 9:23, 9:24, 10:1, 10:4, 10:11, 10:20, 10:24, 11:8, 11:16, 12:3, 12:4, 12:7, 12:13, 12:16, 12:22, 13:11, 13:14, 13:19, 13:20, 13:24, 14:2, 14:6, 14:10, 14:11, 14:13, 14:23, 15:3, 15:4, 15:6, 15:7, 15:15, 15:23, 15:24, 16:4, 16:12, 16:16, 17:10, 17:16, 18:1, 18:8, 18:13, 18:23, 19:12, 19:15, 19:17, 19:22, 20:1, 20:9, 20:15, 20:16, 20:19, 20:22, 20:23, 21:3, 21:9, 21:19, 22:12, 22:20, 22:21, 23:10, 23:18, 23:23, 24:6, 24:11, 24:14, 24:22, 24:24, 25:2, 25:18, 26:8, 26:9, 26:15, 26:23, 26:24, 27:16, 28:3, 28:5, 28:10, 28:20, 28:22, 29:1, 29:8, 29:15, 29:20, 29:21, 29:23, 30:1, 30:13, 30:23, 30:25, 32:1, 32:15, 33:3, 33:5, 33:8, 33:11, 33:16, 33:19, 33:23, 34:3, 34:7, 34:20, 35:4, 35:12, 35:19, 35:20, 36:4, 36:9, 36:12, 37:1, 37:2, 37:5, 37:6, 37:13, 37:15, 38:1, 38:14, 39:2, 39:7, 40:6, 40:8, 41:11, 41:12, 41:18, 42:8, 42:23, 43:1, 43:3, 43:8, 43:10, 43:21, 44:7, 44:9, 44:22, 45:3, 46:7, 46:21, 46:24, 47:10, 47:24, 48:2, 48:5, 48:8, 48:11, 48:12, 49:10, 49:15, 49:16, 49:17,

50:3, 50:9, 50:18, 50:19, 51:11

**In** [1] - 33:9
**inaccurate** [1] - 8:22
**inactionable** [1] - 7:7
**inadequate** [1] - 26:6
**INC** [1] - 1:7
**Inc** [1] - 33:1
**include** [1] - 40:16
**included** [4] - 45:14, 45:15, 45:17, 45:18
**including** [4] - 20:20, 35:4, 42:5, 45:19
**increases** [2] - 15:8, 20:19
**indeed** [1] - 9:19
**indicate** [1] - 26:8
**indulge** [1] - 38:25
**industry** [3] - 23:18, 23:20
**infer** [1] - 33:3
**inference** [11] - 24:25, 32:23, 33:4, 33:11, 38:4, 41:9, 43:25, 44:3, 44:11, 49:18
**inferences** [2] - 38:3, 46:20
**information** [10] - 3:17, 19:5, 24:4, 24:18, 28:7, 29:1, 29:11, 36:25, 37:21, 43:14
**informed** [1] - 24:15
**inherent** [1] - 3:19
**insider** [2] - 27:17, 48:23
**instant** [1] - 48:5
**intended** [1] - 33:7
**intent** [2] - 17:12, 28:3
**intentionally** [1] - 15:15
**interested** [1] - 41:18
**interesting** [2] - 16:15, 31:24
**intermixed** [1] - 9:7
**into** [6] - 13:4, 15:24, 26:19, 36:10, 46:1, 47:20
**investor** [2] - 24:12, 28:16
**investors** [4] - 29:6, 30:23, 43:1, 44:23
**Is** [1] - 39:3
**is** [271] - 3:6, 3:14, 3:19, 3:23, 4:3, 4:9, 4:16, 4:22, 5:4, 5:5, 5:6, 5:9, 5:15, 6:9, 6:13, 6:14, 6:15, 6:25,

7:2, 7:6, 7:8, 7:9, 7:10, 7:13, 8:12, 8:14, 8:15, 8:22, 8:24, 9:3, 9:19, 10:3, 10:17, 10:25, 11:4, 11:5, 11:12, 11:22, 12:1, 12:2, 12:4, 12:5, 12:19, 12:23, 12:25, 13:1, 13:7, 13:12, 14:25, 15:2, 15:10, 15:16, 15:20, 15:22, 16:11, 16:12, 16:14, 16:17, 16:22, 16:24, 17:2, 17:12, 17:13, 17:15, 17:17, 17:19, 17:21, 18:7, 18:9, 18:10, 18:21, 18:22, 19:3, 19:7, 19:19, 19:25, 20:4, 20:6, 20:9, 20:10, 20:11, 20:13, 20:15, 20:21, 21:19, 21:20, 22:2, 22:5, 22:13, 22:16, 22:17, 22:19, 22:20, 22:21, 22:24, 23:2, 23:4, 23:5, 23:11, 23:15, 23:16, 23:18, 23:20, 23:21, 23:22, 24:2, 24:3, 24:13, 24:16, 24:21, 24:22, 24:23, 24:24, 25:1, 25:2, 25:3, 25:10, 25:21, 25:23, 25:24, 25:25, 26:1, 26:3, 26:5, 26:6, 26:8, 26:13, 26:20, 26:22, 26:23, 27:7, 27:8, 27:11, 27:12, 27:13, 27:14, 27:15, 27:22, 27:23, 28:5, 28:24, 28:25, 29:2, 29:8, 29:15, 30:6, 30:19, 31:12, 31:25, 32:5, 32:7, 32:17, 32:18, 32:19, 32:20, 32:22, 33:3, 33:9, 33:10, 33:14, 33:15, 33:17, 33:24, 34:1, 34:17, 34:21, 34:22, 35:1, 35:2, 35:5, 35:12, 36:10, 36:15, 36:18, 36:19, 36:20, 36:21, 37:4, 37:12, 37:22, 37:23, 38:4, 38:5, 38:15, 38:16, 39:4, 39:6, 39:8, 39:16, 39:17, 39:22, 40:1, 40:5, 40:8, 40:10, 40:13, 40:15, 40:24, 41:1, 41:5, 41:6, 41:8, 41:17, 41:18, 41:23,

41:24, 42:2, 42:3, 42:5, 42:12, 42:14, 42:25, 43:1, 43:10, 44:5, 44:11, 44:12, 44:13, 45:6, 45:10, 45:13, 45:22, 45:23, 46:2, 46:7, 46:8, 46:11, 46:14, 47:4, 47:6, 47:7, 47:9, 47:11, 47:12, 47:13, 47:15, 47:16, 47:17, 47:20, 47:22, 48:4, 48:10, 49:11, 49:12, 49:16, 50:5, 50:10, 50:11, 50:17, 50:20, 51:10
**ISAAK** [32] - 1:19, 3:8, 4:2, 5:1, 8:9, 8:12, 10:9, 10:11, 11:19, 11:24, 16:11, 17:25, 18:16, 22:9, 25:8, 26:17, 28:11, 31:23, 32:22, 33:25, 34:10, 35:23, 36:21, 38:13, 38:24, 39:12, 39:14, 40:7, 42:21, 46:17, 48:21, 51:4
**Isaak** [43] - 3:8, 5:6, 6:13, 7:5, 8:5, 11:10, 13:22, 14:17, 14:20, 14:25, 16:9, 17:14, 18:24, 19:4, 19:12, 21:6, 22:7, 25:25, 26:13, 26:16, 28:20, 28:24, 29:8, 29:14, 31:21, 33:22, 35:21, 35:22, 36:23, 37:4, 37:7, 37:12, 38:3, 38:11, 39:21, 40:22, 41:11, 41:13, 42:19, 44:6, 44:12, 46:15, 49:16
**Isaak's** [1] - 50:11
**isn't** [6] - 5:25, 12:12, 16:13, 32:14, 45:10, 47:16
**issue** [9] - 4:13, 5:24, 7:16, 9:1, 14:10, 19:24, 23:10, 27:25, 41:6
**issuer** [1] - 23:2
**issuers** [1] - 23:12
**issues** [4] - 26:20, 40:19, 40:20, 44:16
**it** [106] - 3:18, 4:15, 5:9, 5:12, 5:23, 6:15, 7:1, 7:10, 8:2, 8:13, 8:23, 9:2, 10:11, 11:2, 11:22, 11:25, 12:16, 13:7, 13:16, 14:8,

16:3, 17:3, 17:7, 17:8, 17:10, 17:17, 17:21, 18:2, 18:22, 19:23, 20:6, 20:11, 20:12, 20:14, 21:23, 22:1, 22:4, 22:13, 22:18, 22:20, 23:2, 23:16, 24:1, 24:3, 24:20, 24:21, 25:15, 26:1, 26:11, 26:14, 27:6, 28:9, 29:22, 30:9, 30:11, 30:22, 30:25, 31:20, 32:17, 34:5, 35:25, 36:11, 37:19, 37:20, 37:22, 38:6, 39:8, 40:25, 41:10, 41:18, 42:5, 43:4, 44:5, 44:13, 44:16, 44:17, 44:24, 44:25, 45:1, 45:10, 45:18, 45:19, 46:10, 47:4, 47:13, 47:16, 47:20, 48:6, 48:17, 48:18, 48:22, 49:7, 49:11, 49:16, 49:20, 50:8, 50:13, 50:16, 50:19, 50:20, 51:2
**it's** [49] - 4:1, 4:10, 4:22, 4:23, 4:24, 6:12, 6:22, 7:14, 9:19, 10:6, 10:7, 10:8, 10:9, 10:10, 13:11, 16:15, 17:1, 18:6, 18:16, 20:7, 20:8, 20:16, 21:18, 27:14, 31:22, 31:24, 33:23, 34:23, 35:2, 37:7, 37:8, 39:12, 39:13, 39:14, 40:14, 41:6, 41:9, 42:4, 42:14, 45:16, 48:12, 49:8, 49:18, 50:9, 50:20
**its** [8] - 3:16, 6:4, 11:18, 13:17, 31:1, 44:16
**itself** [6] - 21:22, 24:1, 28:6, 32:17, 33:11, 49:17

**J**

**J** [1] - 1:22
**Jacob** [3] - 3:5, 3:23, 5:3
**JACOB** [1] - 1:14
**Jenkintown** [1] - 1:17
**Johnson** [2] - 1:23, 2:1
**join** [1] - 26:9

**Jones** [1] - 41:16
**Judge** [8] - 19:19, 28:22, 30:13, 42:22, 46:10, 46:11, 46:24, 48:12
**JUDGE** [1] - 1:10
**jumping** [1] - 25:9
**June** [6] - 41:21, 41:24, 42:10, 45:1, 48:17
**just** [22] - 6:20, 8:17, 8:21, 8:23, 9:12, 14:6, 14:8, 14:21, 15:17, 16:13, 17:5, 23:19, 25:1, 25:3, 26:17, 36:23, 39:21, 46:9, 46:21, 48:21, 49:19, 49:23

**K**

**Kalnit** [1] - 33:14
**Kaye** [1] - 37:11
**keep** [2] - 36:12, 42:18
**keeps** [1] - 17:8
**KEITH** [1] - 1:19
**kept** [1] - 50:7
**killed** [2] - 40:3, 40:4
**kind** [7] - 12:11, 12:25, 17:2, 18:8, 23:21, 38:23, 47:15
**knew** [5] - 10:15, 21:10, 27:25, 28:14
**know** [39] - 4:20, 6:22, 7:2, 7:16, 8:1, 8:3, 8:13, 8:20, 11:16, 12:6, 18:5, 18:24, 20:13, 21:23, 25:2, 25:13, 26:18, 28:13, 29:16, 29:20, 31:20, 32:16, 37:14, 37:25, 38:5, 38:6, 38:19, 40:19, 41:22, 42:17, 44:8, 45:8, 46:19, 47:9, 47:13, 49:7, 50:16, 50:17
**knowing** [3] - 6:18, 10:12, 33:24
**knowledge** [8] - 14:12, 27:11, 27:12, 29:17, 29:19, 32:18, 32:22, 41:25
**known** [1] - 27:2
**knows** [1] - 48:5
**Kolominsky** [5] - 19:15, 19:17, 20:1, 21:24, 26:15

