United States District Court
Southern District of Texas
**ENTERED**
April 10, 2025
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| ERIC BENDER and NADAR MISRI, individually and on behalf of all others similarly situated, | § § § § § | |
| | § | CIVIL ACTION NO. H-23-2145 |
| Plaintiffs, | § | |
| v. | § § | |
| VERTEX ENERGY, INC., et al., | § § | |
| Defendants. | § § | |

**ORDER ON WITHDRAWAL OF COUNSEL**

The Unopposed Motion for Leave for Evan M. Goldstick to Withdraw as Counsel is granted. (Docket Entry No. 69). Evan M. Goldstick with withdrawn as counsel for Vertex Energy, Inc., Benjamin P. Cowart, and Chris Carlson.

SIGNED on April 10, 2025, at Houston, Texas.

_____
Lee H. Rosenthal
Senior United States District Judge