EXHIBIT A-3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ERIC BENDER and NADER MISRI, Individually and On Behalf of All Others Similarly Situated,<br><br>     Plaintiffs,<br><br>    v.<br><br>VERTEX ENERGY, INC., BENJAMIN P. COWART, and CHRIS CARLSON,<br><br>     Defendants. | No.: 4:23-cv-02145<br><br>CLASS ACTION<br><br>District Judge Lee H. Rosenthal |

**SUMMARY NOTICE OF (I) PENDENCY OF CLASS ACTION AND PROPOSED SETTLEMENT, (II) SETTLEMENT HEARING, AND (III) MOTION FOR ATTORNEYS' FEES AND LITIGATION EXPENSES**

**TO: ALL PERSONS WHO PURCHASED OR OTHERWISE ACQUIRED VERTEX ENERGY, INC. COMMON STOCK FROM MAY 10, 2022, THROUGH AUGUST 8, 2022, INCLUSIVE.**

YOU ARE HEREBY NOTIFIED, pursuant to an Order of the United States District Court for the Southern District of Texas, that a hearing will be held on _____, 2025, at __:__ _.m. before the Honorable Lee H. Rosenthal, United States District Judge of the Southern District of Texas, 515 Rusk Street, Court Room 11535, Houston, Texas 77002, for the purpose of determining: (1) whether the proposed Settlement of the claims in the above-captioned Consolidated Actions for consideration including the sum of $6,300,000 should be approved by the Court as fair, reasonable, and adequate; (2) whether the proposed plan to distribute the Settlement proceeds is fair, reasonable, and adequate; (3) whether the application of Lead Counsel for an award of attorneys' fees of up to one third of the Settlement Amount, reimbursement of expenses of not more than $115,000, and an incentive payment of no more than $15,000 in

1

aggregate, or $5,000 each, to Plaintiffs, should be approved; and (4) whether the Consolidated Actions should be dismissed with prejudice as set forth in the Stipulation and Agreement of Settlement dated April 18, 2025 (the "Stipulation").

If you purchased Vertex Energy, Inc. ("Vertex") common stock during the period from May 10, 2022, through August 8, 2022, both dates inclusive (the "Settlement Class Period"), your rights may be affected by this Settlement, including the release and extinguishment of claims you may possess relating to your ownership interest in Vertex common stock. If you have not received a Notice of (I) Pendency of Class Action and Proposed Settlement, (II) Settlement Fairness Hearing, and (III) Motion for Attorneys' Fees and Litigation Expenses ("Long Notice") and a copy of the Proof of Claim and Release Form, you may obtain copies by writing to or calling Vertex Energy Securities Litigation, c/o Strategic Claims Services, 600 N. Jackson St., Ste. 205, P.O. Box 230, Media, PA 19063; (Toll-Free) (866) 274-4004; (Fax) (610) 565-7985; info@strategicclaims.net, or going to the website, www.strategicclaims.net/Vertex. If you are a member of the Settlement Class, in order to share in the distribution of the Net Settlement Fund, you must submit a Proof of Claim and Release Form online at www.strategicclaims.net/Vertex by 11:59 p.m. ET on _____, 2025, or postmarked no later than _____, 2025 to the Claims Administrator, establishing that you are entitled to recovery. Unless you submit a written exclusion request, you will be bound by any judgment rendered in the Consolidated Actions whether or not you make a claim.

If you desire to be excluded from the Settlement Class, you must submit to the Claims Administrator a request for exclusion so that it is received no later than _____, 2025, in the manner and form explained in the Long Notice. All members of the Settlement Class who have

not requested exclusion from the Settlement Class will be bound by any judgment entered in the Consolidated Actions pursuant to the Stipulation.

Any objection to the Settlement, Plan of Allocation, or Lead Counsel's request for an award of attorneys' fees and reimbursement of expenses and award to Plaintiffs must be in the manner and form explained in the detailed Long Notice and received no later than _____, 2025, to each of the following:

Clerk of the Court
United States District Court
Southern District of Texas
515 Rusk Street
Houston, Texas 77002

LEAD COUNSEL:

Jacob A. Goldberg, Esq.
The Rosen Law Firm, P.A.
101 Greenwood Avenue, Suite 440
Jenkintown, Pennsylvania  19046

COUNSEL FOR DEFENDANTS:

Ashwin J. Ram
Steptoe LLP
633 West Fifth Street, Suite 1900
Los Angeles, California 90071

If you have any questions about the Settlement, you may call or write to Lead Counsel:

Jacob A. Goldberg, Esq.
The Rosen Law Firm, P.A.
101 Greenwood Avenue, Suite 440
Jenkintown, Pennsylvania  19046
Tel: (215) 600-2817

EXHIBIT A-3

**PLEASE DO NOT CONTACT THE COURT OR THE CLERK'S OFFICE REGARDING THIS NOTICE.**

Dated: _____, 2025

_____
BY ORDER OF THE UNITED STATES
DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS