EXHIBIT A-4

**Court-Ordered Legal Notice**

**Forwarding Service Requested**

*Important Notice about a Securities Class Action Settlement*

*You may be entitled to a payment. This Notice may affect your legal rights.*

*Please read it carefully.*

Vertex Energy Securities Litigation
c/o Strategic Claims Services
600 N. Jackson Street, Suite 205
Media, PA 19063

*Vertex Energy Securities Litigation.*, Case No. 4:23-cv-02145 (S.D. Tex.)
THIS CARD ONLY PROVIDES LIMITED INFORMATION ABOUT THE SETTLEMENT.
PLEASE VISIT WWW.STRATEGICCLAIMS.NET/VERTEX OR CALL 1-866-274-4004 FOR MORE INFORMATION.

There has been a proposed Settlement of all claims against Vertex Energy, Inc. ("Vertex"), and certain of its former officers (collectively, "Defendants"). The proposed Settlement resolves a class action lawsuit in which Plaintiffs allege that, in violation of the federal securities laws, Defendants misled investors, issuing materially false and misleading statements and causing damages to Settlement Class Members. Defendants deny these allegations and deny any and all wrongdoing.

You received this Notice because you or someone in your family may have purchased Vertex common stock between May 10, 2022 and August 8, 2022, both dates inclusive ("Settlement Class Period"). The Settlement provides that, in exchange for the settlement and dismissal and release of Defendants, a fund consisting of $6,300,000 ("Settlement Fund"), less attorneys' fees and expenses, award to Plaintiffs, administrative costs and tax expenses, will be divided among all Settlement Class Members who submit a valid Proof of Claim and Release Forms ("Claim Form"). For a full description of the Settlement, your rights, and to make a claim, please view the Stipulation and Agreement of Settlement, dated _____, 2025 at www.strategicclaims.net/Vertex and please request a copy of the Notice of (I) Pendency of Class Action and Proposed Settlement, (II) Settlement Fairness Hearing, and (III) Motion for Attorneys' Fees and Litigation Expenses ("Long Notice") and Claim Form by contacting the Claims Administrator in any of the following ways: (1) mail: *Vertex Energy Securities Litigation*, c/o Strategic Claims Services, 600 N. Jackson St., Ste. 205, P.O. Box 230, Media, PA 19063; (2) call: toll free, (866) 274-4004; (3) fax: (610) 565-7985; (4) email: info@strategicclaims.net; or (5) visit the website: www.strategicclaims.net/Vertex.

To qualify for payment, you must submit a Claim Form to the Claims Administrator. A copy of the Claim Form can be found on the website. CLAIM FORMS ARE DUE BY _____, 2025 TO VERTEX ENERGY SECURITIES LITIGATION, C/O STRATEGIC CLAIMS SERVICES, 600 N. JACKSON ST., STE. 205, P.O. BOX 230, MEDIA, PA 19063 OR SUBMITTED ONLINE AT WWW.STRATEGICCLAIMS.NET/VERTEX. If you do not want to be legally bound by the Settlement, you must exclude yourself by _____, 2025, or you will not be able to sue the Defendants about the legal claims in this case. If you exclude yourself, you cannot get money from this Settlement. If you stay in the Settlement, you may object to it by _____, 2025. The Long Notice explains how to exclude yourself or to object.

The Court will hold a hearing ("Settlement Hearing") on _____, 2025 at _____ _.m. 515 Rusk Street, Court Room 11535, Houston, Texas 77002, or via remote means at the Court's direction, to consider whether to approve the Settlement, the Plan of Allocation, a request for attorneys' fees of up to one-third of the Settlement Amount, plus actual expenses up to $115,000 for litigating the case and negotiating the Settlement, and a compensatory award to Plaintiffs not to exceed $15,000 in total. You may attend the Settlement Hearing and ask to be heard by the Court, but you do not have to. For more information, call (866) 274-4004, or visit www.strategicclaims.net/Vertex.