UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ERIC BENDER and NADER MISRI, Individually and On Behalf of All Others Similarly Situated, Plaintiffs, <br><br> v. <br><br> VERTEX ENERGY, INC., BENJAMIN P. COWART, and CHRIS CARLSON, <br><br> Defendants. | No.: 4:23-cv-02145 <br><br> CLASS ACTION <br><br> District Judge Lee H. Rosenthal |

**UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT**

Pursuant to Rule 23 of the Federal Rules of Civil Procedure, co-Lead Plaintiffs Eric Bender and Nadar Misri, along with additional Plaintiff Phillip Laudino (collectively, "Plaintiffs") bring this unopposed, consented motion for an order: (i) preliminarily approving the settlement with Vertex Energy, Inc., Benjamin Cowart, and Chris Carlson (collectively, "Defendants") as embodied in the Stipulation and Agreement of Settlement dated April 18, 2025 ("Stipulation"), concurrently submitted herewith; (ii) conditionally certifying the proposed Class for settlement purposes; (iii) approving the manner of giving notice of the Settlement to the proposed Class; (iv) approval of Strategic Claims Services ("SCS") as the Claims Administrator, and (v) setting a hearing date for the final approval thereof ("Settlement Hearing").

This Motion is based upon the Stipulation and all exhibits attached thereto; the proposed Order of Preliminarily Approval of Settlement, which provides for the preliminary approval of the Settlement and the dissemination of notice of the Settlement to the Settlement Class; and all other pleadings and matters of record.

1

Lead Counsel has conferred with Defendants' counsel, and they consent to this motion. Accordingly, Plaintiffs request that the Court enter the proposed Order Granting Plaintiffs' Motion for Preliminary Approval of Class Action Settlement, a copy of which is attached as Exhibit A to the Stipulation filed concurrently.

Dated: April 18, 2025                            Respectfully submitted,

                                                                THE ROSEN LAW FIRM, P.A.

                                                                By: /s/ Jacob A. Goldberg
                                                                Jacob A. Goldberg (pro hac vice)
                                                                Gonen Haklay (pro hac vice)
                                                                101 Greenwood Avenue, Suite 440
                                                                Jenkintown, PA 19046
                                                                Tel: (215) 600-2817
                                                                Fax: (212) 202-3827
                                                                jgoldberg@rosenlegal.com
                                                                ghaklay@rosenlegal.com

                                                                *Lead Counsel for Plaintiffs and the Class*

                                                                THE SCHALL LAW FIRM

                                                                Brian Schall
                                                                2049 Century Park E #2460
                                                                Los Angeles, CA 90067
                                                                Tel: (310) 301-3335
                                                                Email: brian@schallfirm.com

                                                                *Additional Counsel for Plaintiffs and the Class*

## CERTIFICATE OF SERVICE

    I hereby certify that on April 18, 2025, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

/s/ Jacob Goldberg  
Jacob Goldberg
