UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ERIC BENDER and NADER MISRI, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>VERTEX ENERGY, INC., BENJAMIN P. COWART, and CHRIS CARLSON,<br><br>Defendants. | No.: 4:23-cv-02145<br><br>CLASS ACTION<br><br>District Judge Lee H. Rosenthal |

**PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND APPROVAL OF PLAN OF ALLOCATION AND <u>CERTIFICATION OF A CLASS FOR SETTLEMENT PURPOSES</u>**

PLEASE TAKE NOTICE Co-Lead Plaintiffs Eric Bender ("Bender") and Nadar Misri ("Misri"), along with additional Plaintiff Phillip Laudino (collectively, "Plaintiffs"), by and through their attorneys, individually and on behalf of all others similarly situated, will and hereby do move this Court for an order: (i) finally approving the class action settlement; (ii) finally approving the plan of allocation of settlement proceeds; and (iii) finally certifying the class for settlement purposes.

This motion is based on the accompanying: (i) Memorandum of Law in Support of Plaintiffs' Motion for Final Approval of Class Action Settlement and Approval of Plan of Allocation; (ii) The Declaration of Gonen Haklay in Support of Plaintiffs' Motion for Final Approval of Class Action Settlement and Plan of Allocation, and Plaintiffs' Motion for Award of Attorneys' Fees and Reimbursement of Expenses and Awards To Plaintiffs; and (iii) the pleadings

1

and records on file in this action, including the Stipulation and Agreement of Settlement ("Stipulation") (Dkt. No. 72) and the exhibits thereto, and other such matters and argument as the Court may consider at the hearing on this motion.

Dated: June 25, 2025                                     Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**

By: /s/ *Gonen Haklay*
Gonen Haklay (pro hac vice)
Jacob A. Goldberg (pro hac vice)
101 Greenwood Avenue, Suite 440
Jenkintown, PA 19046
Tel: (215) 600-2817
Fax: (212) 202-3827
ghaklay@rosenlegal.com
jgoldberg@rosenlegal.com

*Lead Counsel for Plaintiffs and the Class*

**CONDON TOBIN SLADEK THORNTON NERENBERG PLLC**

Stuart L. Cochran (Texas Bar No.: 24027936)
8080 Park Lane, Suite 700
Dallas, Texas 75231
Tel: 214.265.3800
Fax: 214.691.6311
scochran@condontobin.com

*Liaison Counsel for Plaintiffs and the Class*

**THE SCHALL LAW FIRM**

Brian Schall
2049 Century Park E #2460
Los Angeles, CA 90067
Tel: (310) 301-3335
Fax: (213) 519-5876
brian@schallfirm.com

*Additional Counsel*

## CERTIFICATE OF SERVICE

    I hereby certify that on June 25, 2025 a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

                                               /s/ *Gonen Haklay*
                                               Gonen Haklay