## L

**lack** [1] - 37:12
**Lake** [1] - 42:22
**Lanie** [3] - 2:4, 51:9, 51:13
**larger** [2] - 13:12
**last** [1] - 26:16
**later** [1] - 7:13
**Laudino** [1] - 3:5
**Law** [2] - 1:15, 3:6
**law** [9] - 7:5, 19:20, 22:14, 26:14, 27:18, 43:1, 43:6, 43:13, 48:24
**laws** [2] - 33:7, 50:21
**least** [7] - 13:13, 20:4, 26:9, 28:10, 31:5, 39:7, 41:19
**LEE** [1] - 1:10
**less** [6] - 12:13, 24:10, 27:20, 39:18, 50:6, 50:7
**lessen** [1] - 13:23
**let** [10] - 3:25, 6:1, 6:20, 8:5, 10:9, 11:10, 11:19, 16:8, 29:22, 42:21
**let's** [4] - 6:21, 6:22, 17:14, 34:19
**level** [1] - 47:19
**liability** [1] - 48:2
**light** [1] - 8:24
**like** [6] - 3:12, 3:24, 19:11, 26:19, 40:20, 48:12
**likely** [5] - 23:16, 23:19, 25:2, 25:23, 26:9
**lines** [1] - 31:1
**liquidity** [12] - 11:14, 11:17, 12:16, 12:24, 13:3, 13:24, 14:5, 17:20, 17:24, 18:3, 18:15, 18:21
**listen** [1] - 39:21
**Litigation** [1] - 33:16
**little** [4] - 3:13, 26:17, 34:14, 49:13
**LLP** [3] - 1:19, 1:23, 2:1
**lock** [1] - 40:8
**locked** [2] - 12:13, 23:10
**locking** [1] - 4:18
**Lohier** [1] - 30:13
**longer** [2] - 19:20, 26:14
**look** [15] - 10:1, 10:14, 10:21, 12:7,

13:6, 13:13, 17:18, 24:6, 24:15, 38:14, 43:3, 47:2, 48:3, 49:20
**Look** [1] - 50:2
**looking** [3] - 11:25, 40:25, 43:6
**Lormand** [6] - 22:12, 22:13, 26:1, 26:3, 26:5
**Los** [1] - 1:24
**losing** [2] - 39:16, 48:9
**loss** [6] - 5:25, 11:18, 21:4, 21:5, 21:12, 37:3
**losses** [40] - 3:14, 3:21, 4:17, 7:4, 7:9, 8:21, 14:3, 14:15, 15:8, 15:16, 15:17, 16:1, 16:4, 16:6, 16:13, 17:1, 19:1, 20:14, 21:9, 28:1, 29:6, 31:6, 31:12, 31:16, 36:5, 36:9, 37:15, 39:11, 39:15, 45:2, 45:3, 45:18, 45:25, 46:8, 46:13, 47:6, 47:10, 48:1, 48:16
**lost** [7] - 5:18, 6:10, 6:18, 14:2, 18:22, 30:4, 34:13
**lot** [4] - 22:18, 36:9, 36:10, 41:25
**low** [2] - 17:10, 27:20
**lower** [1] - 12:4

## M

**M** [3] - 2:4, 51:9, 51:13
**Macquarie** [1] - 8:9
**made** [10] - 4:5, 4:7, 4:13, 8:20, 9:20, 10:23, 11:7, 21:10, 30:9, 37:19
**mails** [1] - 26:25
**majority** [1] - 22:2
**make** [14] - 8:18, 8:19, 9:18, 16:8, 28:8, 29:3, 29:18, 37:17, 39:17, 41:2, 47:19, 49:20, 49:24, 50:25
**makes** [6] - 9:25, 10:11, 12:15, 17:13, 22:18
**making** [6] - 3:16, 8:24, 29:4, 32:3, 36:13, 39:19

**Makor** [2] - 28:23, 30:13
**manage** [1] - 45:12
**management's** [1] - 37:10
**mandate** [1] - 45:13
**manifested** [3] - 22:15, 24:5, 34:5
**margin** [2] - 4:18, 39:5
**mark** [3] - 23:8, 30:2, 30:6
**mark-to-market** [2] - 30:2, 30:6
**marked** [2] - 12:4, 15:5
**marked-to-market** [1] - 15:5
**market** [24] - 4:21, 10:20, 12:3, 12:4, 12:7, 13:14, 15:5, 23:8, 23:9, 24:7, 24:11, 24:14, 24:15, 24:17, 30:1, 30:2, 30:6, 30:10, 41:23, 45:19, 47:6, 47:7, 49:20, 49:23
**massively** [1] - 36:1
**material** [19] - 3:14, 6:8, 6:25, 7:9, 7:17, 7:25, 8:2, 15:17, 16:6, 18:22, 29:5, 30:9, 33:3, 37:15, 38:7, 46:9
**materiality** [3] - 6:5, 6:6, 6:21
**materialization** [1] - 34:23
**materialized** [13] - 20:8, 20:11, 20:15, 21:13, 26:6, 28:10, 31:6, 31:9, 34:4, 34:6, 35:7, 40:17
**Matrixx** [1] - 49:10
**matter** [8] - 6:24, 41:13, 41:19, 42:2, 42:8, 42:15, 43:1, 51:11
**maximalist** [3] - 19:14, 20:1, 23:13
**May** [17] - 16:1, 16:5, 20:23, 21:8, 21:10, 21:11, 22:5, 31:13, 31:16, 32:7, 36:7, 36:10, 37:15, 37:16, 40:6, 45:2, 48:8
**may** [18] - 6:15, 7:6, 13:23, 14:16, 19:10, 19:11, 20:18, 20:19, 21:3, 22:19, 22:24,

22:25, 25:5, 37:18, 40:18, 41:15, 47:21, 50:17
**maybe** [4] - 15:21, 41:16, 46:11, 50:22
**me** [27] - 3:6, 3:25, 4:15, 6:1, 6:20, 8:5, 10:6, 10:9, 11:10, 11:15, 11:19, 16:8, 16:9, 17:12, 17:21, 20:5, 25:19, 29:22, 30:22, 38:25, 41:5, 42:13, 42:17, 42:21, 44:2, 45:15, 49:6
**mean** [17] - 4:15, 4:18, 4:24, 6:1, 6:9, 8:16, 14:7, 16:16, 16:17, 23:9, 30:20, 35:25, 39:13, 39:15, 40:10, 46:10, 46:13
**meaningful** [2] - 11:8, 18:8
**means** [10] - 14:8, 20:6, 24:23, 29:25, 30:7, 30:25, 40:1, 45:18, 49:17
**mechanical** [1] - 2:24
**Medical** [1] - 20:10
**mention** [1] - 50:10
**mere** [2] - 32:18, 32:22
**met** [1] - 35:24
**mid** [2] - 47:25, 48:1
**mid-quarter** [2] - 47:25, 48:1
**midpoint** [1] - 6:10
**might** [1] - 31:16
**million** [29] - 5:18, 5:25, 6:10, 6:22, 6:23, 6:25, 7:1, 7:8, 8:3, 8:17, 8:24, 9:25, 10:12, 10:16, 10:21, 17:23, 18:6, 18:8, 18:12, 18:14, 18:20, 18:23, 19:2, 21:9, 36:9, 36:14, 48:3
**millions** [4] - 6:18, 14:4, 15:18, 45:3
**mind** [3] - 32:3, 36:12, 39:7
**minds** [2] - 43:1, 44:22
**minimal** [1] - 48:24
**minority** [3] - 21:24, 21:25, 22:16
**misguidance** [2] - 11:4, 47:18
**misleading** [5] - 7:11, 36:19, 44:20,

44:25, 45:1
**misrepresent** [1] - 7:5
**misrepresents** [1] - 40:5
**Misri** [1] - 3:5
**miss** [4] - 41:25, 46:19, 50:11, 50:12
**misses** [1] - 38:17
**missing** [3] - 31:8, 38:16, 48:14
**mixed** [2] - 9:8, 36:23
**Mobile** [1] - 3:17
**moment** [2] - 14:1, 17:15
**money** [7] - 8:20, 30:4, 34:14, 36:13, 39:16, 48:9
**monitor** [2] - 45:11, 45:12
**month** [10] - 6:8, 6:16, 6:23, 7:3, 8:24, 14:2, 17:2
**months** [8] - 8:18, 14:3, 30:11, 37:16, 40:4, 45:4, 47:11, 49:3
**more** [16] - 9:7, 9:8, 11:4, 18:11, 21:14, 22:4, 23:15, 23:16, 23:25, 24:10, 28:13, 28:14, 28:15, 31:3, 32:12, 32:23
**morning** [1] - 3:4
**most** [2] - 25:23, 38:15
**mostly** [1] - 26:18
**MOTION** [1] - 1:9
**motion** [6] - 3:11, 4:1, 10:25, 17:22, 37:23, 38:1
**motivated** [1] - 49:20
**motive** [9] - 25:12, 27:16, 27:21, 33:5, 48:22, 48:23, 48:25, 49:11, 49:16
**Mr** [75] - 5:6, 5:22, 6:13, 7:5, 8:5, 11:10, 12:1, 12:5, 13:22, 14:17, 14:19, 14:20, 14:22, 14:25, 15:20, 15:22, 15:23, 16:9, 16:15, 17:14, 18:24, 19:4, 19:12, 21:6, 22:7, 22:11, 25:8, 25:17, 25:25, 26:13, 26:16, 28:17, 28:20, 28:24, 29:8, 29:14, 29:21, 31:21, 31:24,

32:13, 33:22, 34:12, 35:21, 35:22, 36:23, 37:4, 37:7, 37:9, 37:12, 38:3, 38:11, 39:21, 39:25, 40:6, 40:22, 41:11, 41:13, 41:20, 42:19, 43:18, 44:6, 44:12, 45:14, 46:5, 46:15, 47:11, 47:12, 47:19, 47:24, 49:16, 50:5, 50:11

**MR** [70] - 1:14, 1:15, 1:19, 1:22, 2:1, 3:4, 3:8, 3:23, 4:2, 5:1, 5:3, 6:6, 8:9, 8:12, 10:8, 10:9, 10:11, 11:9, 11:19, 11:24, 13:19, 13:22, 14:19, 16:11, 17:25, 18:21, 22:9, 25:5, 25:7, 25:8, 25:19, 26:17, 28:11, 28:19, 30:21, 31:11, 31:15, 31:23, 32:22, 33:25, 34:10, 34:16, 34:19, 35:9, 35:11, 35:23, 36:21, 36:23, 37:22, 37:25, 38:13, 38:24, 39:9, 39:12, 39:14, 39:21, 40:7, 40:12, 40:18, 40:22, 42:21, 44:2, 46:17, 47:21, 47:24, 48:21, 49:6, 50:8, 51:3, 51:4

**MS** [1] - 18:16

**much** [9] - 6:1, 8:19, 8:20, 12:4, 19:4, 34:17, 38:9, 39:5, 40:19

**multi** [1] - 5:24

**multi-gazillion-dollar** [1] - 5:24

**must** [2] - 43:18, 49:13

**my** [12] - 3:6, 3:9, 3:19, 10:5, 16:11, 18:10, 22:1, 25:8, 25:10, 31:14, 38:9, 51:10

## N

**N** [1] - 3:1

**Naglich** [10] - 36:16, 40:23, 41:5, 42:6, 42:21, 42:22, 43:3, 43:5, 44:15

**named** [1] - 26:24

**narrow** [1] - 22:8

**nature** [1] - 40:5

**near** [1] - 25:11

**necessary** [1] - 50:23

**need** [7] - 11:16, 18:10, 22:1, 25:15, 26:19, 28:13

**negative** [2] - 48:7, 49:9

**net** [3] - 15:25, 29:23, 45:17

**never** [4] - 4:7, 21:22, 40:24, 44:6

**new** [5] - 5:12, 5:15, 7:7, 49:19, 50:3

**New** [4] - 2:2, 33:2, 33:17

**news** [3] - 37:12, 48:6, 48:7

**next** [3] - 16:24, 35:3, 40:4

**Ninth** [4] - 20:3, 20:4, 20:7, 34:22

**no** [34] - 5:5, 6:8, 16:14, 17:13, 18:3, 19:19, 25:11, 25:13, 26:14, 26:20, 27:16, 28:1, 28:11, 28:14, 29:15, 30:2, 30:21, 33:24, 34:10, 41:24, 42:4, 43:6, 43:11, 43:13, 43:19, 43:23, 44:12, 45:9, 46:17, 48:23, 49:22

**No** [1] - 10:17

**no-brainer** [1] - 25:11

**Noah** [1] - 37:11

**non** [3] - 4:23, 4:25, 9:17

**non-actionable** [3] - 4:23, 4:25, 9:17

**nondisclosure** [1] - 32:19

**none** [2] - 26:25, 43:24

**nonexistent** [1] - 16:17

**nor** [1] - 44:20

**North** [1] - 24:2

**not** [100] - 3:17, 4:10, 4:19, 5:8, 5:9, 6:19, 7:5, 7:18, 7:19, 7:23, 8:3, 8:7, 8:15, 9:19, 10:6, 10:9, 12:8, 13:1, 13:13, 13:23, 14:20, 15:1, 15:13, 15:14, 15:17, 16:12, 18:7, 18:17, 18:19, 20:5, 21:18, 21:25, 22:1, 22:13, 22:20, 22:25, 23:5, 23:19, 23:22,

24:24, 25:20, 26:1, 26:8, 26:10, 27:7, 27:9, 28:13, 28:25, 29:10, 29:11, 30:3, 30:23, 31:5, 31:7, 31:17, 32:18, 32:19, 32:22, 32:23, 33:10, 33:14, 33:15, 34:8, 34:14, 34:23, 36:12, 36:15, 36:19, 36:25, 37:8, 37:14, 38:17, 39:10, 40:2, 40:5, 40:13, 40:24, 41:19, 42:4, 43:1, 43:14, 43:24, 44:2, 44:4, 46:3, 46:4, 46:5, 46:9, 46:13, 46:14, 47:20, 48:7, 48:24, 49:6, 49:17, 50:9, 50:16

**notes** [2] - 37:9, 37:11

**nothing** [6] - 5:12, 11:4, 15:3, 18:5, 32:1, 32:15

**now** [19] - 11:25, 12:13, 15:13, 16:2, 18:24, 20:21, 21:16, 21:23, 24:16, 24:22, 29:14, 30:16, 32:9, 32:15, 35:19, 36:4, 37:1, 39:3, 41:8

**Number** [2] - 37:6, 37:7

**numbered** [1] - 51:11

**numbers** [3] - 11:2, 18:25, 19:1

**NYMEX** [2] - 18:6, 18:7

## O

**O** [1] - 3:1

**obligation** [6] - 5:17, 12:10, 35:24, 43:6, 43:11, 43:13

**obvious** [1] - 27:14

**obviously** [1] - 8:9

**occurring** [2] - 22:21, 23:4

**OF** [2] - 1:1, 1:9

**of** [249] - 2:2, 2:6, 3:4, 3:16, 3:18, 4:5, 4:7, 4:11, 4:12, 4:14, 5:6, 5:19, 6:3, 6:10, 6:18, 6:21, 6:22, 6:23, 7:6, 7:7, 8:6, 8:14, 8:15, 8:19, 8:22, 9:1, 9:6, 9:10, 9:18, 11:3, 11:6, 11:12, 11:17,

11:22, 11:23, 12:2, 12:11, 12:17, 12:22, 12:25, 13:2, 13:4, 13:8, 13:9, 13:11, 13:12, 13:23, 13:24, 14:1, 14:3, 14:4, 14:10, 14:11, 14:12, 14:23, 15:3, 15:6, 15:8, 15:9, 15:11, 15:17, 15:18, 15:23, 15:25, 16:1, 16:5, 16:14, 16:20, 17:1, 17:2, 17:8, 17:9, 17:22, 18:8, 18:12, 18:21, 19:2, 19:5, 19:13, 19:24, 20:6, 20:11, 20:13, 20:24, 20:25, 21:4, 21:8, 21:10, 21:12, 21:17, 22:5, 22:11, 22:15, 22:18, 22:22, 22:23, 23:5, 23:6, 23:14, 23:21, 23:23, 24:5, 24:8, 24:15, 24:22, 24:24, 24:25, 25:12, 25:14, 26:1, 26:23, 26:25, 27:1, 27:6, 27:8, 27:13, 27:16, 27:18, 27:19, 27:20, 28:2, 28:3, 28:9, 28:14, 28:20, 29:13, 29:17, 29:20, 29:23, 30:4, 30:24, 31:1, 31:5, 31:8, 31:13, 31:16, 31:23, 31:25, 32:2, 32:6, 32:16, 32:18, 32:22, 32:23, 33:2, 33:4, 33:5, 33:6, 33:11, 33:17, 33:24, 34:2, 34:3, 34:14, 34:19, 34:22, 34:23, 35:25, 36:4, 36:6, 36:7, 36:9, 36:11, 37:2, 37:12, 37:13, 37:16, 38:1, 38:15, 38:16, 38:21, 38:23, 39:5, 39:15, 40:1, 40:2, 40:4, 40:6, 40:7, 41:14, 41:19, 41:23, 42:2, 42:8, 42:15, 42:23, 42:24, 43:1, 43:2, 43:5, 43:7, 43:12, 43:19, 44:1, 44:7, 44:10, 44:18, 44:21, 44:22, 45:3, 45:21, 45:22, 45:25, 46:9, 46:17, 47:1, 47:5, 47:7, 47:12, 47:13, 47:15, 48:10, 48:11, 48:16, 48:25, 49:3, 49:4, 49:5, 49:6,

49:13, 49:17, 49:18, 49:25, 50:3, 50:7, 50:14, 51:10, 51:10, 51:11

**off** [2] - 10:21, 30:20

**Official** [4] - 2:4, 2:5, 51:9, 51:13

**oh** [2] - 6:13, 47:11

**Oh** [1] - 10:15

**oil** [2] - 20:19, 23:19

**okay** [12] - 3:2, 11:25, 16:3, 16:23, 17:2, 25:6, 27:4, 29:3, 32:10, 32:17, 32:25, 43:10

**old** [1] - 21:17

**omission** [3] - 3:14, 33:3, 46:9

**omit** [1] - 7:20

**omitted** [2] - 7:25, 35:14

**omitting** [1] - 30:18

**Omnicare** [3] - 7:16, 30:18, 35:13

**on** [67] - 3:4, 3:12, 4:18, 5:16, 5:22, 5:23, 7:22, 9:25, 10:9, 10:25, 11:1, 11:5, 12:18, 13:7, 16:6, 17:9, 17:14, 17:22, 19:8, 19:13, 19:18, 19:20, 20:6, 20:22, 20:23, 21:10, 21:14, 21:22, 22:7, 22:9, 23:2, 23:12, 24:7, 25:2, 25:18, 26:18, 27:1, 28:23, 29:12, 31:2, 31:10, 32:1, 33:8, 34:2, 34:13, 34:15, 35:1, 35:21, 36:13, 37:14, 38:4, 39:5, 39:19, 39:22, 41:5, 42:23, 45:1, 47:24, 48:5, 48:9, 48:16, 49:2, 49:16, 50:13, 51:1

**once** [3] - 43:21, 46:17, 47:3

**one** [25] - 4:11, 11:10, 11:12, 11:22, 17:4, 22:23, 23:15, 25:1, 26:16, 27:2, 27:19, 29:10, 29:14, 29:16, 30:9, 31:11, 31:24, 32:3, 32:5, 36:11, 37:7, 42:2, 44:5, 47:21

**only** [12] - 19:14, 19:25, 27:11, 27:19, 30:11, 31:4, 34:23,

36:7, 36:11, 36:15, 49:18

**opening** [1] - 33:19
**operating** [1] - 6:16
**operational** [1] - 36:11
**operations** [3] - 15:8, 27:3, 27:5
**opinion** [11] - 7:14, 7:17, 7:18, 7:19, 7:24, 30:17, 35:14, 35:15, 35:17, 46:3
**Oppenheimer** [1] - 37:11
**opportunity** [3] - 25:13, 27:16, 27:21
**opposed** [1] - 29:16
**opposing** [2] - 8:16, 9:24
**or** [33] - 3:24, 5:18, 8:20, 9:1, 13:2, 13:3, 15:9, 17:4, 17:8, 18:2, 18:3, 18:17, 19:18, 24:10, 26:24, 27:24, 28:3, 28:12, 31:1, 32:2, 32:12, 34:6, 37:20, 38:6, 42:6, 42:12, 43:8, 43:13, 45:25, 46:18, 47:25, 51:1
**order** [2] - 12:22, 13:20
**other** [10] - 7:12, 9:7, 17:7, 20:2, 20:20, 23:2, 25:25, 33:13, 35:11, 36:11
**our** [36] - 4:14, 8:12, 9:15, 9:20, 9:25, 10:18, 12:10, 12:18, 12:20, 12:21, 13:9, 18:2, 18:24, 18:25, 20:18, 20:22, 20:23, 21:3, 21:17, 22:12, 24:8, 24:16, 27:6, 28:12, 29:23, 30:5, 33:19, 39:24, 43:10, 47:6, 47:7, 48:1, 50:13
**out** [17] - 9:5, 9:23, 11:2, 11:16, 16:5, 16:14, 19:4, 31:25, 40:9, 42:12, 42:13, 43:23, 44:16, 48:16, 50:7, 50:23, 51:2
**outcomes** [1] - 22:23
**outside** [1] - 44:6
**over** [2] - 8:17, 26:1
**overall** [1] - 4:17
**overwhelming** [2] - 15:18, 25:21

**overwhelmingly** [1] - 7:10

## P

**P** [1] - 3:1
**P&L** [2] - 45:23, 45:24
**P.A** [1] - 1:15
**package** [1] - 6:15
**page** [1] - 13:7
**Page** [1] - 13:8
**pages** [1] - 19:13
**paid** [2] - 18:11, 43:14
**Paragraph** [9] - 11:23, 14:23, 15:4, 15:24, 20:16, 29:21, 30:2, 37:8, 45:21
**paragraph** [2] - 5:9, 20:15
**parameters** [1] - 26:10
**park** [2] - 25:3, 25:20
**part** [10] - 8:6, 13:9, 13:11, 28:5, 28:10, 30:23, 31:5, 36:11, 38:21, 44:16
**particular** [3] - 5:8, 13:15, 15:11
**particularly** [2] - 4:17, 34:8
**parties** [1] - 43:14
**parties'** [1] - 3:12
**partner** [3] - 12:20, 14:7, 14:8
**partners** [2] - 12:21, 13:4
**parts** [1] - 41:6
**Paskowitz** [1] - 24:1
**pass** [3] - 31:19, 34:6
**pay** [4] - 14:8, 18:14, 18:19, 40:9
**payment** [1] - 17:23
**Pennsylvania** [1] - 1:17
**people** [2] - 16:4, 28:12
**per** [3] - 6:23, 13:16
**percent** [11] - 6:25, 14:1, 17:8, 17:9, 17:10, 20:24, 20:25, 27:21, 29:13, 47:12
**perfectly** [2] - 16:3, 29:3
**performance** [2] - 13:2
**period** [4] - 7:21, 17:11, 19:9, 27:20
**periodic** [1] - 23:6

**permissible** [1] - 46:20
**permit** [1] - 15:1
**permitted** [3] - 15:13, 15:14, 16:3
**perspective** [1] - 6:7
**petition** [4] - 9:24, 10:2, 10:4, 10:11
**Pharmaceutical** [1] - 33:18
**phrase** [1] - 21:17
**phrased** [1] - 34:8
**piece** [1] - 31:8
**pipeline** [2] - 4:13, 4:14
**pivots** [1] - 12:17
**place** [2] - 17:16, 33:23
**places** [1] - 11:22
**plaintiffs** [5] - 3:5, 43:22, 44:17, 44:20, 47:18
**PLAINTIFFS** [1] - 1:14
**plausibility** [3] - 16:18, 47:1, 47:2
**plausible** [2] - 47:4, 47:15
**play** [5] - 6:17, 17:2, 39:6, 41:16
**plays** [1] - 11:16
**plead** [2] - 18:18, 27:22
**pleading** [1] - 49:17
**pleadings** [1] - 11:16
**please** [1] - 3:3
**pled** [5] - 18:19, 27:4, 27:5, 27:6
**plus** [2] - 26:7
**point** [24] - 6:1, 6:4, 6:14, 9:5, 9:23, 17:10, 22:8, 24:14, 24:19, 27:20, 31:14, 32:15, 34:4, 34:7, 34:17, 35:21, 36:14, 36:15, 36:17, 36:18, 37:17, 40:13, 40:15, 45:4
**pointing** [1] - 32:20
**points** [1] - 32:5
**policy** [1] - 22:23
**portfolio** [3] - 9:9, 9:11, 45:12
**position** [27] - 3:12, 4:18, 4:19, 8:7, 8:12, 9:1, 9:2, 11:13, 13:3, 13:16, 14:4, 16:22, 17:20, 18:14, 19:14, 20:5, 22:13, 22:17, 22:22, 23:14, 34:25, 39:18, 39:19, 47:6,

47:7, 49:21, 49:22
**positions** [3] - 12:23, 20:2, 48:5
**positive** [4] - 7:11, 9:13, 48:6, 49:8
**positively** [1] - 50:16
**Posner** [3] - 28:22, 46:11, 48:12
**possibility** [1] - 38:8
**potential** [3] - 31:2, 31:4, 39:10
**praise** [1] - 50:1
**pre** [2] - 19:19, 21:18
**pre-PSLRA** [2] - 19:19, 21:18
**precedence** [1] - 25:21
**precedent** [1] - 9:17
**predict** [1] - 10:19
**prepared** [1] - 43:14
**preparing** [1] - 43:21
**present** [4] - 3:15, 3:21, 22:21, 46:8
**presented** [1] - 51:1
**press** [1] - 43:7
**pretty** [1] - 42:22
**prevailing** [2] - 12:13, 24:11
**prevent** [1] - 20:18
**price** [6] - 12:3, 24:8, 24:10, 29:2, 30:16, 46:11
**prices** [4] - 20:19, 23:7, 23:8, 39:4
**pricing** [7] - 10:18, 10:19, 11:1, 15:15, 21:7, 46:5, 48:15
**prior** [1] - 17:9
**probably** [1] - 5:18
**probative** [1] - 49:3
**probe** [1] - 41:20
**problem** [2] - 15:20, 37:23
**procedural** [1] - 21:18
**proceed** [1] - 3:2
**proceedings** [2] - 51:6, 51:11
**PROCEEDINGS** [1] - 1:9
**Proceedings** [1] - 2:24
**produced** [1] - 2:25
**production** [5] - 12:2, 24:9, 24:16, 29:13, 39:6
**professionals** [3] - 29:10, 37:14, 38:5
**profit** [4] - 39:19, 39:22, 39:24, 50:18

**profits** [8] - 4:6, 13:25, 20:22, 20:23, 37:2, 39:10, 39:16, 40:8
**program** [14] - 3:18, 5:16, 5:25, 11:18, 14:6, 20:14, 28:6, 31:1, 39:13, 39:14, 40:5, 40:8, 50:3, 50:10
**program's** [1] - 30:24
**projected** [1] - 6:9
**projection** [1] - 42:3
**protect** [2] - 26:3, 26:6
**protected** [1] - 9:20
**prove** [2] - 18:17, 18:18
**provided** [1] - 12:21
**provisions** [1] - 33:6
**prudent** [3] - 21:20, 24:14, 35:1
**PSLRA** [4] - 18:17, 19:19, 21:18, 47:2
**puffery** [4] - 4:23, 4:24, 7:7, 7:13
**purpose** [4] - 39:15, 48:18, 48:22, 48:25
**purposefully** [1] - 30:11
**purposely** [1] - 30:18
**purposes** [1] - 21:7
**put** [2] - 18:5, 18:7

## Q

**qua** [1] - 26:2
**qualify** [1] - 30:17
**quantitative** [1] - 9:8
**quantity** [2] - 24:8, 36:5
**quarter** [20] - 4:5, 5:8, 5:13, 6:11, 9:13, 17:1, 18:23, 19:2, 35:5, 36:24, 37:1, 37:5, 37:6, 37:9, 38:25, 47:25, 48:1, 48:3, 49:25
**quarter's** [1] - 5:7
**question** [22] - 3:19, 4:3, 5:15, 6:8, 9:10, 11:10, 16:24, 18:10, 18:22, 22:3, 24:13, 25:1, 25:16, 32:7, 33:24, 34:3, 34:9, 34:10, 38:22, 40:15, 42:1, 44:11
**questions** [5] - 16:10, 19:11, 36:2,

37:5, 48:19
**quibbles** [1] - 41:12
**quickly** [1] - 51:2
**quite** [1] - 26:5
**quote** [2] - 11:13, 44:6

## R

**R** [1] - 3:1
**R2** [5] - 27:11, 29:15, 32:17, 32:24
**raise** [2] - 32:23, 35:12
**raised** [2] - 28:20, 47:3
**raises** [2] - 8:25, 38:3
**Ram** [1] - 3:9
**RAM** [1] - 1:22
**rather** [1] - 40:24
**rational** [1] - 44:13
**re** [2] - 33:9, 33:16
**read** [2] - 14:21, 35:12
**ready** [1] - 3:2
**real** [2] - 41:6, 42:1
**reality** [2] - 41:17, 50:20
**realization** [1] - 28:24
**realized** [11] - 3:15, 7:4, 14:14, 15:17, 16:4, 19:1, 29:6, 31:16, 37:15, 45:2, 46:8
**really** [7] - 7:22, 13:1, 17:1, 18:25, 39:6, 41:13, 47:17
**reason** [3] - 39:20, 43:7, 49:1
**reasonable** [5] - 38:2, 38:3, 41:9, 44:11, 44:13
**reasoning** [1] - 30:14
**reckless** [1] - 46:14
**recklessness** [1] - 28:4
**recognized** [1] - 15:7
**reconcile** [1] - 10:22
**record** [3] - 4:6, 15:3, 51:11
**recorded** [1] - 2:24
**refer** [2] - 37:8, 45:20
**referenced** [1] - 10:24
**referred** [1] - 14:17
**Refinery** [1] - 3:17
**refinery** [3] - 4:5, 6:15, 27:8

**regarding** [1] - 44:19
**regime** [1] - 23:6
**rejecting** [1] - 26:11
**related** [1] - 44:22
**relates** [1] - 40:22
**relationship** [5] - 12:18, 12:19, 13:3, 13:9, 13:10
**relationships** [2] - 13:7, 13:17
**relative** [3] - 5:23, 6:3, 6:13
**release** [2] - 43:7, 43:12
**relevant** [3] - 18:7, 32:11, 36:15
**relied** [1] - 19:13
**relies** [1] - 19:17
**rely** [1] - 27:1
**remained** [1] - 44:22
**remaining** [2] - 14:3, 45:4
**remand** [1] - 28:23
**remember** [2] - 21:17, 36:8
**remove** [1] - 12:10
**render** [1] - 31:18
**renders** [2] - 7:10, 14:12
**rephrase** [1] - 6:1
**replaced** [1] - 48:13
**reply** [1] - 44:9
**report** [1] - 44:7
**Reporter** [4] - 2:4, 2:5, 51:9, 51:13
**REPORTER'S** [1] - 51:8
**reports** [1] - 38:15
**require** [1] - 11:15
**required** [10] - 7:18, 7:20, 30:3, 30:4, 34:14, 35:5, 35:15, 38:23, 43:5, 43:12
**requirement** [1] - 29:15
**requires** [3] - 25:23, 45:8, 45:13
**research** [1] - 50:23
**respect** [6] - 13:25, 19:1, 40:22, 44:15, 45:7, 45:8
**respond** [10] - 9:21, 22:8, 28:18, 31:22, 33:20, 38:11, 42:19, 42:21, 46:15
**response** [8] - 8:6, 9:10, 15:22, 16:9, 16:11, 25:8, 25:10
**restate** [1] - 43:19
**result** [1] - 18:12

**results** [4] - 7:15, 31:2, 41:18, 43:8
**reveal** [1] - 3:17
**reverse** [1] - 13:20
**reversed** [2] - 21:22, 48:8
**rides** [1] - 17:5
**right** [45] - 3:11, 4:2, 4:10, 5:2, 6:9, 6:17, 6:23, 8:5, 8:11, 10:7, 10:10, 12:5, 12:13, 13:18, 14:13, 14:18, 16:8, 20:12, 21:14, 22:7, 24:16, 25:17, 26:16, 28:17, 31:15, 31:21, 32:8, 32:9, 32:21, 34:16, 34:19, 34:24, 35:8, 36:22, 37:6, 38:7, 39:6, 39:23, 40:21, 41:1, 42:7, 45:16, 46:15, 50:13, 50:24
**Rights** [2] - 28:23, 30:13
**rise** [1] - 40:3
**rising** [2] - 20:25, 39:24
**risk** [42] - 5:17, 19:12, 19:14, 19:24, 20:6, 20:13, 20:15, 21:2, 21:4, 21:12, 21:15, 22:5, 22:9, 22:14, 22:15, 22:19, 22:24, 23:4, 23:15, 23:16, 24:4, 24:18, 25:16, 25:21, 26:2, 26:3, 26:5, 26:10, 26:18, 28:9, 28:20, 31:5, 31:18, 34:2, 34:3, 34:4, 34:6, 34:13, 35:4, 39:23
**risks** [7] - 20:20, 22:25, 31:4, 31:7, 40:14
**RMR** [2] - 2:4, 51:9
**Robert** [1] - 41:16
**Room** [1] - 2:7
**Rosen** [2] - 1:15, 3:6
**ROSENTHAL** [1] - 1:10
**round** [1] - 26:16
**Rubinstein** [3] - 21:21, 26:7, 35:1
**Rule** [1] - 46:24
**ruled** [1] - 49:11
**Rusk** [1] - 2:6

## S

**S** [1] - 3:1

**safe** [3] - 9:20, 26:4, 26:7
**said** [8] - 10:21, 26:19, 28:25, 29:15, 38:7, 39:22, 42:12, 42:20
**sales** [2] - 44:22, 48:24
**sales-related** [1] - 44:22
**same** [10] - 3:15, 20:16, 32:5, 34:12, 39:12, 39:13, 39:14, 40:7, 43:17
**Sanders** [1] - 33:18
**satisfied** [2] - 24:5, 27:10
**save** [2] - 29:2, 30:16
**say** [37] - 5:11, 6:12, 6:17, 7:1, 7:18, 8:1, 8:21, 9:22, 10:1, 10:4, 10:25, 12:24, 16:20, 18:11, 20:1, 20:5, 20:7, 20:18, 25:25, 26:13, 27:1, 27:2, 30:4, 33:13, 34:13, 35:1, 35:5, 36:25, 40:24, 41:11, 42:13, 45:21, 45:24, 46:10, 48:22, 48:25
**saying** [13] - 5:19, 7:6, 9:15, 12:16, 15:24, 27:23, 34:22, 44:12, 46:3, 46:4, 46:7, 48:21, 50:2
**says** [37] - 6:13, 10:15, 10:17, 11:21, 11:24, 11:25, 12:6, 12:8, 12:9, 12:17, 12:20, 15:2, 15:4, 15:21, 18:24, 19:4, 21:2, 29:21, 32:4, 32:16, 32:17, 33:2, 33:9, 33:14, 37:7, 39:3, 40:25, 42:25, 43:18, 44:17, 45:14, 46:11, 47:25
**scandal** [1] - 23:24
**scenario** [1] - 29:9
**scheme** [1] - 47:5
**scienter** [23] - 14:22, 16:16, 16:17, 17:15, 24:20, 24:25, 25:10, 25:12, 26:18, 26:21, 27:22, 32:14, 32:24, 33:3, 33:12, 35:19, 38:2, 42:16, 42:20, 45:7, 45:8, 47:22, 49:18
**scope** [1] - 33:7

**screen** [1] - 10:5
**se** [1] - 13:16
**second** [11] - 4:5, 6:11, 31:11, 33:22, 36:24, 37:5, 37:6, 37:9, 38:2, 48:2, 49:25
**Second** [2] - 20:3, 30:14
**securities** [9] - 23:1, 26:23, 33:7, 44:3, 44:6, 47:16, 47:20, 50:14, 50:21
**Security** [1] - 33:16
**see** [5] - 11:19, 16:9, 26:23, 38:19, 41:14
**seem** [3] - 10:11, 17:21, 36:25
**seemed** [1] - 32:6
**seems** [5] - 4:15, 11:15, 19:15, 30:22, 32:13
**seen** [2] - 37:20, 44:6
**sell** [2] - 17:5, 39:18
**sells** [4] - 17:7, 17:8, 17:10
**sense** [2] - 17:13, 22:18
**SEPTEMBER** [1] - 1:7
**set** [3] - 20:21, 21:19, 23:1
**sets** [1] - 44:16
**setting** [1] - 26:10
**settle** [2] - 39:18, 40:10
**several** [2] - 33:13, 42:13
**severe** [1] - 28:3
**shall** [1] - 13:19
**share** [3] - 10:5, 10:6, 11:20
**sheet** [1] - 15:7
**shocked** [4] - 29:11, 31:17, 32:4, 37:5
**short** [4] - 9:25, 10:13, 10:16, 34:22
**should** [2] - 9:22, 25:20
**show** [2] - 11:20, 28:9
**showed** [1] - 22:12
**showing** [6] - 24:4, 25:14, 27:24, 28:1, 49:17
**shows** [2] - 30:7, 49:7
**shying** [1] - 14:20
**side** [2] - 12:18, 40:1
**sides** [1] - 40:7

**Signet** [1] - 9:5
**significant** [1] - 14:2
**similar** [1] - 4:12
**simply** [3] - 16:13, 32:20, 49:4
**since** [1] - 21:16
**Siracusano** [1] - 49:10
**situation** [1] - 9:6
**six** [1] - 6:16
**six-month** [1] - 6:16
**Sixth** [2] - 19:15, 19:25
**size** [1] - 27:6
**smaller** [1] - 39:5
**smart** [1] - 50:2
**smarter** [1] - 38:9
**Smith** [3] - 2:4, 51:9, 51:13
**smoking** [1] - 45:9
**so** [77] - 3:11, 4:9, 4:15, 4:22, 5:3, 5:15, 6:6, 6:9, 6:17, 6:18, 6:23, 7:5, 9:22, 10:4, 10:15, 10:21, 10:23, 11:8, 11:12, 11:24, 12:1, 12:11, 13:11, 13:14, 14:5, 14:10, 15:10, 16:11, 17:1, 17:12, 17:17, 18:9, 19:7, 19:24, 20:13, 20:15, 21:12, 21:13, 22:13, 23:21, 24:6, 24:17, 25:15, 26:7, 27:10, 27:16, 27:21, 28:5, 29:6, 29:25, 31:12, 32:3, 32:10, 33:21, 33:22, 34:17, 34:19, 34:25, 36:14, 37:12, 39:8, 39:25, 41:4, 41:9, 42:1, 42:8, 42:16, 43:16, 44:2, 44:13, 45:5, 46:2, 46:19, 46:24, 48:15, 48:25
**sold** [5] - 15:9, 27:19, 27:20, 39:17, 45:25
**some** [8] - 7:13, 22:3, 26:24, 31:8, 36:5, 42:6, 47:19
**somehow** [2] - 21:7, 49:3
**something** [10] - 7:6, 9:24, 21:20, 22:6, 23:4, 23:22, 31:1, 33:10, 33:14, 46:12
**sort** [3] - 12:17, 16:14, 26:1
**sought** [1] - 19:22

**sound** [1] - 6:5
**sources** [4] - 26:24, 27:23, 27:24
**Southern** [3] - 33:2, 33:17, 51:9
**southern** [1] - 2:6
**SOUTHERN** [1] - 1:1
**speak** [1] - 41:23
**speaks** [1] - 12:18
**specific** [2] - 23:16, 23:22
**split** [2] - 24:22, 27:15
**spread** [1] - 12:3
**spreads** [9] - 4:20, 12:14, 13:14, 20:25, 23:10, 24:11, 32:9, 39:23, 40:3
**stage** [1] - 41:18
**standard** [4] - 21:14, 21:19, 22:4, 23:11
**stands** [1] - 30:5
**start** [1] - 35:14
**state** [3] - 3:3, 3:18, 32:2
**statement** [36] - 3:20, 4:9, 4:10, 4:12, 4:14, 4:15, 7:10, 8:15, 9:13, 9:25, 10:23, 11:20, 11:21, 11:24, 12:15, 12:16, 12:25, 13:11, 13:12, 13:15, 13:22, 14:11, 14:12, 14:20, 15:8, 17:16, 17:19, 18:9, 19:11, 22:19, 22:20, 36:19, 38:25, 40:25, 42:7, 43:10
**statements** [16] - 3:16, 4:11, 9:7, 9:8, 9:9, 11:8, 11:12, 20:16, 29:17, 32:3, 43:7, 43:8, 43:12, 44:19, 44:22
**states** [1] - 5:7
**STATES** [2] - 1:1, 1:10
**States** [2] - 2:5, 51:9
**stating** [1] - 22:5
**stay** [1] - 24:19
**stenography** [1] - 2:24
**step** [1] - 33:22
**Steptoe** [3] - 1:19, 1:23, 2:1
**still** [11] - 4:17, 8:24, 17:8, 39:19, 41:1, 41:6, 42:3, 42:10, 42:14, 44:5, 45:2
**Stine** [7] - 10:13,

10:15, 12:1, 15:20, 37:9, 39:2
**Stine's** [2] - 24:13, 40:6
**stock** [5] - 17:5, 17:7, 47:12, 47:13
**stood** [1] - 7:3
**strategy** [1] - 39:3
**Street** [2] - 1:23, 11:5
**stringent** [1] - 21:14
**strip** [6] - 10:18, 11:1, 15:2, 15:11, 15:15, 29:2
**strong** [30] - 3:20, 4:9, 4:14, 5:8, 5:12, 5:19, 6:13, 6:17, 6:19, 7:6, 7:10, 7:13, 8:15, 8:22, 9:2, 9:9, 9:15, 17:21, 19:11, 20:5, 24:25, 32:23, 33:11, 36:18, 48:10, 49:13, 49:17
**stronger** [1] - 49:14
**subjective** [1] - 9:2
**submit** [1] - 6:24
**subpoenas** [1] - 44:9
**subsequent** [1] - 37:16
**substantially** [1] - 24:17
**such** [1] - 33:4
**suffered** [3] - 16:4, 21:5, 45:2
**sufficient** [2] - 28:7, 33:15
**suggestion** [1] - 13:13
**Suite** [3] - 1:16, 1:20, 1:24
**support** [1] - 22:13
**supposed** [1] - 12:24
**Supreme** [9] - 11:6, 19:23, 21:24, 24:22, 25:2, 25:22, 27:15, 35:13, 49:11
**sure** [5] - 7:13, 13:21, 16:8, 18:7, 47:23
**surprised** [1] - 26:14
**survives** [2] - 21:14, 21:18

**T**

**take** [15] - 11:13, 12:22, 13:19, 17:19, 18:13, 20:3, 20:24, 21:6, 22:1, 22:22, 23:13, 30:25, 35:3, 40:19, 43:24

**taken** [2] - 19:15, 37:10
**takes** [2] - 34:25, 43:13
**taking** [1] - 19:13
**talk** [9] - 14:5, 14:19, 22:12, 35:19, 42:16, 44:9, 50:15
**talked** [1] - 42:11
**talking** [9] - 12:19, 13:1, 13:23, 16:17, 16:19, 23:22, 32:1, 39:15, 44:8
**talks** [2] - 4:11, 22:23
**tell** [9] - 16:4, 16:21, 17:12, 30:5, 44:4, 47:6, 48:6, 48:7
**Tellabs** [2] - 28:23, 45:8
**telling** [2] - 15:10, 45:18
**tells** [2] - 48:4, 48:6
**temptation** [1] - 25:3
**tens** [3] - 14:4, 15:18, 45:3
**Tenth** [1] - 20:3
**terms** [3] - 6:21, 35:25, 36:4
**test** [1] - 44:16
**TEXAS** [2] - 1:1, 1:5
**Texas** [5] - 1:20, 1:21, 2:6, 2:7, 51:10
**texts** [1] - 26:25
**than** [10] - 9:14, 11:4, 12:4, 12:13, 18:12, 24:10, 27:21, 27:22, 38:9, 41:9
**thank** [6] - 3:7, 35:23, 51:3, 51:4, 51:5
**that** [365] - 3:12, 3:13, 3:14, 3:16, 3:18, 3:20, 4:3, 4:7, 4:9, 4:11, 4:14, 4:15, 5:7, 5:20, 6:2, 6:8, 6:14, 6:15, 6:18, 6:20, 6:22, 6:24, 7:5, 7:6, 7:17, 7:18, 7:20, 7:23, 8:1, 8:3, 8:7, 8:21, 8:25, 9:5, 9:10, 9:12, 9:14, 9:15, 9:19, 9:24, 10:1, 10:2, 10:12, 10:17, 10:22, 10:24, 10:25, 11:1, 11:3, 11:4, 11:12, 11:15, 11:19, 11:24, 12:2, 12:3, 12:7, 12:12, 12:17, 12:21, 12:25, 13:1, 13:4, 13:8, 13:10, 13:11, 13:13, 13:15,

13:19, 13:22, 14:1, 14:7, 14:8, 14:12, 14:14, 15:1, 15:3, 15:14, 15:16, 15:17, 15:24, 16:2, 16:4, 16:5, 16:11, 16:12, 16:13, 16:15, 16:22, 17:2, 17:4, 17:10, 17:17, 17:19, 17:20, 17:21, 17:25, 18:1, 18:2, 18:3, 18:5, 18:8, 18:11, 18:13, 18:18, 18:19, 19:5, 19:14, 19:21, 20:2, 20:21, 20:23, 20:25, 21:7, 21:9, 21:18, 21:21, 21:22, 21:25, 22:2, 22:5, 22:6, 22:8, 22:11, 22:13, 22:14, 22:16, 22:17, 22:22, 22:24, 23:2, 23:4, 23:5, 23:9, 23:10, 23:11, 23:15, 23:17, 23:19, 23:22, 24:3, 24:4, 24:5, 24:6, 24:10, 24:12, 24:15, 24:21, 24:23, 24:24, 25:3, 25:10, 25:14, 25:18, 25:21, 25:22, 25:24, 26:5, 26:6, 26:7, 26:8, 26:12, 26:14, 26:23, 26:25, 27:5, 27:10, 27:11, 27:14, 27:19, 27:24, 27:25, 28:2, 28:6, 28:7, 28:8, 28:9, 28:12, 28:14, 28:15, 28:18, 28:21, 28:22, 29:2, 29:3, 29:4, 29:5, 29:6, 29:12, 29:16, 29:17, 29:20, 30:2, 30:5, 30:7, 30:11, 30:15, 30:17, 30:22, 30:23, 31:3, 31:5, 31:6, 31:7, 31:8, 31:10, 31:12, 31:18, 32:2, 32:5, 32:8, 32:11, 32:15, 32:16, 32:18, 32:20, 32:22, 33:2, 33:4, 33:9, 33:10, 33:13, 33:14, 33:24, 34:5, 34:7, 34:8, 34:13, 34:20, 34:21, 35:5, 35:9, 35:11, 35:12, 35:14, 35:15, 35:16, 36:1, 36:5, 36:6, 36:9, 36:10, 36:13, 36:14, 36:17, 36:18, 36:19, 36:20, 36:21, 37:9, 37:14, 37:17, 37:19,

38:5, 38:19, 38:21, 39:2, 39:4, 39:6, 39:17, 39:18, 39:22, 39:25, 40:1, 40:3, 40:5, 40:11, 40:13, 40:14, 40:24, 41:2, 41:12, 41:14, 41:19, 41:22, 41:23, 41:24, 41:25, 42:3, 42:5, 42:6, 42:9, 42:14, 42:23, 43:2, 43:14, 43:20, 43:22, 44:3, 44:12, 44:13, 44:18, 44:21, 45:4, 45:5, 45:11, 45:14, 45:19, 46:1, 46:3, 46:4, 46:11, 46:12, 46:13, 46:16, 46:18, 47:4, 47:15, 47:18, 47:21, 48:2, 48:4, 48:10, 48:12, 49:7, 49:11, 49:12, 49:22, 49:24, 50:6, 50:8, 50:13, 50:17, 50:23, 51:10

**that's** [40] - 4:10, 4:18, 4:19, 7:22, 9:16, 9:17, 10:19, 12:9, 12:12, 13:7, 16:3, 16:5, 20:5, 28:13, 29:3, 31:14, 31:17, 32:3, 32:11, 32:24, 34:14, 34:25, 35:3, 36:2, 36:12, 38:18, 39:9, 39:10, 39:19, 41:15, 42:14, 42:20, 43:4, 46:1, 46:21, 48:17, 49:3, 49:20, 50:22

**the** [601] - 2:2, 3:12, 3:13, 3:15, 3:16, 3:17, 3:18, 3:24, 3:25, 4:2, 4:4, 4:5, 4:6, 4:9, 4:11, 4:13, 4:15, 4:17, 4:18, 4:19, 4:20, 4:22, 5:4, 5:7, 5:8, 5:13, 5:15, 5:19, 5:23, 6:1, 6:3, 6:5, 6:7, 6:9, 6:11, 6:14, 6:15, 6:16, 6:17, 6:22, 7:5, 7:7, 7:8, 7:9, 7:10, 7:12, 7:14, 7:20, 7:21, 7:23, 7:24, 8:1, 8:6, 8:9, 8:12, 8:14, 8:17, 8:18, 8:25, 9:3, 9:5, 9:7, 9:9, 9:10, 9:11, 9:16, 9:18, 9:19, 9:20, 9:23, 10:1, 10:2, 10:3, 10:7, 10:11, 10:12, 10:13, 10:14, 10:23, 10:24, 11:3, 11:5, 11:12, 11:14, 11:16, 11:17,

11:18, 11:21, 11:22, 11:23, 12:1, 12:2, 12:3, 12:4, 12:5, 12:7, 12:11, 12:12, 12:17, 12:19, 12:20, 12:24, 13:1, 13:2, 13:3, 13:6, 13:8, 13:12, 13:13, 13:14, 13:16, 13:23, 13:24, 14:1, 14:2, 14:3, 14:8, 14:10, 14:11, 14:16, 14:23, 15:4, 15:6, 15:7, 15:10, 15:16, 15:20, 15:23, 15:24, 15:25, 16:1, 16:5, 16:12, 16:16, 16:21, 16:22, 16:24, 17:1, 17:5, 17:7, 17:8, 17:9, 17:10, 17:12, 17:13, 17:16, 17:18, 17:19, 17:22, 17:23, 17:24, 18:9, 18:12, 18:13, 18:14, 18:17, 18:22, 18:23, 19:2, 19:8, 19:9, 19:11, 19:12, 19:14, 19:15, 19:17, 19:18, 19:21, 19:22, 19:23, 19:24, 19:25, 20:2, 20:4, 20:5, 20:6, 20:7, 20:9, 20:10, 20:11, 20:13, 20:14, 20:15, 20:16, 20:24, 20:25, 21:4, 21:12, 21:14, 21:15, 21:16, 21:17, 21:19, 21:21, 21:24, 22:2, 22:3, 22:4, 22:15, 22:20, 22:21, 23:2, 23:4, 23:5, 23:6, 23:9, 23:13, 23:14, 23:15, 23:16, 23:19, 23:23, 24:4, 24:7, 24:8, 24:9, 24:10, 24:11, 24:13, 24:14, 24:15, 24:17, 24:18, 24:19, 24:21, 24:22, 24:23, 24:24, 25:2, 25:16, 25:21, 25:22, 25:25, 26:4, 26:7, 26:8, 26:9, 26:12, 26:23, 27:3, 27:4, 27:6, 27:7, 27:8, 27:15, 27:16, 27:17, 27:18, 27:19, 27:20, 27:25, 28:3, 28:6, 28:7, 28:9, 28:16, 28:20, 28:22, 28:23, 29:1, 29:2, 29:5, 29:9, 29:10, 29:11, 29:13, 29:15, 29:16, 29:17, 29:22, 29:23, 30:1, 30:10, 30:13, 30:14,

30:16, 30:23, 30:24, 31:1, 31:3, 31:4, 31:8, 31:13, 31:15, 31:18, 31:19, 31:25, 32:1, 32:4, 32:5, 32:6, 32:7, 32:8, 32:10, 32:15, 33:4, 33:5, 33:6, 33:8, 33:9, 33:10, 33:23, 33:24, 34:1, 34:2, 34:3, 34:4, 34:6, 34:12, 34:20, 34:21, 34:22, 34:23, 34:25, 35:3, 35:4, 35:11, 35:13, 35:14, 35:15, 35:17, 35:24, 35:25, 36:1, 36:2, 36:5, 36:10, 36:12, 36:15, 36:18, 36:19, 36:23, 36:24, 37:1, 37:5, 37:6, 37:9, 37:13, 37:16, 37:17, 37:19, 37:20, 37:22, 38:1, 38:4, 38:5, 38:6, 38:11, 38:14, 38:16, 38:17, 38:19, 38:21, 38:22, 38:25, 39:2, 39:3, 39:6, 39:9, 39:12, 39:13, 39:14, 39:15, 39:17, 39:19, 40:1, 40:2, 40:4, 40:5, 40:7, 40:8, 40:10, 40:13, 40:14, 40:15, 40:22, 40:23, 40:25, 41:1, 41:2, 41:3, 41:6, 41:12, 41:13, 41:14, 41:16, 41:17, 41:19, 41:20, 41:21, 41:22, 41:23, 42:1, 42:5, 42:7, 42:8, 42:9, 42:11, 42:12, 42:13, 42:23, 42:25, 43:1, 43:2, 43:3, 43:5, 43:7, 43:9, 43:12, 43:16, 44:3, 44:4, 44:11, 44:15, 44:22, 44:24, 45:3, 45:6, 45:10, 45:12, 45:13, 45:15, 45:17, 45:18, 45:19, 45:22, 45:23, 45:24, 45:25, 46:4, 46:7, 46:8, 46:10, 46:11, 46:13, 46:14, 46:21, 46:25, 47:1, 47:3, 47:4, 47:6, 47:7, 47:8, 47:10, 47:11, 47:13, 47:22, 48:2, 48:8, 48:9, 48:11, 48:12, 48:13, 48:15, 48:19, 48:22, 48:23, 48:24, 48:25, 49:4, 49:10, 49:12, 49:15, 49:16,

49:20, 49:21, 49:23, 49:24, 49:25, 50:3, 50:9, 50:10, 50:11, 50:13, 50:14, 50:15, 50:16, 50:20, 50:23, 50:25, 51:10, 51:10, 51:11

**THE** [56] - 1:10, 1:14, 1:19, 3:2, 3:7, 3:11, 3:25, 4:24, 5:2, 5:22, 8:5, 8:11, 10:7, 10:10, 11:10, 11:22, 13:18, 13:21, 14:18, 16:8, 17:14, 18:10, 22:7, 25:1, 25:6, 25:17, 26:16, 28:5, 28:17, 30:19, 30:22, 31:14, 31:21, 32:21, 33:22, 34:1, 34:12, 34:17, 35:8, 35:10, 35:22, 36:18, 36:22, 37:19, 37:24, 38:9, 38:21, 39:13, 40:13, 40:21, 42:19, 46:15, 47:23, 50:5, 50:22, 51:5

**The** [3] - 1:15, 3:5, 51:6

**their** [18] - 4:1, 6:10, 7:24, 9:24, 10:4, 12:20, 13:25, 14:13, 18:16, 18:21, 21:10, 33:7, 36:16, 37:20, 44:19, 46:3, 47:19, 48:16

**them** [18] - 13:4, 16:21, 24:8, 24:9, 26:13, 29:12, 33:20, 36:1, 38:15, 43:19, 45:13, 47:8, 48:6, 48:7, 48:8, 48:16, 48:20, 50:7

**themselves** [4] - 23:1, 27:9, 45:11, 50:2

**then** [18] - 4:20, 6:19, 12:9, 12:15, 16:9, 16:24, 21:2, 30:11, 31:25, 32:25, 35:3, 41:1, 42:20, 43:18, 46:8, 46:20, 50:11, 50:13

**then-present** [1] - 46:8

**theory** [2] - 5:4, 8:16

**there** [46] - 3:19, 3:21, 4:12, 4:13, 7:17, 8:3, 8:7, 9:6, 13:1, 13:12, 14:14, 16:5, 16:12, 16:13, 16:14, 18:1, 20:2, 21:8,

26:20, 27:12, 27:13, 27:17, 28:8, 29:5, 29:15, 31:6, 31:7, 31:25, 32:13, 32:14, 33:13, 34:1, 34:13, 34:17, 36:17, 37:15, 40:19, 40:24, 41:5, 41:24, 43:5, 45:5, 45:9, 46:19

**there's** [23] - 6:8, 15:3, 18:3, 18:4, 19:2, 24:20, 25:13, 28:1, 28:11, 28:14, 32:1, 32:15, 36:5, 36:9, 36:10, 38:7, 42:4, 43:19, 43:23, 46:17, 46:21, 48:23

**therefore** [2] - 4:24, 42:11

**these** [31] - 3:14, 4:11, 6:8, 7:3, 11:2, 11:7, 12:22, 13:4, 15:5, 15:11, 16:20, 16:25, 23:25, 26:20, 27:25, 29:7, 29:19, 30:7, 32:3, 32:9, 33:19, 33:23, 39:17, 41:24, 43:8, 43:11, 43:22, 47:5, 48:16, 49:5, 49:19

**they** [144] - 6:9, 6:10, 7:23, 7:25, 8:2, 8:3, 8:18, 8:19, 8:21, 9:5, 9:18, 9:19, 9:21, 9:22, 9:24, 10:1, 10:4, 10:12, 10:13, 14:1, 14:7, 14:24, 15:13, 15:15, 15:18, 15:24, 15:25, 16:1, 16:2, 16:3, 16:4, 16:6, 16:14, 16:20, 18:5, 18:6, 18:7, 18:18, 18:19, 18:22, 18:25, 19:7, 19:9, 20:7, 20:18, 20:21, 21:4, 21:10, 21:12, 21:25, 22:1, 22:2, 22:25, 25:11, 26:14, 27:1, 27:2, 27:4, 27:5, 27:6, 27:10, 28:1, 29:3, 29:4, 29:5, 29:11, 30:2, 30:8, 30:10, 31:13, 31:17, 31:20, 32:9, 33:20, 36:15, 36:16, 36:17, 37:1, 37:4, 37:5, 37:14, 37:19, 38:5, 38:6, 38:7, 38:19, 39:4, 40:3, 40:12, 40:13, 41:15, 41:21, 41:22, 41:25, 42:3, 42:4,

42:5, 42:10, 42:11, 43:18, 43:23, 44:9, 45:1, 45:11, 45:12, 45:19, 45:20, 45:21, 45:24, 46:3, 46:4, 46:5, 46:9, 46:12, 47:6, 48:8, 48:14, 48:17, 48:18, 48:22, 48:25, 49:1, 49:7, 49:21, 49:22, 49:23, 49:24, 50:1, 50:4, 50:11, 50:12, 50:15, 50:17

**they're** [18] - 13:10, 13:23, 16:3, 29:4, 30:1, 30:2, 30:4, 32:19, 36:7, 36:8, 38:15, 43:24, 43:25, 44:5, 45:18, 45:21, 48:17, 49:20

**they've** [2] - 17:25, 20:22

**thin** [1] - 16:14

**thing** [8] - 7:12, 25:25, 34:12, 35:11, 39:12, 46:10

**things** [7] - 23:14, 26:23, 27:1, 29:7, 31:23, 32:1, 44:24

**think** [40] - 3:2, 4:12, 8:9, 8:13, 9:16, 11:22, 12:6, 12:23, 16:18, 17:25, 18:1, 18:9, 18:16, 22:2, 22:12, 23:11, 25:15, 25:20, 29:15, 32:11, 32:19, 34:22, 35:24, 36:6, 36:14, 36:15, 36:23, 38:21, 39:4, 39:8, 40:13, 41:4, 42:12, 42:14, 43:21, 45:16, 46:21, 47:22, 50:20

**thinking** [2] - 30:1, 34:10

**thinks** [1] - 39:8

**third** [1] - 43:14

**Third** [4] - 20:3, 20:9, 26:9, 34:21

**this** [130] - 3:23, 4:9, 4:14, 5:8, 5:12, 5:13, 6:3, 6:13, 6:15, 6:22, 7:7, 7:13, 7:25, 8:2, 8:4, 8:14, 9:23, 10:13, 10:24, 11:1, 11:3, 11:13, 11:16, 12:3, 12:5, 12:15, 12:16, 12:21, 13:9, 13:22, 14:6, 15:1, 16:7, 16:14, 16:15, 16:16, 16:18, 17:13, 17:15,

18:1, 18:4, 19:6, 19:13, 20:21, 20:23, 21:2, 21:7, 21:9, 21:12, 21:14, 21:18, 22:4, 22:5, 22:17, 23:9, 23:18, 24:13, 24:14, 24:18, 24:19, 24:21, 25:2, 25:3, 25:20, 26:8, 26:22, 27:2, 27:7, 27:14, 27:15, 28:8, 29:1, 29:12, 30:1, 30:14, 30:25, 31:12, 31:20, 32:7, 32:13, 32:15, 32:18, 33:13, 35:4, 35:12, 35:21, 37:1, 37:12, 37:23, 38:4, 38:19, 38:21, 39:3, 40:1, 40:4, 41:4, 41:5, 41:6, 41:8, 41:18, 42:2, 42:24, 43:7, 43:10, 43:12, 43:19, 44:1, 45:11, 45:13, 45:19, 45:24, 46:2, 46:10, 46:19, 46:23, 46:24, 47:3, 47:5, 47:9, 47:17, 47:20, 49:1, 49:19, 50:5, 50:11, 50:17, 50:24

**thorny** [1] - 26:20

**those** [14] - 9:8, 9:20, 11:6, 13:7, 16:13, 23:21, 24:16, 27:24, 28:8, 31:16, 40:7, 42:8, 44:24, 48:5

**thought** [4] - 31:3, 31:8, 46:18, 49:24

**three** [8] - 8:18, 8:23, 17:2, 30:11, 41:6, 44:16, 47:10, 49:3

**three-month** [1] - 17:2

**three-part** [1] - 44:16

**threshold** [1] - 6:24

**through** [6] - 11:18, 13:8, 15:8, 20:6, 21:21, 23:3

**throughout** [1] - 7:21

**tick** [1] - 23:3

**tie** [2] - 23:3

**ties** [1] - 24:20

**time** [15] - 3:15, 11:5, 12:7, 14:12, 14:14, 15:12, 18:4, 21:17, 23:9, 29:5, 34:1, 35:4, 38:16, 40:19, 50:25

**times** [1] - 45:9

**to** [351] - 3:2, 3:11, 3:12, 3:24, 4:2, 4:15, 5:9, 5:12, 5:17, 5:18,

5:20, 5:25, 6:12, 6:13, 6:24, 6:25, 7:11, 7:18, 7:19, 7:20, 7:24, 8:7, 8:13, 9:10, 9:18, 9:23, 10:1, 10:2, 10:5, 10:6, 10:15, 10:18, 10:19, 10:20, 10:25, 11:2, 11:3, 11:13, 11:15, 11:16, 12:5, 12:10, 12:18, 12:22, 12:24, 13:4, 13:16, 13:17, 13:24, 13:25, 14:1, 14:8, 14:13, 14:16, 14:17, 14:21, 14:25, 15:2, 15:3, 15:5, 15:9, 15:11, 15:14, 16:2, 16:3, 16:4, 16:11, 16:18, 16:20, 16:25, 17:12, 17:15, 17:19, 17:21, 17:22, 18:2, 18:4, 18:5, 18:6, 18:10, 18:11, 18:17, 18:18, 18:19, 19:1, 19:5, 19:8, 19:12, 19:15, 19:21, 20:5, 20:14, 20:20, 20:24, 21:4, 21:19, 21:20, 22:1, 22:6, 22:7, 22:8, 22:22, 22:25, 23:1, 23:3, 23:4, 23:8, 23:10, 23:11, 23:16, 23:18, 23:19, 23:21, 24:13, 24:14, 24:19, 24:20, 24:23, 25:1, 25:2, 25:3, 25:14, 25:15, 25:17, 25:23, 25:25, 26:6, 26:13, 26:17, 26:19, 27:2, 27:11, 27:15, 27:22, 28:2, 28:7, 28:13, 28:15, 28:16, 28:17, 28:18, 28:19, 28:22, 29:1, 29:2, 29:4, 29:5, 29:9, 29:11, 29:12, 29:16, 30:2, 30:3, 30:4, 30:5, 30:6, 30:10, 30:16, 30:17, 30:20, 30:22, 31:15, 31:19, 31:21, 31:22, 31:24, 32:5, 32:6, 32:8, 32:11, 32:12, 32:13, 32:14, 32:15, 32:16, 32:20, 32:25, 33:3, 33:6, 33:9, 33:11, 33:20, 34:4, 34:5, 34:6, 34:12, 34:13, 35:1, 35:5, 35:6, 35:12, 35:15, 35:19, 35:20, 35:22, 36:4, 36:8, 36:16, 36:19, 36:25, 37:2,

37:8, 37:20, 37:23, 38:1, 38:2, 38:11, 38:17, 38:22, 38:24, 38:25, 39:16, 39:17, 39:18, 39:21, 39:23, 40:8, 40:9, 40:10, 40:16, 40:17, 40:19, 40:20, 40:22, 40:23, 40:24, 41:2, 41:3, 41:4, 41:6, 41:10, 41:11, 41:13, 41:14, 41:18, 41:22, 41:23, 41:25, 42:2, 42:4, 42:11, 42:16, 42:17, 42:19, 42:20, 42:21, 42:23, 43:6, 43:8, 43:11, 43:13, 43:19, 43:24, 43:25, 44:9, 44:14, 44:15, 44:17, 45:5, 45:7, 45:8, 45:13, 45:15, 45:20, 45:22, 46:3, 46:5, 46:7, 46:12, 46:13, 46:14, 46:15, 46:19, 46:22, 46:24, 46:25, 47:1, 47:2, 47:4, 47:5, 47:9, 47:10, 47:11, 47:12, 47:13, 47:17, 47:18, 47:19, 48:2, 48:6, 48:7, 48:13, 48:14, 48:16, 48:17, 48:19, 49:2, 49:11, 49:12, 49:20, 49:22, 50:1, 50:2, 50:23, 50:25, 51:10

**today** [1] - 30:5

**told** [10] - 19:3, 24:7, 24:8, 24:9, 28:12, 30:1, 30:23, 47:8, 49:23

**too** [3] - 23:11, 33:13, 44:13

**took** [3] - 8:20, 15:24, 50:25

**totally** [1] - 5:12

**touted** [1] - 5:16

**track** [1] - 48:13

**trading** [1] - 27:17

**Trail** [1] - 41:16

**transaction** [1] - 27:7

**transactions** [1] - 14:25

**transcript** [3] - 2:25, 14:17, 51:10

**TRANSCRIPT** [1] - 1:9

**transformational** [1] - 4:7

**transformative** [2] -

27:7, 27:8

**Trent** [1] - 41:16

**trip** [1] - 41:16

**trouble** [1] - 50:7

**true** [7] - 3:22, 4:3, 4:9, 4:16, 4:22, 51:10

**try** [5] - 10:5, 10:9, 10:19, 16:20, 23:3

**trying** [2] - 14:25, 24:19

**turn** [2] - 13:19, 19:12

**turned** [1] - 10:9

**turns** [1] - 11:2

**two** [8] - 19:12, 20:2, 27:19, 27:25, 40:7, 40:18, 40:20, 44:24

**Twombly** [1] - 47:2

**type** [7] - 4:12, 11:6, 12:22, 13:4, 23:5, 43:2, 49:5

**typical** [1] - 38:16

**typically** [1] - 26:23

## U

**ultimately** [5] - 14:8, 30:6, 34:21, 38:22, 46:12

**under** [21] - 8:16, 9:16, 12:7, 16:22, 18:17, 21:13, 22:3, 24:17, 26:3, 26:6, 27:18, 30:7, 30:17, 36:1, 36:16, 37:1, 46:23, 47:2, 48:24, 50:20

**underlying** [1] - 30:10

**understand** [10] - 3:13, 13:13, 15:21, 16:8, 17:17, 32:6, 37:24, 40:10, 49:12

**understanding** [1] - 51:11

**understood** [1] - 40:14

**undertakes** [1] - 43:11

**unfortunate** [1] - 22:23

**UNITED** [2] - 1:1, 1:10

**United** [2] - 2:5, 51:9

**universe** [3] - 15:1, 31:25, 37:13

**unless** [1] - 19:10

**unnecessary** [1] - 49:11

**unquestionably** [2] -

9:13, 9:14

**unrealized** [16] - 3:15, 7:4, 14:3, 14:15, 15:16, 16:1, 16:6, 19:1, 21:9, 29:6, 31:17, 37:16, 45:3, 45:18, 46:8, 48:1

**until** [2] - 21:24, 25:3

**unverifiable** [1] - 9:3

**up** [8] - 16:14, 16:16, 20:21, 23:1, 30:3, 36:23, 42:6, 42:7

**up-to-date** [1] - 30:3

**update** [6] - 36:16, 41:3, 43:6, 43:11, 43:13, 45:5

**updates** [1] - 47:25

**updating** [1] - 42:24

**upset** [2] - 32:11, 38:15

**us** [11] - 3:24, 20:18, 20:20, 21:4, 29:2, 31:25, 32:1, 32:2, 44:4, 44:9, 48:4

**use** [6] - 10:19, 15:15, 18:6, 20:15, 30:2, 46:5

**using** [3] - 10:18, 15:2, 15:16

**V**

**valid** [1] - 33:5

**value** [2] - 15:6, 15:11

**various** [1] - 31:13

**vehicle** [1] - 12:21

**verifiable** [2] - 4:10, 25:14

**version** [1] - 44:1

**versus** [5] - 20:10, 24:2, 33:18, 34:20, 49:10

**Vertex** [12] - 3:10, 4:6, 4:7, 11:12, 13:8, 15:14, 17:19, 18:11, 18:13, 43:10, 43:11, 43:15

**VERTEX** [1] - 1:7

**Vertex's** [3] - 17:17, 17:20, 31:2

**very** [14] - 4:12, 6:13, 8:3, 8:14, 11:5, 11:6, 18:6, 22:8, 23:20, 23:22, 24:12, 24:21, 27:11, 27:18

**via** [1] - 2:25

**view** [4] - 20:11, 21:24, 21:25, 22:2

**violated** [1] - 35:17

**virtual** [1] - 14:21

**visibility** [1] - 37:12

**volatile** [1] - 10:20

**volatility** [2] - 5:17, 12:10

**volumes** [1] - 44:19

**VS** [1] - 1:5

**vs** [1] - 33:14

**W**

**W** [1] - 1:23

**wait** [1] - 35:20

**Wall** [1] - 11:5

**want** [29] - 9:23, 10:1, 10:2, 14:16, 16:2, 19:21, 20:5, 22:2, 22:7, 22:25, 23:1, 25:17, 28:17, 30:5, 31:21, 32:13, 35:20, 35:22, 38:11, 38:24, 40:19, 42:16, 42:17, 42:19, 46:24, 46:25, 47:3

**wanted** [4] - 25:25, 26:17, 35:11, 35:12

**wants** [3] - 26:13, 41:13, 46:22

**warn** [5] - 21:12, 21:19, 21:20, 35:1, 35:2

**warning** [1] - 35:4

**was** [57] - 3:16, 4:3, 4:6, 4:9, 4:12, 4:13, 5:8, 5:12, 5:19, 6:14, 6:15, 7:23, 8:2, 8:3, 8:7, 9:3, 9:6, 9:10, 9:14, 9:15, 11:13, 11:18, 21:7, 24:10, 28:6, 28:7, 28:8, 29:12, 30:8, 30:9, 30:11, 31:3, 31:5, 31:7, 31:8, 32:6, 34:2, 34:3, 34:5, 34:6, 34:8, 35:24, 35:25, 37:15, 37:20, 38:22, 42:10, 42:22, 43:5, 44:25, 45:1, 45:5, 46:4, 48:8

**wasn't** [2] - 34:13, 42:9

**water** [6] - 12:8, 16:22, 24:17, 30:7, 36:2, 37:1

**way** [13] - 8:18, 17:9, 20:5, 23:7, 24:13, 24:18, 30:15, 47:11, 48:16, 49:15, 49:22, 50:9, 50:11

**ways** [1] - 30:23

**We** [2] - 19:5, 45:24

**we** [107] - 3:11, 3:20, 6:21, 7:1, 7:2, 7:16, 7:23, 8:1, 8:20, 8:25, 9:13, 9:14, 9:20, 10:17, 10:21, 10:23, 10:25, 11:1, 11:2, 11:7, 11:8, 12:8, 12:10, 12:12, 13:6, 13:8, 13:13, 16:12, 16:13, 16:20, 16:21, 16:24, 18:3, 18:19, 19:3, 19:4, 19:7, 19:8, 20:13, 20:24, 22:12, 23:10, 24:3, 24:6, 24:7, 24:8, 24:9, 24:15, 24:17, 25:3, 25:14, 25:24, 27:24, 28:2, 28:12, 28:14, 28:15, 28:21, 29:19, 30:4, 30:5, 30:6, 30:7, 32:12, 32:19, 32:25, 33:19, 33:23, 34:12, 35:3, 35:12, 35:25, 36:1, 36:2, 36:4, 36:8, 39:24, 42:4, 42:9, 42:12, 42:13, 42:14, 43:2, 43:6, 45:5, 45:14, 45:15, 45:17, 45:18, 46:18, 46:23, 46:24, 48:2, 48:22, 50:2

**we'll** [2] - 7:12, 41:16

**we're** [19] - 3:2, 8:23, 12:8, 12:11, 13:13, 13:14, 14:20, 15:11, 16:25, 20:24, 28:25, 29:1, 38:2, 41:9, 46:3, 46:4, 46:7, 47:10, 49:1

**we've** [11] - 7:2, 12:4, 12:9, 12:11, 19:3, 26:18, 29:22, 34:13, 47:7

**weak** [1] - 16:17

**weigh** [3] - 25:2, 25:18, 29:7

**well** [15] - 6:1, 6:6, 9:22, 12:8, 16:21, 17:4, 18:16, 24:3, 27:2, 27:4, 32:17, 34:8, 36:6, 40:12, 43:18

**well-phrased** [1] - 34:8

**went** [3] - 23:9, 41:14, 44:13

**were** [43] - 3:15, 8:2, 9:7, 10:12, 10:15, 10:17, 10:21, 11:1, 11:2, 11:17, 12:7,

14:14, 15:14, 15:17, 15:18, 18:3, 18:19, 21:8, 25:14, 28:2, 28:12, 29:11, 30:23, 31:4, 31:6, 31:15, 31:17, 32:4, 34:2, 36:1, 40:14, 41:25, 42:10, 46:4, 46:9, 46:18, 46:19, 48:8, 50:4, 51:6

**weren't** [2] - 31:7, 46:3

**Western** [1] - 24:2

**what** [89] - 5:13, 6:1, 6:4, 6:7, 8:1, 8:15, 8:25, 9:3, 10:1, 10:2, 10:4, 10:17, 10:23, 11:17, 11:18, 11:20, 11:24, 12:8, 12:19, 12:23, 13:1, 14:11, 14:20, 14:24, 15:10, 15:15, 15:21, 16:21, 17:2, 19:2, 19:7, 19:8, 19:9, 20:13, 20:15, 22:19, 22:21, 23:10, 23:25, 24:7, 26:13, 26:22, 28:5, 28:25, 30:8, 30:19, 30:24, 31:5, 31:8, 31:16, 32:17, 33:2, 34:4, 34:7, 34:17, 35:5, 37:14, 38:5, 38:15, 38:18, 39:16, 39:21, 40:1, 40:5, 40:15, 40:16, 41:4, 42:17, 42:25, 43:23, 44:8, 44:12, 45:10, 45:21, 46:7, 46:22, 47:15, 47:16, 47:17, 48:4, 48:11, 49:2, 49:3, 49:7, 49:23, 49:24

**what's** [10] - 5:9, 7:22, 8:6, 10:20, 44:11, 48:22, 48:25, 50:16, 50:22

**whatsoever** [1] - 43:24

**when** [46] - 5:7, 5:11, 5:15, 5:18, 6:17, 7:1, 9:1, 10:23, 14:1, 14:5, 15:2, 15:20, 16:13, 21:12, 21:20, 22:15, 23:7, 24:3, 24:23, 25:2, 27:12, 27:13, 27:19, 32:3, 32:4, 33:9, 35:2, 35:13, 36:1, 38:14, 39:14, 39:25, 41:1, 41:2, 42:11, 42:25, 43:1, 45:9, 45:20, 47:6,

48:8, 49:8, 50:6, 51:1

**where** [19] - 7:3, 7:8, 9:13, 12:3, 13:6, 13:12, 17:12, 18:5, 18:24, 24:8, 27:22, 32:9, 35:3, 39:4, 47:7, 48:5, 50:4, 50:11

**whether** [14] - 5:17, 5:19, 17:15, 17:23, 19:24, 21:23, 26:3, 32:12, 36:4, 37:20, 40:15, 41:6, 42:2, 42:3

**which** [37] - 6:9, 7:10, 8:24, 9:3, 14:17, 19:18, 19:19, 20:11, 21:25, 22:23, 22:24, 24:2, 24:9, 25:23, 26:8, 26:13, 29:9, 30:6, 30:7, 31:25, 32:12, 32:25, 33:5, 33:17, 34:21, 35:1, 36:14, 38:16, 39:3, 41:15, 44:12, 45:17, 45:21, 46:9, 47:1, 48:7

**while** [1] - 26:1

**who** [1] - 42:11

**whole** [5] - 9:1, 39:15, 39:19, 41:14, 46:10

**why** [13] - 16:24, 17:3, 18:7, 28:21, 31:17, 31:22, 36:2, 39:7, 46:9, 48:17, 48:25, 49:1, 49:21

**widen** [1] - 23:10

**wiggle** [1] - 48:16

**will** [12] - 12:25, 20:23, 21:17, 22:4, 22:16, 30:6, 30:16, 40:4, 48:13, 50:22, 51:2

**Williams** [3] - 19:19, 20:10, 34:20

**winning** [1] - 48:12

**wish** [1] - 11:20

**with** [38] - 3:6, 3:9, 5:13, 6:3, 7:18, 9:7, 9:8, 9:23, 10:3, 11:7, 12:19, 13:3, 13:9, 13:16, 13:17, 13:25, 14:21, 14:24, 17:5, 19:1, 22:18, 23:7, 28:3, 28:24, 29:17, 35:13, 40:6, 40:22, 41:12, 42:23, 43:4, 44:15, 45:7, 46:25, 48:18, 48:22

**within** [1] - 17:22

**without** [7] - 3:21, 11:13, 12:23, 17:20, 18:14, 32:23, 50:12
**witness** [1] - 45:10
**wonderful** [1] - 41:15
**word** [6] - 21:6, 22:1, 41:12, 43:16, 45:16
**words** [1] - 48:11
**working** [1] - 12:18
**works** [1] - 47:8
**world** [1] - 15:10
**would** [28] - 3:24, 16:6, 16:24, 17:3, 18:2, 19:5, 21:23, 24:12, 26:9, 27:2, 27:11, 28:7, 28:9, 28:21, 33:6, 34:4, 34:7, 36:6, 38:6, 38:7, 43:21, 43:22, 48:21, 49:24, 50:6, 50:7
**writes** [1] - 28:22
**wrong** [5] - 11:2, 29:12, 31:10, 32:10, 34:22

**Y**

**yeah** [7] - 10:9, 11:25, 15:21, 25:19, 31:23, 46:11, 46:17
**year** [1] - 17:9
**years** [1] - 8:25
**yes** [10] - 4:15, 5:4, 11:24, 24:15, 31:20, 33:25, 37:21, 38:13, 38:21, 39:21
**yet** [1] - 35:20
**York** [4] - 2:2, 33:2, 33:17
**you** [145] - 3:7, 3:24, 4:16, 4:20, 4:24, 5:11, 5:15, 5:18, 5:19, 5:24, 6:17, 6:20, 6:24, 7:2, 7:16, 7:18, 7:20, 8:13, 8:17, 8:20, 8:23, 9:1, 9:12, 9:22, 10:14, 10:15, 10:19, 10:22, 11:20, 12:6, 13:1, 13:6, 14:5, 14:6, 14:21, 15:2, 17:3, 17:18, 19:3, 19:5, 19:10, 21:6, 21:17, 22:1, 22:22, 22:24, 23:8, 23:13, 23:17, 24:3, 24:6, 24:23, 25:13, 25:15, 25:17, 25:20, 26:19, 26:23, 27:2, 27:11, 27:12, 27:14, 27:17, 27:21, 27:22, 27:23, 28:13,

28:17, 29:17, 30:5, 30:15, 30:16, 30:17, 30:18, 30:20, 31:21, 31:22, 32:16, 32:25, 33:5, 33:10, 35:4, 35:5, 35:14, 35:16, 35:17, 35:20, 35:23, 36:11, 36:12, 37:8, 37:25, 38:11, 38:14, 38:19, 39:13, 39:17, 40:19, 40:25, 41:2, 42:2, 42:17, 42:19, 43:2, 43:3, 43:4, 43:21, 43:24, 43:25, 44:12, 45:8, 45:20, 46:15, 46:19, 46:20, 46:22, 46:24, 47:1, 47:2, 47:9, 47:13, 47:16, 48:6, 50:25, 51:3, 51:4, 51:5
**you'll** [1] - 38:25
**you're** [20] - 4:18, 4:19, 7:18, 7:19, 16:17, 16:19, 22:22, 23:7, 23:21, 28:5, 30:22, 30:23, 35:15, 36:13, 39:5, 39:14, 39:16, 39:18, 40:9, 50:6
**you've** [5] - 6:18, 17:4, 24:5, 32:8, 39:18
**your** [20] - 3:3, 4:2, 4:17, 5:16, 5:19, 7:19, 8:5, 8:6, 8:7, 16:9, 27:22, 31:3, 34:10, 35:17, 36:11, 38:9, 39:5, 39:16
**Your** [118] - 3:4, 3:8, 3:23, 4:2, 5:1, 5:3, 5:11, 5:21, 6:6, 6:14, 6:19, 6:21, 7:1, 7:12, 7:23, 8:2, 8:13, 10:5, 10:23, 11:3, 11:9, 11:19, 13:19, 14:7, 14:13, 14:16, 14:23, 15:4, 15:13, 15:16, 15:18, 15:23, 16:2, 16:11, 17:13, 18:16, 18:22, 18:25, 19:3, 19:4, 19:10, 19:18, 19:21, 20:4, 20:11, 20:13, 20:17, 20:22, 21:2, 21:4, 21:8, 21:16, 22:10, 25:5, 25:10, 25:19, 26:17, 28:11, 28:19, 28:23, 29:3, 29:10, 29:14, 29:20, 29:21, 29:25, 30:3, 30:9, 30:12,

31:11, 31:12, 34:11, 34:19, 35:3, 35:13, 35:17, 35:23, 36:21, 36:25, 37:6, 37:7, 37:8, 37:18, 37:22, 38:14, 38:24, 39:10, 39:22, 40:7, 40:18, 41:9, 41:17, 41:21, 42:1, 42:17, 43:25, 44:9, 44:15, 45:7, 45:8, 45:12, 45:16, 45:23, 46:2, 46:14, 47:21, 48:4, 48:15, 48:21, 49:10, 49:15, 49:22, 50:8, 50:19, 51:3, 51:4

**Z**

**Zeid** [3] - 19:18, 26:13